**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| COVIA HOLDINGS CORPORATION, | ) | Case No. 20-33295 (DRJ) |
| *et al.*,[1] | ) |  |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**DEBTORS' APPLICATION FOR**
**ENTRY OF AN ORDER AUTHORIZING THE**
**RETENTION AND EMPLOYMENT OF KIRKLAND & ELLIS LLP**
**AND KIRKLAND & ELLIS INTERNATIONAL  LLP AS ATTORNEYS FOR**
**THE DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF JUNE 29, 2020**

> **THIS APPLICATION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE THE APPLICATION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE APPLICATION SHOULD NOT BE GRANTED.  IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE APPLICATION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING.   UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE APPLICATION AT THE HEARING.**
>
> **REPRESENTED  PARTIES  SHOULD  ACT  THROUGH  THEIR  ATTORNEY.**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file

this application (the "Application") for the entry of an order (the "Order"), substantially in the

form attached hereto, authorizing the Debtors to retain and employ Kirkland & Ellis LLP and

Kirkland & Ellis International LLP (collectively, "Kirkland") as their attorneys effective as of the

---

[1]   Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://cases.primeclerk.com/Covia.  The location of Debtor Covia Holdings Corporation's principal place of business and the Debtors' service address is:  3 Summit Park Drive, Suite 700, Independence, Ohio 44131.

Petition Date (as defined herein).  In support of this Application, the Debtors submit the declaration

of Jonathan S. Henes, the president of Jonathan S. Henes, P.C., a partner of Kirkland & Ellis LLP,

and a partner of Kirkland & Ellis International LLP (the "Henes Declaration"), which is attached

hereto as **Exhibit A** and the declaration of Chadwick P. Reynolds, Executive Vice President, Chief

Legal Officer, and Secretary of Covia Holdings Corporation, which is attached hereto as **Exhibit B**

(the "Reynolds Declaration").  In further support of this Application, the Debtors respectfully state

as follows.

### Jurisdiction and Venue

1.      The United States Bankruptcy Court for the Southern District of Texas

(the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.  This matter is a core

proceeding within the meaning of 28 U.S.C. § 157(b)(2).  The Debtors confirm their consent,

pursuant to rule 7008 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to

the entry of a final order by the Court.

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The bases for the relief requested herein are sections 327(a) and 330 of title 11 of

the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Bankruptcy Rules

2014(a) and 2016, and rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Southern

District of Texas (the "Bankruptcy Local Rules").

### Background

4.      On June 29, 2020 (the "Petition Date"), each of the Debtors filed a voluntary

petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their

businesses and managing their properties as debtors in possession pursuant to section 1107(a) and

1108 of the Bankruptcy Code.  On June 30, 2020, the Court entered an order [Docket No. 38]

authorizing the joint administration and procedural consolidation of the chapter 11 cases pursuant

to Bankruptcy Rule 1015(b). No entity has requested the appointment of a trustee or examiner in these chapter 11 cases and no official committees have been appointed or designated.

5.      A description of the Debtors' businesses, the reasons for commencing the chapter 11 cases, and the relief sought from the Court to allow for a smooth transition into chapter 11 are set forth in the *Declaration of Andrew Eich, Executive Vice President, Chief Financial Officer, and Treasurer of Covia Holdings Corporation, in Support of Debtors' Chapter 11 Petitions*, filed on June 29, 2020 [Docket No. 15], incorporated herein by reference.

## **Relief Requested**

6.      By this Application, the Debtors seek entry of the Order authorizing the retention and employment of Kirkland as their attorneys in accordance with the terms and conditions set forth in that certain engagement letter between the Debtors and Kirkland effective as of March 25, 2020 (the "Engagement Letter"), a copy of which is attached as **Exhibit 1** to the Order and incorporated herein by reference.[2]

## **Kirkland's Qualifications**

7.      The Debtors seek to retain Kirkland because of Kirkland's recognized expertise and extensive experience and knowledge in the field of debtors' protections, creditors' rights, and business reorganizations under chapter 11 of the Bankruptcy Code.

---

[2]      The Debtors also seek to employ and retain DLA Piper LLP (US) ("DLA") as their conflicts counsel in connection with these chapter 11 cases to handle matters that the Debtors may encounter that cannot be handled appropriately by Kirkland because of a conflict of interest. It is intended that the services of DLA shall complement, and not duplicate, the services to be rendered by Kirkland. Moreover, the responsibilities of DLA shall be confined to discrete legal matters that are distinct from the matters handled by Kirkland. DLA shall act on its own and will not act under the direct supervision of Kirkland.

The Debtors also seek to employ and retain Kobre & Kim L.L.P. ("Kobre & Kim") as their special litigation counsel in connection with certain matters relating to the Debtors' railcar leases. It is intended that the services of Kobre & Kim shall complement, and not duplicate, the services to be rendered by Kirkland. Moreover, the responsibilities of Kobre & Kim shall be confined to discrete legal matters that are distinct from the matters handled by Kirkland. Kobre & Kim shall act on its own and will not act under the direct supervision of Kirkland.

8.      Kirkland has been actively involved in major chapter 11 cases and has represented debtors in many cases, including, among others:  *In re J. C. Penney Company, Inc.*, No. 20-20182 (DRJ) (Bankr. S.D. Tex. July 2, 2020); *In re Neiman Marcus Group LTD LLC*, No. 20-32519 (DRJ) (Bankr. S.D. Tex. June 25, 2020); *In re Hornbeck Offshore Services, Inc.*, No. 20-32679 (DRJ) (Bankr. S.D. Tex. June 18, 2020); *In re Whiting Petroleum Corp.*, No. 20-32021 (DRJ) (Bankr. S.D. Tex. May 6, 2020); *In re Sheridan Holding Co. I, LLC*, No. 20-31884 (DRJ) (Bankr. S.D. Tex. April 24, 2020); *In re McDermott Int'l, Inc.*, No. 20-30336 (DRJ) (Bankr. S.D. Tex. Jan. 23, 2020); *In re Sheridan Holding Co. II, LLC*, No. 19-35198 (MI) (Bankr. S.D. Tex. Oct. 21, 2019); *In re Vanguard Natural Resources, Inc.*, No. 19-31786 (DRJ) (Bankr. S.D. Tex. May 14, 2019); *In re Jones Energy, Inc.*, No. 19-32112 (DRJ) (Bankr. S.D. Tex. May 6, 2019); *In re Westmoreland Coal Company,* No. 18-35672 (DRJ) (Bankr. S.D. Tex. Nov. 14, 2018); *In re iHeartMedia, Inc.*, No. 18-31274 (MI) (Bankr. S.D. Tex. Apr. 12, 2018); *In re EXCO Res., Inc.*, No. 18-30155 (MI) (Bankr. S.D. Tex. Feb. 22, 2018).[3]

9.      In preparing for its representation of the Debtors in these chapter 11 cases, Kirkland has become familiar with the Debtors' businesses and many of the potential legal issues that may arise in the context of these chapter 11 cases.  The Debtors believe that Kirkland is both well-qualified and uniquely able to represent the Debtors in these chapter 11 cases in an efficient and timely manner.

---

[3]    Because of the voluminous nature of the orders cited in this Application, they are not attached to this Application. Copies of these orders are available upon request to Kirkland.

## Services to be Provided

10.     Subject to further order of the Court, and consistent with the Engagement Letter,

the Debtors request the retention and employment of Kirkland to render the following legal

services:

a.      advising the Debtors with respect to their powers and duties as debtors in possession in the continued management and operation of their businesses and properties;

b.      advising and consulting on the conduct of these chapter 11 cases, including all of the legal and administrative requirements of operating in chapter 11;

c.      attending meetings and negotiating with representatives of creditors and other parties in interest;

d.      taking all necessary actions to protect and preserve the Debtors' estates, including prosecuting actions on the Debtors' behalf, defending any action commenced against the Debtors, and representing the Debtors in negotiations concerning litigation in which the Debtors are involved, including objections to claims filed against the Debtors' estates;

e.      preparing pleadings in connection with these chapter 11 cases, including motions, applications, answers, orders, reports, and papers necessary or otherwise beneficial to the administration of the Debtors' estates;

f.      representing the Debtors in connection with obtaining authority to continue using cash collateral and postpetition financing;

g.      advising the Debtors in connection with any potential sale of assets;

h.      appearing before the Court and any appellate courts to represent the interests of the Debtors' estates;

i.      advising the Debtors regarding tax matters;

j.      taking any necessary action on behalf of the Debtors to negotiate, prepare, and obtain approval of a disclosure statement and confirmation of a chapter 11 plan and all documents related thereto; and

k.      performing all other necessary legal services for the Debtors in connection with the prosecution of these chapter 11 cases, including: (i) analyzing the Debtors' leases and contracts and the assumption and assignment or rejection thereof; (ii) analyzing the validity of liens against the Debtors; and (iii) advising the Debtors on corporate and litigation matters.

**Professional Compensation**

11.     Kirkland intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with these chapter 11 cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, and any other applicable procedures and orders of the Court.  The hourly rates and corresponding rate structure Kirkland will use in these chapter 11 cases are the same as the hourly rates and corresponding rate structure that Kirkland uses in other restructuring matters, as well as similar complex corporate, securities, and litigation matters whether in court or otherwise, regardless of whether a fee application is required. These rates and the rate structure reflect that such restructuring and other complex matters typically are national in scope and involve great complexity, high stakes, and severe time pressures.

12.     Kirkland operates in a national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance, and reputation, the nature of the work involved, and other factors.

13.     Kirkland's current hourly rates for matters related to these chapter 11 cases range as follows:[4]

| Billing Category[5] | U.S. Range |
|---|---|
| Partners | $1,075-$1,845 |
| Of Counsel | $625-$1,845 |
| Associates | $610-$1,165 |
| Paraprofessionals | $245-$460 |

---

[4]     For professionals and paraprofessionals residing outside of the U.S., hourly rates are billed in the applicable currency.  When billing a U.S. entity, such foreign rates are converted into U.S. dollars at the then applicable conversion rate.  After converting these foreign rates into U.S. dollars, it is possible that certain rates may exceed the billing rates listed in the chart herein.  While the rate ranges provided for in this Application may change if an individual leaves or joins Kirkland, if any such individual's billing rate falls outside the ranges disclosed above, Kirkland does not intend to update the ranges for such circumstances.

[5]     Although Kirkland does not anticipate using contract attorneys during these chapter 11 cases, in the unlikely event that it becomes necessary to use contract attorneys, Kirkland will not charge a markup to the Debtors with respect

14.     Kirkland's hourly rates are set at a level designed to compensate Kirkland fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine expenses.  Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions.[6]

15.     Kirkland represented the Debtors during the twelve-month period before the Petition Date, using the hourly rates set forth in the Henes Declaration.  Moreover, these hourly rates are consistent with the rates that Kirkland charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case.

16.     The rate structure provided by Kirkland is appropriate and not significantly different from (a) the rates that Kirkland charges for other similar types of representations or (b) the rates that other comparable counsel would charge to do work substantially similar to the work Kirkland will perform in these chapter 11 cases.

17.     It is Kirkland's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client.  It is also Kirkland's policy to charge its clients only the amount actually incurred by Kirkland in connection with such items.  Examples

---

to fees billed by such attorneys.  Any contract attorneys or non-attorneys who are employed by the Debtors in connection with work performed by Kirkland will be subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code.

[6]     For example, like many of its peer law firms, Kirkland typically increases the hourly billing rate of attorneys and paraprofessionals twice a year in the form of: (i) step increases historically awarded in the ordinary course on the basis of advancing seniority and promotion and (ii) periodic increases within each attorney's and paraprofessional's current level of seniority.  The step increases do not constitute "rate increases" (as the term is used in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013).  As set forth in the Order, Kirkland will provide ten business-days' notice to the Debtors, the U.S. Trustee, and any official committee before implementing any periodic increases, and shall file any such notice with the Court.

of such expenses include postage, overnight mail, courier delivery, transportation, overtime expenses, computer-assisted legal research, photocopying, airfare, meals, and lodging.

18.     To ensure compliance with all applicable deadlines in these chapter 11 cases, from time to time Kirkland utilizes the services of overtime secretaries.  Kirkland charges fees for these services pursuant to the Engagement Letter, which permits Kirkland to bill the Debtors for overtime secretarial charges that arise out of business necessity.   In addition, Kirkland professionals also may charge their overtime meals and overtime transportation to the Debtors consistent with prepetition practices.

19.     Kirkland currently charges the Debtors $0.16 per page for standard duplication in its offices in the United States.  Kirkland does not charge its clients for incoming facsimile transmissions.  Kirkland has negotiated a discounted rate for Westlaw computer-assisted legal research.  Computer-assisted legal research is used whenever the researcher determines that using Westlaw is more cost effective than using traditional (non-computer assisted legal research) techniques.

## Compensation Received by Kirkland from the Debtors

20.     Per the terms of the Engagement Letter, on March 27, 2020, the Debtors paid $2,000,000 to Kirkland, which, as stated in the Engagement Letter, constituted an "advance payment retainer" as defined in Rule 1.15(c) of the Illinois Rules of Professional Conduct and *Dowling v. Chicago Options Assoc., Inc.*, 875 N.E.2d 1012, 1018 (Ill. 2007).  Subsequently, the Debtors paid to Kirkland additional advance payment retainer totaling $7,511,083.58 in the aggregate.  As stated in the Engagement Letter, any advance payment retainer is earned by Kirkland upon receipt, any advance payment retainer becomes the property of Kirkland upon receipt, the Debtors no longer have a property interest in any advance payment retainer upon Kirkland's receipt, any advance payment retainer will be placed in Kirkland's general account and

will not be held in a client trust account, and the Debtors will not earn any interest on any advance payment retainer.[7]

21.     Pursuant to Bankruptcy Rule 2016(b), Kirkland has neither shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, associates, and contract attorneys associated with Kirkland or (b) any compensation another person or party has received or may receive.

22.     As of the Petition Date, the Debtors did not owe Kirkland any amounts for legal services rendered before the Petition Date.  Although certain expenses and fees may have been incurred but not yet applied to Kirkland's advance payment retainer, the amount of Kirkland's advance payment retainer always exceeded any amounts listed or to be listed on statements describing services rendered and expenses incurred (on a "rates times hours" and "dates of expenses incurred" basis) prior to the Petition Date.

### Kirkland's Disinterestedness

23.     To the best of the Debtors' knowledge and as disclosed herein and in the Henes Declaration, (a) Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in the Henes Declaration.

---

[7]     The Engagement Letter permits Kirkland to retain any prepetition advance payment retainer held by Kirkland as of the Petition Date rather than applying such prepetition advance payment retainer to pay postpetition fees and expenses.  In light of the facts and circumstances of these chapter 11 cases, Kirkland will retain any prepetition advance payment retainer held by Kirkland as of the Petition Date and will not apply any such amounts to postpetition fees and expenses.

24.     Kirkland will review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise, Kirkland will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

### Supporting Authority

25.     The Debtors seek retention of Kirkland as their attorneys pursuant to section 327(a) of the Bankruptcy Code, which provides that a debtor, subject to Court approval:

> [M]ay employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the [debtor] in carrying out the [debtor]'s duties under this title.

11 U.S.C. § 327(a).

26.     Bankruptcy Rule 2014(a) requires that an application for retention include:

> [S]pecific facts showing the necessity for the employment, the name of the [firm] to be employed, the reasons for the selection, the professional services to be rendered, any proposed arrangement for compensation, and, to the best of the applicant's knowledge, all of the [firm's] connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

Fed. R. Bankr. P. 2014.

27.     The Debtors submit that for all the reasons stated above and in the Henes Declaration, the retention and employment of Kirkland as counsel to the Debtors is warranted. Further, as stated in the Henes Declaration, Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and has no connection to

the Debtors, their creditors, or other parties in interest, except as may be disclosed in the Henes Declaration.

## Notice

28.     The Debtors have provided notice of this Application to the following parties: (a) the U.S. Trustee for the Southern District of Texas; (b) the holders of the 50 largest unsecured claims against the Debtors (on a consolidated basis); (c) the administrative agent under the Debtors' prepetition senior secured term loan and counsel thereto; (d) Paul, Weiss, Rifkind, Wharton & Garrison LLP as counsel to the Ad Hoc Term Lender Group (Attn.: Brian S. Hermann, Esq., Andrew Parlen, Esq., and Sean A. Mitchell, Esq.); (e) the United States Attorney's Office for the Southern District of Texas; (f) the Internal Revenue Service; (g) the United States Securities and Exchange Commission; (h) the Environmental Protection Agency and similar state environmental agencies for states in which the Debtors conduct business; (i) the state attorneys general for states in which the Debtors conduct business; and (j) any party that has requested notice pursuant to Bankruptcy Rule 2002.  A copy of this Application is also available on the website of the Debtors' notice and claims agent at http://cases.primeclerk.com/Covia.  In light of the nature of the relief requested, the Debtors submit that no other or further notice is required.

## No Prior Request

29.     No prior request for the relief sought in this Application has been made to this or any other court.

WHEREFORE, the Debtors respectfully request that the Court enter the Order, substantially in the form attached hereto, granting the relief requested herein and granting such other relief as is just and proper.

Dated:  July 8, 2020
       Houston, Texas

*/s/ Chadwick P. Reynolds*
Chadwick P. Reynolds
Covia Holdings Corporation
Executive Vice President, Chief Legal
Officer, Secretary

**<u>Certificate of Service</u>**

I certify that on July 8, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Matthew D. Cavenaugh*
Matthew D. Cavenaugh

## EXHIBIT A

**Henes Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COVIA HOLDINGS CORPORATION, *et al.*,[1] | ) | Case No. 20-33295 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF JONATHAN S. HENES**
**IN SUPPORT OF THE DEBTORS' APPLICATION**
**FOR ENTRY OF AN ORDER  AUTHORIZING THE**
**RETENTION AND EMPLOYMENT OF  KIRKLAND & ELLIS LLP**
**AND KIRKLAND & ELLIS INTERNATIONAL LLP AS ATTORNEYS FOR**
**THE DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF JUNE 29, 2020**

I, Jonathan S. Henes, being duly sworn, state the following under penalty of perjury:

1.    I am the president of Jonathan S. Henes, P.C., a partner of the law firm of Kirkland & Ellis LLP, located at 601 Lexington Avenue, New York, New York 10022, and a partner of Kirkland & Ellis International, LLP (together with Kirkland & Ellis LLP, collectively, "Kirkland"). I am one of the lead attorneys from Kirkland working on the above-captioned chapter 11 cases. I am a member in good standing of the Bar of the State of New York, and I have been admitted to practice in the United States District Courts for the Southern and Eastern Districts of New York. There are no disciplinary proceedings pending against me.

2.    I submit this declaration (the "Declaration") in support of the Debtors' *Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and*

---

[1]    Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://cases.primeclerk.com/Covia. The location of Debtor Covia Holdings Corporation's principal place of business and the Debtors' service address is:  3 Summit Park Drive, Suite 700, Independence, Ohio 44131.

*Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of June 29, 2020* (the "Application").[2]  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

### Kirkland's Qualifications

4.      The Debtors seek to retain Kirkland because of Kirkland's recognized expertise and extensive experience and knowledge in the field of debtors' protections, creditors' rights, and business reorganizations under chapter 11 of the Bankruptcy Code.

5.      Kirkland has been actively involved in major chapter 11 cases and has represented debtors in many cases, including, among others:   *In re J. C. Penney Company, Inc.*, No. 20-20182 (DRJ) (Bankr. S.D. Tex. July 2, 2020); *In re Neiman Marcus Group LTD LLC*, No. 20-32519 (DRJ) (Bankr. S.D. Tex. June 25, 2020); *In re Hornbeck Offshore Services, Inc.*, No. 20-32679 (DRJ) (Bankr. S.D. Tex. June 18, 2020); *In re Whiting Petroleum Corp.*, No. 20-32021 (DRJ) (Bankr. S.D. Tex. May 6, 2020); *In re Sheridan Holding Co. I, LLC*, No. 20-31884 (DRJ) (Bankr. S.D. Tex. April 24, 2020); *In re McDermott Int'l, Inc.*, No. 20-30336 (DRJ) (Bankr. S.D. Tex. Jan. 23, 2020); *In re Sheridan Holding Co. II, LLC*, No. 19-35198 (MI) (Bankr. S.D. Tex. Oct. 21, 2019); *In re Vanguard Natural Resources, Inc.*, No. 19-31786 (DRJ) (Bankr. S.D. Tex. May 14, 2019); *In re Jones Energy, Inc.*, No. 19-32112 (DRJ) (Bankr. S.D. Tex. May 6, 2019); *In re Westmoreland Coal Company,* No. 18-35672 (DRJ) (Bankr. S.D. Tex. Nov. 14, 2018); *In re iHeartMedia, Inc.*, No. 18-31274 (MI) (Bankr. S.D. Tex. Apr. 12, 2018); *In re EXCO Res., Inc.*, No. 18-30155 (MI) (Bankr. S.D. Tex. Feb. 22, 2018).[3]

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

[3]    Because of the voluminous nature of the orders cited in this Declaration, they are not attached to this Declaration. Copies of these orders are available upon request to Kirkland.

6.      In preparing for its representation of the Debtors in these chapter 11 cases, Kirkland has become familiar with the Debtors' businesses and many of the potential legal issues that may arise in the context of these chapter 11 cases.  I believe that Kirkland is both well-qualified and uniquely able to represent the Debtors in these chapter 11 cases in an efficient and timely manner.

## Services to Be Provided

7.      Subject to further order of the Court and that certain engagement letter dated March 25, 2020 (the "Engagement Letter"), a copy of which is attached as **Exhibit 1** to the Order, the Debtors retained Kirkland to render, without limitation, the following legal services:

    a.     advising the Debtors with respect to its powers and duties as debtor in possession in the continued management and operation of its businesses and properties;

    b.     advising and consulting on the conduct of these chapter 11 cases, including all of the legal and administrative requirements of operating in chapter 11;

    c.     attending meetings and negotiating with representatives of creditors and other parties in interest;

    d.     taking all necessary actions to protect and preserve the Debtors' estates, including prosecuting actions on the Debtors' behalf, defending any action commenced against the Debtors, and representing the Debtors in negotiations concerning litigation in which the Debtors are involved, including objections to claims filed against the Debtors' estates;

    e.     preparing pleadings in connection with these chapter 11 cases, including motions, applications, answers, orders, reports, and papers necessary or otherwise beneficial to the administration of the Debtors' estates;

    f.     representing the Debtors in connection with obtaining authority to continue using cash collateral and postpetition financing;

    g.     advising the Debtors in connection with any potential sale of assets;

    h.     appearing before the Court and any appellate courts to represent the interests of the Debtors' estates;

    i.     advising the Debtors regarding tax matters;

j.      taking any necessary action on behalf of the Debtors to negotiate, prepare, and obtain approval of a disclosure statement and confirmation of a chapter 11 plan and all documents related thereto; and

k.      performing all other necessary legal services for the Debtors in connection with the prosecution of these chapter 11 cases, including: (i) analyzing the Debtors' leases and contracts and the assumption and assignment or rejection thereof; (ii) analyzing the validity of liens against the Debtors; and (iii) advising the Debtors on corporate and litigation matters.

## Professional Compensation

8.      Kirkland intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with these chapter 11 cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, and any other applicable procedures and orders of the Court. The hourly rates and corresponding rate structure Kirkland will use in these chapter 11 cases are the same as the hourly rates and corresponding rate structure that Kirkland uses in other debtor representations, and are comparable to the hourly rates and corresponding rate structure that Kirkland uses for complex corporate, securities, and litigation matters whether in court or otherwise, regardless of whether a fee application is required. These rates and the rate structure reflect that such restructuring and other complex matters typically are national in scope and involve great complexity, high stakes, and severe time pressures.

9.      Kirkland operates in a national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance, and reputation, the nature of the work involved, and other factors.

10.      Kirkland's current hourly rates for matters related to these chapter 11 cases range as follows:[4]

---

[4]    For professionals and paraprofessionals residing outside of the U.S., hourly rates are billed in the applicable currency. When billing a U.S. entity, such foreign rates are converted into U.S. dollars at the then applicable

4

| Billing Category[5] | U.S. Range |
|---|---|
| Partners | $1,075-$1,845 |
| Of Counsel | $625-$1,845 |
| Associates | $610-$1,165 |
| Paraprofessionals | $245-$460 |

11.     Kirkland's hourly rates are set at a level designed to compensate Kirkland fairly for the work of its attorneys and paralegals and to cover fixed and routine expenses.  Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions.[6]

12.     It is Kirkland's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client.  It is also Kirkland's policy to charge its clients only the amount actually incurred by Kirkland in connection with such items.  Examples of such expenses include postage, overnight mail, courier delivery, transportation, overtime expenses, computer-assisted legal research, photocopying, airfare, meals, and lodging.

---

conversion rate.  After converting these foreign rates into U.S. dollars, it is possible that certain rates may exceed the billing rates listed in the chart herein.  While the rate ranges provided for in this Application may change if an individual leaves or joins Kirkland, and if any such individual's billing rate falls outside the ranges disclosed above, Kirkland does not intend to update the ranges for such circumstances.

[5]   Although Kirkland does not anticipate using contract attorneys during these chapter 11 cases, in the unlikely event that it becomes necessary to use contract attorneys, Kirkland will not charge a markup to the Debtors with respect to fees billed by such attorneys.  Moreover, any contract attorneys or non-attorneys who are employed by the Debtors in connection with work performed by Kirkland will be subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code.

[6]   For example, like many of its peer law firms, Kirkland typically increases the hourly billing rate of attorneys and paraprofessionals twice a year in the form of: (i) step increases historically awarded in the ordinary course on the basis of advancing seniority and promotion and (ii) periodic increases within each attorney's and paraprofessional's current level of seniority. The step increases do not constitute "rate increases" (as the term is used in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013).  As set forth in the Order, Kirkland will provide ten business days' notice to the Debtors, the U.S. Trustee, and any official committee before implementing any periodic increases, and shall file such notice with the Court.

13.     To ensure compliance with all applicable deadlines in these chapter 11 cases, Kirkland utilizes the services of overtime secretaries.  Kirkland charges fees for these services pursuant to the Engagement Letter between Kirkland and the Debtors, which permits Kirkland to bill the Debtors for overtime secretarial charges that arise out of business necessity.  In addition, Kirkland professionals also may charge their overtime meals and overtime transportation to the Debtors consistent with prepetition practices.

14.     Kirkland currently charges the Debtors $0.16 per page for standard duplication in its offices in the United States. Kirkland does not charge its clients for incoming facsimile transmissions.  Kirkland has negotiated a discounted rate for Westlaw computer-assisted legal research.  Computer-assisted legal research is used whenever the researcher determines that using Westlaw is more cost effective than using traditional (non-computer assisted legal research) techniques.

### Compensation Received by Kirkland from the Debtors

15.     Per the terms of the Engagement Letter, on March 25, 2020, the Debtors paid $2,000,000 to Kirkland, which, as stated in the Engagement Letter, constituted an "advance payment retainer" as defined in Rule 1.15(c) of the Illinois Rules of Professional Conduct and *Dowling v. Chicago Options Assoc., Inc.*, 875 N.E.2d 1012, 1018 (Ill. 2007).  Subsequently, the Debtors paid to Kirkland additional advance payment retainer totaling $7,511,083.58 in the aggregate.  As stated in the Engagement Letter, any advance payment retainer is earned by Kirkland upon receipt, any advance payment retainer becomes the property of Kirkland upon receipt, the Debtors no longer have a property interest in any advance payment retainer upon Kirkland's receipt, any advance payment retainer will be placed in Kirkland's general account and

6

will not be held in a client trust account, and the Debtors will not earn any interest on any advance payment retainer.[7]

16.     As of the Petition Date, the Debtors did not owe Kirkland any amounts for legal services rendered before the Petition Date.  Although certain expenses and fees may have been incurred, but not yet applied to Kirkland's advance payment retainer, Kirkland's total advance payment retainer always exceeded any amounts listed or to be listed on statements describing services rendered and expenses incurred (on a "rates times hours" and "dates of expenses incurred" basis) prior to the Petition Date.

17.     Pursuant to Bankruptcy Rule 2016(b), Kirkland has not shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, associates, and contract attorneys associated with Kirkland or (b) any compensation another person or party has received or may receive.

### Statement Regarding U.S. Trustee Guidelines

18.     Kirkland shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Bankruptcy Local Rules, and any other applicable procedures and orders of the Court.  Kirkland also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by*

---

[7]     The Engagement Letter permits Kirkland to retain any prepetition advance payment retainer held by Kirkland as of the Petition Date rather than applying such prepetition advance payment retainer to pay postpetition fees and expenses.  In light of the facts and circumstances of these chapter 11 cases, Kirkland will retain any prepetition advance payment retainer held by Kirkland as of the Petition Date and will not apply any such amounts to postpetition fees and expenses.

*Attorneys in Larger Chapter 11 Cases Effective As of November 1, 2013* (the "Revised UST Guidelines"), both in connection with this Application and the interim and final fee applications to be filed by Kirkland in these chapter 11 cases.

### **Attorney Statement Pursuant to Revised UST Guidelines**

19.     The following is provided in response to the request for additional information set forth in Paragraph D.1. of the Revised UST Guidelines:

    a.    **Question**: Did Kirkland agree to any variations from, or alternatives to, Kirkland's standard billing arrangements for this engagement?

        **Answer**: No.  Kirkland and the Debtors have not agreed to any variations from, or alternatives to, Kirkland's standard billing arrangements for this engagement.  The rate structure provided by Kirkland is appropriate and is not significantly different from (i) the rates that Kirkland charges for other non-bankruptcy representations or (ii) the rates of other comparably skilled professionals.

    b.    **Question**: Do any of the Kirkland professionals in this engagement vary their rate based on the geographic location of the Debtors' chapter 11 cases?

        **Answer**: No.  The hourly rates used by Kirkland in representing the Debtors are consistent with the rates that Kirkland charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case.

    c.    **Question**: If Kirkland has represented the Debtors in the 12 months prepetition, disclose Kirkland's billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If Kirkland's billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

**Answer**: Kirkland's current hourly rates for services rendered on behalf of the Debtors from January 1, 2020 range as follows: [8]

| Billing Category | U.S. Range |
|---|---|
| Partners | $1,075-$1,845 |
| Of Counsel | $625-$1,845 |
| Associates | $610-$1,165 |
| Paraprofessionals | $245-$460 |

Kirkland's hourly rates for services rendered on behalf of the Debtors from June 29, 2019 to December 31, 2019 ranged as follows:

| Billing Category | U.S. Range |
|---|---|
| Partners | $1,025-$1,795 |
| Of Counsel | $595-$1,705 |
| Associates | $595-$1,125 |
| Paraprofessionals | $235-$460 |

d. **Question**: Have the Debtors approved Kirkland's budget and staffing plan, and, if so, for what budget period?

**Answer**: Yes, for the period from June 29, 2020 through September 30, 2020.

### Kirkland's Disinterestedness

20.    In connection with its proposed retention by the Debtors in these chapter 11 cases, Kirkland undertook to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors. Specifically, Kirkland obtained from the Debtors and their representatives the names of individuals and entities that may be parties in interest in these chapter 11 cases (the "Potential Parties in Interest") and such parties are listed on **Schedule 1** hereto.  Kirkland has searched on its electronic database for its connections to the entities listed on **Schedule 1** hereto.  In addition, after Kirkland identified all client connections with the Potential Parties in Interest over a specified time period,

---

[8]    While the rate ranges provided for in this Application may change if an individual leaves or joins Kirkland, and if any such individual's billing rate falls outside the ranges disclosed above, Kirkland does not intend to update the ranges for such circumstances.

Kirkland circulated a survey email to all Kirkland attorneys who billed 10 or more hours to such clients during the prior six years.  Further, beyond the individual emails, Kirkland sent a daily report of new matters firm wide.  All Kirkland attorneys are responsible for reviewing the daily report of new matters and raising any potential concerns with respect to new representations.  The Debtors did not receive any answers in the affirmative to these emails.   Additionally, to the extent that I have been able to ascertain that Kirkland has been retained within the last three years to represent any of the Potential Parties in Interest (or their affiliates, as the case may be) in matters unrelated to these cases, such facts are disclosed on **Schedule 2** attached hereto.

21.     Kirkland and certain of its partners and associates may have in the past represented, may currently represent, and likely in the future will represent, entities that may be parties in interest in these chapter 11 cases in connection with matters unrelated (except as otherwise disclosed herein) to the Debtors and these chapter 11 cases.  Kirkland has searched on its electronic database for its connection to the entities listed on **Schedule 1** attached hereto.  The information listed on **Schedule 1** may have changed without our knowledge and may change during the pendency of these chapter 11 cases.  Accordingly, Kirkland will update this Declaration as necessary and when Kirkland becomes aware of additional material information.  The following is a list of the categories that Kirkland has searched:[9]

---

[9]     Kirkland's inclusion of parties in the following Schedules is solely to illustrate Kirkland's conflict search process and is not an admission that any party has a valid claim against the Debtors or that any party properly belongs in the schedules or has a claim or legal relationship to the Debtors of the nature described in the schedules.

| Schedule | Category |
|----------|----------|
| 1(a) | Entities Affiliated with the Debtors |
| 1(b) | Current and Recent Former Directors and Officers |
| 1(c) | Shareholders |
| 1(d) | Banks |
| 1(e) | Employee & Retiree Benefits |
| 1(f) | Governmental & Retiree Benefits |
| 1(g) | Insurance, LC, & Surety Parties |
| 1(h) | Landlords |
| 1(i) | Lenders |
| 1(j) | Litigation Parties |
| 1(k) | Other Contract Counterparties |
| 1(l) | Professionals |
| 1(m) | Railcar lessors |
| 1(n) | Royalties Interest Lease Counterparties |
| 1(o) | Significant Competitors |
| 1(p) | Significant Customers |
| 1(q) | Top 50 Creditors |
| 1(r) | Unions |
| 1(s) | Utilities |
| 1(t) | Vendors |
| 1(u) | U.S. Trustee, Personnel, Judges, and court contacts for the Southern District of Texas |

22.     To the best of my knowledge, (a) Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in this Declaration.

23.     Listed on **Schedule 2** to this Declaration are the results of Kirkland's conflicts searches of the above-listed entities.[10]  For the avoidance of doubt, Kirkland will not commence a

---

[10]   As referenced in **Schedule 2**, the term "current client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted in the 12 months preceding the Petition Date.  As referenced in **Schedule 2**, the term "former client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted between 12 and 36 months preceding the Petition Date.  As referenced in **Schedule 2**, the term "closed client" means an entity listed as a client in Kirkland's conflicts search system to whom time was

cause of action in these chapter 11 cases against the entities listed on **Schedule 2** that are current clients of Kirkland (including entities listed below under the "Specific Disclosures" section of this Declaration) unless Kirkland has an applicable waiver on file or first receives a waiver from such entity allowing Kirkland to commence such an action.  To the extent that a waiver does not exist or is not obtained from such entity and it is necessary for the Debtors to commence an action against that entity, the Debtors will be represented in such particular matter by conflicts counsel.[11]

24.    Of the entities listed on **Schedule 2**, only The Blackstone Group (together with its affiliated investment funds, "Blackstone") represented more than one percent of Kirkland's fee receipts for the twelve-month period ending on June 30, 2020.[12]  Several of Blackstone's affiliates are contract counterparties and vendors in these chapter 11 cases.  All prior and current representations of Blackstone have been in matters unrelated to these chapter 11 cases.  I do not believe that any current or former representation of Blackstone precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

---

posted in the 36 months preceding the Petition Date, but for which the client representation has been closed. Whether an actual client relationship exists can only be determined by reference to the documents governing Kirkland's representation rather than its potential listing in Kirkland's conflicts search system.  The list generated from Kirkland's conflicts search system is over-inclusive.  As a general matter, Kirkland discloses connections with "former clients" or "closed clients" for whom time was posted in the last 36 months, but does not disclose connections if time was billed more than 36 months before the Petition Date.

[11]    In the coming days, the Debtors also are seeking to retain and employ DLA Piper LLP (US) as conflicts counsel pursuant to the *Debtors' Application to Employ and Retain DLA Piper LLP (US) as Counsel to the Disinterested Managers of Covia Holdings Corporation Pursuant to Sections 327(e), 328(a) and 1107(b) of the Bankruptcy Code and Bankruptcy Rule 2014* Nunc Pro Tunc *to the Petition Date*.

Contemporaneously with the filing of the Application, the Debtors are also seeking to retain and employ Kobre & Kim LLP as special litigation counsel pursuant to the *Debtors' Application for Entry of an Order (I) Pursuant to Sections 327(e), 328(a), and 1107(b) of the Bankruptcy Code Authorizing and Approving the Employment and Retention of Kobre & Kim LLP as Special Litigation Counsel for the Debtors and Debtors In Possession Effective as of June 29, 2020 and (II) Granting Related Relief*.

[12]    Specific percentages will be disclosed to the Office of the U.S. Trustee upon request.

25.     Kirkland's conflicts search of the entities listed on **Schedules 1(a) – 1(u)** (that Kirkland was able to locate using its reasonable efforts) reveals, to the best of my knowledge, that those Kirkland attorneys and paraprofessionals who previously worked at other law firms that represented such entities in these chapter 11 cases have not worked on matters relating to the Debtors' restructuring efforts while at Kirkland.

26.     Based on the conflicts search conducted to date and described herein, to the best of my knowledge, neither I, Kirkland, nor any partner or associate thereof, insofar as I have been able to ascertain, have any connection with the Debtors, their creditors, or any other parties in interest, their respective attorneys and accountants, the United States Trustee for the Southern District of Texas (the "U.S. Trustee"), any person employed by the U.S. Trustee, or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the Southern District of Texas, except as disclosed or otherwise described herein.

27.     Kirkland will review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise, Kirkland will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

28.     Generally, it is Kirkland's policy to disclose entities in the capacity that they first appear in a conflicts search.  For example, if an entity already has been disclosed in this Declaration in one capacity (*e.g.*, a customer), and the entity appears in a subsequent conflicts search in a different capacity (*e.g.*, a vendor), Kirkland does not disclose the same entity again in supplemental declarations, unless the circumstances are such in the latter capacity that additional disclosure is required.

29.     From time to time, Kirkland has referred work to other professionals to be retained in these chapter 11 cases.  Likewise, certain such professionals have referred work to Kirkland.

30.     Certain insurance companies pay the legal bills of Kirkland clients.  Some of these insurance companies may be involved in these chapter 11 cases.  None of these insurance companies, however, are Kirkland clients as a result of the fact that they pay legal fees on behalf of Kirkland clients.

**Specific Disclosures**

31.     As specifically set forth below and in the attached exhibits, Kirkland represents certain of the Debtors' creditors, equity security holders, or other entities that may be parties in interest in ongoing matters unrelated to the Debtors and these chapter 11 cases.  None of the representations described herein are materially adverse to the interests of the Debtors' estates.  Moreover, pursuant to section 327(c) of the Bankruptcy Code, Kirkland is not disqualified from acting as the Debtors' counsel merely because it represents certain of the Debtors' creditors, equity security holders, or other entities that may be parties in interest in matters unrelated to these chapter 11 cases.

**A.      Connections to Holders of Equity Interests in the Debtors.**

32.     As disclosed on **Schedule 2**, certain of the Debtors' equity holders are current, former, or closed clients of Kirkland.  All current and prior Kirkland representations of such equity holders have been in matters unrelated to the Debtors or these chapter 11 cases.  Kirkland has not and will not represent these equity holders in matters related to the Debtors or their chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that Kirkland's current or prior representation of such equity holders precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

14

**B.      Connections to Certain Lending Institutions.**

33.      As disclosed on **<u>Schedule 2</u>**, Kirkland currently represents, and in the past has represented, certain of the Debtors' secured lenders and/or certain of their affiliates (collectively, the "<u>Secured Lending Institutions</u>") in a variety of matters.  The Secured Lending Institutions are each lenders under the Debtors' prepetition lerm loan.  All of Kirkland's current and former representations of the Secured Lending Institutions have been in matters unrelated to the Debtors and these chapter 11 cases.  Kirkland has not and will not represent the Secured Lending Institutions in any matters related to the Debtors' chapter 11 cases.  I do not believe that Kirkland's current or former representation of the Secured Lending Institutions precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

34.      As disclosed on **<u>Schedule 2</u>**, Kirkland currently represents, and in the past has represented, PNC Bank, N.A., Bank of America, N.A., Wells Fargo, N.A., and HSBC Holdings plc and/or certain of their affiliates (collectively, the "<u>Banking Institutions</u>") in a variety of matters. The Banking Institutions are each entities with whom the Debtors have banking relationships.  All of Kirkland's current and former representations of the Banking Institutions have been in matters unrelated to the Debtors and these chapter 11 cases.  Kirkland has not and will not represent the Banking Institutions in any matters related to the Debtors' chapter 11 cases.  I do not believe that Kirkland's current or former representation of the Banking Institutions precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

35.      Kirkland currently represents, and in the past has represented, Barclays Bank PLC and/or certain of its affiliates ("<u>Barclays</u>"), in a variety of matters.  Barclays is the administrative agent under the Debtors' prepetition term loan. All of Kirkland's current and former representations of Barclays are unrelated to the Debtors and these chapter 11 cases.  Kirkland has

15

not and will not represent Barclays in any matters related to the Debtors' chapter 11 cases. I do not believe that Kirkland's representation of Barclays precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**C.      Connections to Railcar and Lease Counterparties.**

36.      As disclosed on **Schedule 2**, Kirkland currently represents, and formerly has represented, Bank of America, N.A. ("Bank of America") and certain of its affiliates, in a variety of matters. An affiliate of Bank of America is a railcar lease counterparty in these chapter 11 cases. Kirkland's representations of Bank of America, in the aggregate, accounted for less than one percent of Kirkland's fee receipts for the twelve-month period ending on June 30, 2020. All of Kirkland's current and former representations of Bank of America have been unrelated to the Debtors and these chapter 11 cases. Kirkland has not and will not represent Bank of America or its affiliates in any matters related to the Debtors or these chapter 11 cases. I do not believe that Kirkland's representation of Bank of America or its affiliates precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

37.      As disclosed on **Schedule 2**, Kirkland currently represents, and formerly has represented, Wells Fargo Bank, N.A. ("Wells Fargo") and certain of its affiliates, in a variety of matters. An affiliate of Wells Fargo is a railcar lease counterparty in these chapter 11 cases. Kirkland's representations of Wells Fargo, in the aggregate, accounted for less than one percent of Kirkland's fee receipts for the twelve-month period ending on June 30, 2020. All of Kirkland's current and former representations of Wells Fargo have been unrelated to the Debtors and these chapter 11 cases. Kirkland has not and will not represent Wells Fargo or its affiliates in any matters related to the Debtors or these chapter 11 cases. If it is necessary for Kirkland to represent Wells Fargo or its affiliates or to commence an action against Wells Fargo or its affiliates, the Debtors

16

will be represented by Kobre & Kim.  I do not believe that Kirkland's representation of Wells Fargo or its affiliates precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

38.     As disclosed on **Schedule 2**, Kirkland currently represents, and formerly has represented, Siemens Corporation ("Siemens") and certain of its affiliates, in a variety of matters. An affiliate of Siemens is a railcar lease counterparty in these chapter 11 cases.  Kirkland's representations of Siemens, in the aggregate, accounted for less than one percent of Kirkland's fee receipts for the twelve-month period ending on June 30, 2020.  All of Kirkland's current and former representations of Siemens have been unrelated to the Debtors and these chapter 11 cases. Kirkland has not and will not represent Siemens or its affiliates in any matters related to the Debtors or these chapter 11 cases.  If it is necessary for Kirkland to represent Siemens or its affiliates or to commence an action against Siemens or its affiliates, the Debtors will be represented by Kobre & Kim.  I do not believe that Kirkland's representation of Siemens or its affiliates precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

39.     As disclosed on **Schedule 2**, Kirkland currently represents, and formerly has represented, Caterpillar Corporation ("Caterpillar") and certain of its affiliates, in a variety of matters.  An affiliate of Caterpillar is a lease counterparty in these chapter 11 cases.  Kirkland's representations of Caterpillar, in the aggregate, accounted for less than one percent of Kirkland's fee receipts for the twelve-month period ending on June 30, 2020.  All of Kirkland's current and former representations of Caterpillar have been unrelated to the Debtors and these chapter 11 cases. Kirkland has not and will not represent Caterpillar in any matters related to the Debtors and these chapter 11 cases.  I do not believe that Kirkland's representation of Caterpillar precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

17

**D.      Connections to Other Entities.**

40.      As disclosed on **Schedule 2**, certain parties in interest in these chapter 11 cases are current or former Kirkland restructuring clients, including: Avaya, Inc., Calpine Corp., Frontier Communications Corp., Windstream Corp., GenOn Energy, Inc., ███████████, and ████ ████████████ (collectively, the "Restructuring Parties").  Kirkland will not represent the Debtors, the Debtors' non-Debtor affiliates, or other entities associated with the Debtors in any matter related to the Restructuring Parties' restructuring matters. Similarly, Kirkland will not represent the Restructuring Parties against the Debtors in these chapter 11 cases. Kirkland's representation of the Restructuring Parties is unrelated to these chapter 11 cases or Kirkland's representation of the Debtors. I do not believe that any of Kirkland's current or former representations of the Restructuring Parties precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**E.      Other Chapter 11 Professionals.**

41.      As disclosed in **Schedule 2** attached hereto, Kirkland currently represents, and formerly has represented, certain affiliates, subsidiaries, and entities associated with various professionals that the Debtors seeks to retain in connection with these chapter 11 cases.  All prior and current Kirkland representations of these professionals have been in matters unrelated to the Debtors and these chapter 11 cases.  Kirkland has not represented and will not represent any such professionals in connection with any matter in these chapter 11 cases.  I do not believe that Kirkland's current or prior representation of these professionals precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

18

42.     On June 30, 2020, the Court approved Prime Clerk LLP ("Prime Clerk") as the Debtors' notice and claims agent.[13]  Certain former Kirkland attorney are currently employed by Prime Clerk. Though previously employed by Kirkland, any work provided by these former Kirkland attorneys was unrelated to the Debtors or these chapter 11 cases. As disclosed in **Schedule 2** attached hereto, Kirkland has represented and currently represents Prime Clerk in matters unrelated to the Debtors and these chapter 11 cases.  I do not believe that Kirkland's current and prior representation of Prime Clerk precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

43.     The Debtors' proposed financial advisor and investment banker is PJT Partners LP ("PJT") for these chapter 11 cases.   As disclosed in **Schedule 2** attached hereto, Kirkland represents certain of PJT's direct or indirect affiliates in matters unrelated to the Debtors and these chapter 11 cases.  Kirkland has not and will not represent PJT in matters related to the Debtors or their chapter 11 cases.  I do not believe that Kirkland's representation of these parties precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code

44.     The Debtors' proposed restructuring advisor is AlixPartners LLP ("Alix") for these chapter 11 cases.  As disclosed in **Schedule 2** attached hereto, Kirkland represents certain of Alix's direct or indirect affiliates in matters unrelated to the Debtors and these chapter 11 cases.  Kirkland has not and will not represent Alix in matters related to the Debtors or their chapter 11 cases.  I do not believe that Kirkland's representation of these parties precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

---

[13] *See Order Authorizing the Employment and Retention of Prime Clerk LLC as Claims, Noticing, and Solicitation Agent* [Docket No. 35].

45.     The Debtors intend to seek approval of Ernst & Young LLP ("<u>EY</u>") as their auditor for these chapter 11 cases.  As disclosed in **<u>Schedule 2</u>** attached hereto, Kirkland has represented and currently represents EY and related entities in matters unrelated to the Debtors or these chapter 11 cases.  Kirkland has not and will not represent EY in matters related to the Debtors or these chapter 11 cases.  I do not believe that Kirkland's current and former representations of EY preclude Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

46.     The Debtors intend to seek approval of KPMG LLP ("<u>KPMG</u>") to provide tax consulting services for these chapter 11 cases.  As disclosed in **<u>Schedule 2</u>** attached hereto, Kirkland has represented and currently represents KPMG and related entities in matters unrelated to the Debtors or these chapter 11 cases.  Kirkland has not and will not represent KPMG in matters related to the Debtors or these chapter 11 cases.  I do not believe that Kirkland's current and former representations of KPMG preclude Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

47.     The ad hoc group of term loan lenders has retained Paul, Weiss, Rifkind, Wharton & Garrison LLP ("<u>Paul Weiss</u>") as its counsel in the Debtors' chapter 11 cases.  As disclosed in **<u>Schedule 2</u>** attached hereto, Kirkland formerly represented Paul Weiss in matters unrelated to the Debtors and these chapter 11 cases.  Certain former Kirkland attorneys and professionals currently are employed by Paul Weiss.  Though previously employed by Kirkland, any work provided by these prior Kirkland employees was unrelated to the Debtors and these chapter 11 cases.  I do not believe that these connections preclude Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

48.     The ad hoc group of term loan lenders have retained Centerview Partners LLC ("<u>Centerview</u>") as their financial advisor in the Debtors' chapter 11 cases.  As disclosed in

20

**Schedule 2** attached hereto, Kirkland currently represents and formerly has represented Centerview in matters unrelated to the Debtors and these chapter 11 cases. Kirkland has not and will not represent Centerview in connection with matters related to the Debtors or these chapter 11 cases. I do not believe that these connections preclude Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**F.    Kirkland Attorney and Employee Investments.**

49.    From time to time, Kirkland partners, of counsel, associates, and employees personally invest in mutual funds, retirement funds, private equity funds, venture capital funds, hedge funds, and other types of investment funds (the "Investment Funds"), through which such individuals indirectly acquire an interest in debt or equity securities of many companies, one of which may be one of the Debtors, their creditors, or other parties in interest in these chapter 11 cases, often without Kirkland's knowledge. Each Kirkland person generally owns substantially less than one percent of such Investment Fund, does not manage or otherwise control such Investment Fund, and has no influence over the Investment Fund's decision to buy, sell, or vote any particular security. The Investment Fund is generally operated as a blind pool, meaning that when the Kirkland persons make an investment in the Investment Fund, he, she, or they do not know what securities the blind pool Investment Fund will purchase or sell, and have no control over such purchases or sales.

50.    From time to time one or more Kirkland partners and of counsel voluntarily choose to form an entity (a "Passive-Intermediary Entity") to invest in one or more Investment Funds. Such Passive-Intermediary Entity is composed only of persons who were Kirkland partners and of counsel at the time of the Passive-Intermediary Entity's formation (although some may later become former Kirkland partners and of counsel). Participation in such a Passive-Intermediary

21

Entity is wholly voluntary and only a portion of Kirkland's partners and of counsel choose to participate.  The Passive-Intermediary Entity generally owns substantially less than one percent of any such Investment Fund, does not manage or otherwise control such Investment Fund, and has no influence over the Investment Fund's decision to buy, sell, or vote any particular security.  Each Investment Fund in which a Passive-Intermediary Entity invests is operated as a blind pool, so that the Passive-Intermediary Entity does not know what securities the blind pool Investment Funds will purchase or sell, and has no control over such purchases or sales.  And, indeed, the Passive-Intermediary Entity often arranges for statements and communications from certain Investment Funds to be sent solely to a blind administrator who edits out all information regarding the identity of the Investment Fund's underlying investments, so that the Passive-Intermediary Entity does not learn (even after the fact) the identity of the securities purchased, sold, or held by the Investment Fund.  To the extent the Passive-Intermediary Entity is or becomes aware of the identity of the securities purchased, sold, or held by the Investment Funds ("Known Holdings"), such Known Holdings are submitted to Kirkland's conflict checking system.

51.     From time to time, Kirkland partners, of counsel, associates, and employees personally directly acquire a debt or equity security of a company which may be (or become) one of the Debtors, their creditors, or other parties in interest in these chapter 11 cases.  Kirkland has a long-standing policy prohibiting attorneys and employees from using confidential information that may come to their attention in the course of their work, so that all Kirkland attorneys and employees are barred from trading in securities with respect to which they possess confidential information.

G.      **Former Clerks.**

52.      The following Kirkland employees had clerkships in the Southern District of Texas during the last three years (together, the "Former Clerks").  I do not believe that the Former Clerk's work for the Court precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

53.      Camille E. Peeples is a Kirkland associate who clerked with the Honorable Andrew S. Hanen in the United States District Court for the Southern District of Texas from 2018 to 2019.  Ms. Peeples began working at Kirkland in September 2019, and had no connection with the Debtors' chapter 11 cases while working for the Court.  I do not believe that Ms. Peeples' work for the Court precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

54.      Anna E. Swanson is a Kirkland associate who clerked with the Honorable Alfred H. Bennett in the United States District Court for the Southern District of Texas from August 2017 to August 2019.  Ms. Swanson began working at Kirkland in September 2019, and had no connection with the Debtors' chapter 11 cases while working for the Court.  I do not believe that Ms. Swanson's work for the Court precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

55.      Mya L. Johnson is a Kirkland associate who was a law clerk for the Honorable Stephen Smith of the United States District Court for the Southern District of Texas from August 2017 to July 2018.  Ms. Johnson began working at Kirkland in September 2018 and had no connection with the Debtors' chapter 11 cases while working for the court.  I do not believe that Ms. Johnson's work for the Court precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

23

**H.      Other Disclosures.**

56.      Finally, certain interrelationships exist among the Debtors.  Nevertheless, the Debtors have advised Kirkland that the Debtors' relationships to each other do not pose any conflict of interest because of the general unity of interest among the Debtors.  Insofar as I have been able to ascertain, I know of no conflict of interest that would preclude Kirkland's joint representation of the Debtors in these chapter 11 cases.

57.      Emily Flynn is a restructuring associate in Kirkland's Chicago office.  Ms. Flynn's father, Patrick M. Flynn, is currently serving as local counsel for the United Steelworkers ("USW"), a labor union representing certain of the Debtors' employees in connection with the Debtors' chapter 11 cases.  I do not believe that Ms. Flynn's connection to an attorney representing certain creditors of the Debtors creates a conflict of interest, but I have disclosed this connection out of an abundance of caution.

58.      The spouse of Kirkland partner Helen E. Witt, P.C. is a managing director of JPMorgan Chase & Co.  JPMorgan Chase Bank, N.A. and certain of its affiliates are among the holders of the Debtors' common stock.  Out of an abundance of caution, Kirkland has instituted formal screening measures to screen Ms. Witt from all aspects of Kirkland's representation of the Debtors.

59.      James H.M. Sprayregen, a Kirkland partner, worked as an attorney at Kirkland from July 1990 until June 2006 and rejoined the firm in December 2008. From June 2006 until December 2008, prior to rejoining the firm, Mr. Sprayregen was co-head of the restructuring group of Goldman Sachs Americas, where he advised U.S. and international clients in restructuring and distressed situations.  Certain affiliates of Goldman Sachs are holders of equity interests in the Debtors.  As described above, Goldman Sachs is a client of the firm and is disclosed on Schedule

24

1(m) attached hereto.  I do not believe that Mr. Sprayregen's prior employment at Goldman Sachs precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

60.     Furthermore, certain Kirkland attorneys represent clients that may be adverse to Kirkland's current and former restructuring clients.  These attorneys (the "Screened Kirkland Attorneys") will not perform work in connection with Kirkland's representation of the Debtors and will not have access to confidential information related to the representation.  Kirkland's formal ethical screen provides sufficient safeguards and procedures to prevent imputation of conflicts by isolating the Screened Kirkland Attorneys and protecting confidential information.

61.     Under Kirkland's screening procedures, Kirkland's conflicts department distributes a memorandum to all Kirkland attorneys and legal assistants directing them as follows: (a) not to discuss any aspects of Kirkland's representation of the Debtors with the Screened Kirkland Attorneys; (b) to conduct meetings, phone conferences, and other communications regarding Kirkland's representation of the Debtors in a manner that avoids contact with the Screened Kirkland Attorneys; (c) to take all measures necessary or appropriate to prevent access by the Screened Kirkland Attorneys to the files or other information related to Kirkland's representation of the Debtors; and (d) to avoid contact between the Screened Kirkland Attorneys and all Kirkland personnel working on the representation of the Debtors unless there is a clear understanding that there will be no discussion of any aspects of Kirkland's representation of the Debtors. Furthermore, Kirkland already has implemented procedures to block the Screened Kirkland Attorneys from accessing files and documents related to the Debtors that are stored in Kirkland's electronic document managing system.

## <u>Affirmative Statement of Disinterestedness</u>

62.     Based on the conflicts search conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  July 8, 2020                                    Respectfully submitted,

_/s/ Jonathan S. Henes_
Jonathan S. Henes
as President of Jonathan S. Henes, P.C., as
Partner of Kirkland & Ellis LLP; and as Partner
of Kirkland & Ellis International LLP

27

## Schedule 1

The following lists contain the names of reviewed entities as described more fully in the *Declaration of Jonathan S. Henes in Support of the Debtors' Application for the Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of June 29, 2020* (the "Henes Declaration").[1]  Where the names of the entities reviewed are incomplete or ambiguous, the scope of the search was intentionally broad and inclusive, and Kirkland & Ellis LLP and Kirkland & Ellis International LLP reviewed each entity in its records, as more fully described in the Henes Declaration, matching the incomplete or ambiguous name.

---

[1]   Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Henes Declaration.

# SCHEDULE 1

### List of Schedules

| Schedule | Category |
|---|---|
| 1(a) | Entities Affiliated with the Debtors |
| 1(b) | Current and Recent Former Directors and Officers |
| 1(c) | Shareholders |
| 1(d) | Banks |
| 1(e) | Employee & Retiree Benefits |
| 1(f) | Governmental/Regulatory Agencies |
| 1(g) | Insurance, LC, & Surety Parties |
| 1(h) | Landlords |
| 1(i) | Lenders |
| 1(j) | Litigation Parties |
| 1(k) | Other Contract Counterparties |
| 1(l) | Professionals |
| 1(m) | Railcar Lessors |
| 1(n) | Royalties Interest Lease Counterparties |
| 1(o) | Significant Competitors |
| 1(p) | Significant Customers |
| 1(q) | Top 50 Creditors |
| 1(r) | Unions |
| 1(s) | Utilities |
| 1(t) | Vendors |
| 1(u) | U.S. Trustee Personnel, Judges, and court contacts for the Southern District of Texas |

## <u>SCHEDULE 1(a)</u>

### <u>Entities Affiliated with the Debtors</u>

909273 Ontario Inc.
Alpha Resins LLC
Aquila Mineral Co.
Best Sand Corp.
Best Sand of Pennsylvania Inc.
Bison Merger Sub I LLC
Black Lab LLC
Blue Earth Properties LLC
Cheyenne Sand Corp.
Construction Aggregates Corp. of Michigan
    Inc.
Covia Canada Ltd.
Covia Europe ApS
Covia Finance Company LLC
Covia Financing LLC
Covia Holdings Corp.
Covia ISP Inc.
Covia Lime LLC
Covia Opportunity Fund I
Covia Specialty Minerals Inc.
Dewey Resources LLC
Fairmount Logistics LLC
Fairmount Minerals LLC
Fairmount Minerals Sales de Mexico S. de
    RL de CV
Fairmount Santrol Inc.
Fairmount Water Solutions LLC
FML Alabama Resin Inc.
FML Resin LLC
FML Sand LLC
FML Terminal Logistics LLC
FMSA Inc.
Grupo Materias Primas de Mexico S. de RL
    de CV
Grupo Materias Primas S. de RL de CV
Lake Shore Sand Co. (Ontario) Ltd.
Materias Primas Minerales de Ahuazotepec
    S. de RL de CV
Materias Primas Monterrey S. de RL de CV
Mineral Visions Inc.
Patriot Proppants Arkansas LLC
Polymorphous Mineral Investment Corp.

Santrol (Yixing) Proppant Co. Ltd.
Santrol de Mexico S. de RL de CV
Self-Suspending Proppant LLC
Servicios Integrales Lampazos S. de RL de
    CV
Shakopee Sand LLC
Specialty Sands Inc.
Standard Sand Corp.
Technimat LLC
Technisand Canada Sales Ltd.
Technisand Inc.
Tinaco Feldspar Co. LLC
Unimin Patriot Holdings LLC
Unimin Wisconsin Equipment Corp.
Unisil Corp.
Wedron Silica Co.
West Texas Housing LLC
Wexford Sand Co.
Winchester & Western Railroad Co.
Wisconsin Industrial Sand Co. LLC
Wisconsin Specialty Sands Inc.

## SCHEDULE 1(b)

### Current and Recent Former Directors and Officers

| | |
|---|---|
| Albaugh, Stan | Kelly, William P. |
| Aloy, Reynaldo | Kilbane, Janet |
| Aown, Bryan | Labroue, Jean-Pierre |
| Atkins, Scott | Lambrechts, Olivier |
| Banker, Colby | Larson, Bob |
| Barrus, Mark E. | LeBaron, Matthew F. |
| Berry, Cameron | Lenahan, Mike |
| Berry, Cameron J. | Lieto, Aaron |
| Biehl, Michael F. | Lind, Steve |
| Burke, Erin M. | Loix, Benny |
| Clancey, Gerald L. | Losee, Douglas |
| Collins, Charles | Magaud, George |
| Conway, William E. | Mehta, Vinay |
| Corrigan, Kevin | Migyanko, Joe |
| Crandall, David | Miraval, Jack |
| Crandall, David J. | Mullet, Greg |
| Decat, Kurt | Navarre, Richard A. |
| Deckard, Jennfier D. | Nystrom, Erik |
| Deckard, Jenniffer | O'Donnell, Rory F. |
| Deleersnyder, Jean-Luc | O'Donnell, Rory F., Jr. |
| Delloye, Michel | O'Brien, Andrew |
| Demasi, Meghan | Oskam, Mark |
| Duran, Joaquin | Pezanoski, Michelle |
| Egleston, Indrani | Pollack, Matthew L. |
| Eich, Andrew D. | Reynolds, Chadwick P. |
| Esposito, Barry | Richardson, Brian J. |
| Feicks, Keith | Sand, Michael E. |
| Fife, Lisa M. | Scofield, Jeffrey B. |
| Foo, John | Sedillos, Lia |
| Fowler, Charles | Sherman, Eric R. |
| Fowler, Charles D. | Solazzo, Richard M. |
| Fox, Jennifer | Styers, Mark |
| Garza, Manuel | Westbrook, Eric |
| Gehrlein, Jennifer | Westmoreland, Steve |
| Gehrlein, Jennifer L. | Zove, Douglas |
| Gennari, Paolo | |
| Gerber, Dan | |
| Hadden, Stephen J. | |
| Hauzie, Rob | |
| Hauzie, Robert | |
| Hritz, Todd | |
| Jones, Campbell J. | |

## SCHEDULE 1(c)

### Shareholders

ABN AMRO Clearing Chicago LLC
Amalgamated Bank
American Enterprise Investment Services
    Inc.
American Stock Transfer & Trust Co. LLC
Apex Clearing Corp.
Axos Clearing Corp.
Bank of America NA
Bank of New York Mellon Corp., The
Bank of Nova Scotia, The
Barclays Bank Plc New York Branch
Barclays Capital Inc.
BB&T Securities
BBS Securities Inc.
BMO Capital Markets Corp.
BMO Harris Bank NA Trust
BMO Nesbitt Burns Inc.
BNP Paribas New York Branch
BNY Mellon Wealth Management
BofA Securities Inc.
Brown Brothers Harriman & Co.
Canaccord Genuity Corp.
CDS Clearing & Depositary Services Inc.
Cetera Investment Services LLC
Charles Schwab & Co. Inc.
CIBC World Markets Inc.
Citadel Securities LLC
Citibank NA
Citigroup Global Markets Inc.
Comerica Bank
Credential Securities Inc.
Credit Suisse Securities (USA) LLC
Crest International Nominees Ltd.
DA Davidson & Co.
Davenport & Co. LLC
Desjardin Securities Inc.
Deutsch Bank AG, Frankfurt Branch
Deutsche Bank Securities Inc.
E*TRADE Securities LLC
Edward D. Jones & Co. LLP
Edward Jones Investments
Fidelity Clearing Canada

Fifth Third Bank
Folio Investments Inc.
Foo, John
Glenmede Trust Co. NA
GMP Securities LP
Goldman Sachs & Co. LLC
Hilltop Securities Inc.
HRT Financial LLC
HSBC Bank USA NA
Interactive Borkers Retail Equity Clearing
INTL FCStone Financial Inc.
Janney Montgomery Scott LLC
JP Morgan Chase Bank
JP Morgan Proprietary Asset Account
JP Morgan Securities LLC
JPMorgan Chase Bank Correspondance
    Clearing Services 2
JPMorgan Chase Bank NA
Keybank NA
Laurentian Bank Securities Inc.
LPL Financial Corp.
Manufacturers & Traders Trust Co.
Manulife Securities Inc.
Merrill Lynch Pierce Fenner & Smith Inc.
Morgan Stanley & Co. LLC
Morgan Stanley Smith Barney LLC
National Bank Financial Inc.
National Financial Services
Nomura Securities International Inc.
Northern Trust Co., The
Odlum Brown Ltd.
Oppenheimer & Co. Inc.
Pershing LLC
PI Financial Corp.
PNC Bank NA
Questrade Inc.
Raymond James & Associates Inc.
Raymond James Ltd.
RBC Capital Markets LLC
RBC Dominion Securities Inc.
Reliance Trust Co.
Robert W. Baird & Co. Inc.

Robinhood Securities LCC
Sanford Bernstein & Co. LLC
Scotia Capital (USA) Inc.
Scotia Capital Inc.
SEI Private Trust Co.
SG Americas Securities LLC
Sibelco
SSB Blackrock Institutional Trust
SSB&T Co. - Client Custody Services
State Street Bank & Trust Co.
State Street Total ETF
State Teachers Retirement System of Ohio
Stifel Nicolaus & Co. Inc.
Stockcross Financial Services Inc.
TD Ameritrade Clearing Inc.
TD Waterhouse Canada Inc.
TradeStation Securities Inc.
Truist Bank
U.S. Bancorp Investments Inc.
U.S. Bank NA
UBS AG Stamford Branch
UBS Financial Services Inc.
UBS Securities LLC
Vanguard Marketing Corp.
Virtu Americas LLC
Wedbush Securities Inc.
Wells Fargo Bank NA
Wells Fargo Clearing Services LLC
Wells Fargo Securities LLC

# SCHEDULE 1(d)

## Banks

Bank of America Corp.
Citizens Bank NA
HSBC Bank USA NA
PNC Bank NA
Truist Bank
Wells Fargo & Co.

## SCHEDULE 1(e)

### Employee & Retiree Benefits

ADP LLC
Anthem Blue Cross & Blue Shield
Aon Consulting Inc.
Aon Hewitt Inc.
CareerBuilder Employment Screening LLC
Caremark LLC
CaremarkPCS Health LLC
Central States Southeast & Southwest Areas Pension Fund
Cigna Corp.
Community Insurance Co.
Deloitte Tax LLP
Delta Dental of Ohio
Discovery Benefits Inc.
Fidelity Management Trust Co.
Fidelity Personal & Workplace Advisors LLC
Fidelity Stock Plan Advisors LLC
Fidelity Stock Plan Services LLC
Fidelity Workplace Services LLC
Hodges-Mace LLC
IAM National Pension Fund Trust
Laborers National (Industrial) Pension Fund
LinkedIn
ManpowerGroup US Inc.
Massachusetts Mutual Life Insurance Co.
National Integrated Group Pension Plan
Newport Group Inc., The
Right Management
Robert Half International Inc.
Ultimate Software Group Inc., The
United Steelworkers National Trust
Unum Life Insurance Co. of America

## <u>SCHEDULE 1(f)</u>

### <u>Governmental/Regulatory Agencies</u>

Adrain, Town of (MI), Treasurer
Alabama, State of, Department of
  Environmental Management
Alabama, State of, Department of Labor
Alabama, State of, Department of Public
  Health
Alabama, State of, Department of Revenue
Alabama, State of, Surface Mining
  Commission
Alexander, County of (NC), Treasurer
Arizona, State of, Department of
  Environmental Quality
Arizona, State of, Department of Revenue
Arkansas, State of
Arkansas, State of Department of
  Environmental Quality
Arkansas, State of, Department of Finance
  & Administration
Arkansas, State of, Department of Health
Arkansas, State of, Department of Revenue
Arkansas, State of, Pollution Control &
  Ecology Commission
Atascosa, County of (TX), Tax Assessor &
  Collector
Bancroft, Town of (ON)
Bay City, Village of (WI), Treasurer
Beckham, County of (OK)
Benton, County of (TN), Trustee
Bexar, County of (TX), Tax Assessor-
  Collector
Birmingham, City of (AL)
Blaine, County of (OK)
Blue Earth, County of (MN)
Bridgeton, City of (NJ), Tax Collector
Brighton, City of (CO)
Burton Independent School District (TX)
Caddo Shreveport Sales & Use Tax
  Commission
Caddo, Parish of (LA), Sheriff's Office
California State Board of Equalization
Canada, Government of the, Ministere de
  L'Environnement

Canada, Government of, Department of
  Fisheries & Oceans
Canada, Government of, Nuclear Safety
  Commission
Canada, Government of, Revenue Agency
Carroll, County of (TN), Clerk
Carroll, County of (TN), Trustee
Carrollton-Farmers Branch ISD
Cherokee County Appraisal District (TX)
Cherokee, County of (GA), Tax Office
Cleon, Township of (MI)
Coahuila, State of (MX) National Water
  Comission,
Coahuila, State of (MX), Secretariat of
  Environment & Natural Resources
Colorado, State of, Department of Revenue
Columbia, County of (WI), Planning &
  Zoning Department
Columbia, County of (WI), Treasurer
Commercial, Township of (NJ)
Commission de Protection du Territoire
  Agricole du Québec
Commission scolaire de la Rivière-du-Nord
Confederated Tribes of the Umatilla Indian
  Reservation
Consolidated Tax Collections of
  Washington County
Cotulla ISD Tax Office
Covert, Township of (MI)
Cumberland-Salem Conservation District
Custer, County of (CO), Treasurer
Cypress-Fairbanks ISD Tax Assessor-
  Collector
Delaware Division of Corp.s
Delaware River Basin Commission
Denton, County of (TX), Tax Office
Detroit, City of (MI), Property Tax
Dewey, County of (OK), Tax Collector
Diamond Bluff, Town of (WI), Treasurer
Downe, Township of (NJ), Tax Collector
Dubois, County of (IN), Treasurer
Dunn, County of (WI), Treasurer

East Baton Rouge, Parish of (LA), Sheriff
Ector County Appraisal District
Eddy, County of (MN), Treasurer
Ellis, County of (KS), Treasurer
Fort Bend, County of (TX), Tax Assessor-Collector
Frederick, County of (MD), Treasurer
Frederick, County of (VA)
FTS International Services LLC
Garfield, County of (CO)
Garfield, County of (OK), Treasurer
Geauga, County of (OH), Treasurer
Gem, County of (ID), Tax Collector
Gem, County of (ID), Zoning Commission
General Coordination of Ecology
Georgia, State of, Department of Human Services
Georgia, State of, Department of Natural Resources
Georgia, State of, Department of Revenue
Georgia, State of, Environmental Protection Division
Georgia, State of, Office of Insurance & Fire Safety
Gonzales, County of (TX), Tax Assessor-Collector
Goose Creek CISD Tax Services
Grand Haven, Charter Township of (MI)
Grant, County of (OK)
Greenfield. Town of (MA), Treasurer
Guanajuato, State of (MX), National Water Comission
Hagar, Township of (MI)
Hamilton, City of (Ontario)
Harris, County of (TX), Tax Assessor-Collector
Harrison Central Appraisal District (TX)
Harrison, County of (TX), Tax Office
Havelock-Belmont-Methuen, Township of (ON)
Hickory Underground Water Conservation District (TX)
Hixton, Town of (WI), Tax Collector
Hood Central Appraisal District (TX)
Idaho, State of, Department of Environmental Quality

Idaho, State of, Department of Health & Welfare
Idaho, State of, Department of Lands
Idaho, State of, Department of Water Resources
Idaho, State of, Tax Commission
Illinois, State of, Department of Natural Resources
Illinois, State of, Department of Public Health
Illinois, State of, Department of Revenue
Illinois, State of, Emergency Management Agency
Illinois, State of, Environmental Protection Agency
Illinois, State of, Secretary of State
Indiana, State of, Department of Environmental Management
Indiana, State of, Department of Natural Resources
Indiana, State of, Department of Revenue
Isabelle, Township of (IL)
Izard, County of (AK), Tax Collector
Jackson, County of (WI), Treasurer
Jefferson, County of (AL), Department of Revenue
Jefferson, County of (MO), Government
Jefferson, County of (MO), Tax Collector
Jim Wells County Appraisal District
Johnson, County of (TX), Tax Assessor-Collector
Kentucky, Commonwealth of, Department of Revenue
Kentucky, Commonwealth of, Treasurer
Kershaw, County of (SC), Treasurer
La Salle, County of (IL), Collector
Lake Charter, Township of (MI)
LaSalle, County of (IL), Collector
Le Sueur, County of (MN), Auditor-Treasurer
Le Sueur, County of (MN), Department of Environmental Services
Le Sueur, County of (MN), Treasurer
Lincoln, Charter Township of (MI)
Louisiana, State of, Department of Environmental Quality

Louisiana, State of, Department of Revenue
Lubbock Central Appraisal District
Lycoming, County of (PA)
Macon-Bibb, County of (GA), Tax
    Commissioner
Maiden Rock, Township of (WI)
Maiden Rock, Village of (WI)
Marshall, County of (IN), Tax Collector
Mason Central Appraisal District (TX)
Maurice River, Township of (NJ), Tax
    Collector
McCulloch County Appraisal District Tax
    Collector
Medicine Hat, City of (Alberta) Canada
Mexico, Government of, National Nuclear
    Safety & Safeguard Commission
Mexico, Government of, National Water
    Comission
Mexico, Government of, Secretariat of
    Environment & Natural Resources
Michigan, State of
Michigan, State of, Department of
    Environment, Great Lakes, & Energy
Michigan, State of, Department of Natural
    Resources
Michigan, State of, Department of Treasury
Michigan, State of, Office of Oil, Gas &
    Minerals
Michigan, State of, Public Utilities Tax
Millville, City of (NJ), Tax Office
Mining Council of South Carolina
Ministère du Développement Durable, de
    L'Environnement et de la Lutte Contre
    les Changements Climatiques
Ministère du Energie et Ressources
    Naturelles
Ministry of Environment of the State of
    Coahuila
Ministry of Natural Resources & Forestry
Minnesota, State of, Department of Health,
    Well Management Section
Minnesota, State of, Department of Labor &
    Industry
Minnesota, State of, Department of Natural
    Resources

Minnesota, State of, Pollution Control
    Agency
Mississippi, State of, Department of
    Revenue
Missouri, State of, Department of Labor &
    Industrial
Missouri, State of, Department of Natrual
    Resources
Missouri, State of, Department of Revenue
Missouri, State of, Mining Commission
Moffat, County of (CO), Treasurer
Monroe, County of (WI)
Monroe, County of (WI), Land
    Conservation District
Montana, State of, Department of Revenue
Montgomery, County of (TX), Tax
    Assessor/Collector
Morris County Appraisal District (TX)
Mountrail, County of (ND), Treasurer
Murray, County of (OK), Treasurer
Nebraska, State of
Nebraska, State of, Department of Revenue
New Canaan, Town of (CT)
New Hampshire, Sate of, Department of
    Revenue
New Jersey, State of, Department of
    Community Affairs
New Jersey, State of, Department of
    Environmental Protection
New Jersey, State of, Department of Labor
    & Workforce Development
New Jersey, State of, Department of Labor
    & Workforce Development,
    Commissioner
New Jersey, State of, Department of the
    Treasury
New Jersey, State of, Department of the
    Treasury, Division of Taxation, Sales &
    Use Tax
New Jersey, State of, Treasurer
New Mexico, State of, Department of,
    Taxation & Revenue
New Orleans, City of (LA), Sewerage &
    Water Board
New York, State of, Department of
    Environmental Conservation

Nolan County Appraisal District (TX)

North Carolina, State of, Department of Environmental Quality

North Carolina, State of, Department of Health & Human Services

North Carolina, State of, Department of Revenue

North Carolina, State of, Department of Transportation

North Dakota, State of, Tax Commissioner

Nuevo Leon, State of (MX), National Water Comission

Nuevo Leon, State of (MX), Undersecretary of Environmental Protection & Natural Resources

Ogle, County of (IL), Tax Collector

Ohio Environmental Protection Agency

Ohio, State of, Department of Natural Resources

Ohio, State of, Department of Taxation

Ohio, State of, Treasurer

Oklahoma Tax Commission

Oklahoma, County of (OK) Treasurer

Oklahoma, State of, Department of Environmental Quality

Oklahoma, State of, Department of Mines

Oklahoma, State of, Water Resources Board

Ontario, Province of (Canada), Minister of Finance

Ontario, Province of, Ministry of Environment

Ontario, Province of, Ministry of Finance

Ontario, Province of, Ministry of Labour

Ontario, Province of, Ministry of Natural Resources

Ontario, Province of, Ministry of Northern Development & Mines

Ontario, Province of, Ministry of the Environment & Climate Change

Ontario, Province of, Technical Standards & Safety Authority

Oregon, State of, Department of Revenue

Pacific, Town of (WI), Treasurer

Pasadena Independent School District

Pennsylvania, Commonwealth of, Department of Environmental Protection

Pennsylvania, Commonwealth of, Department of Revenue

Perry, County of (IL), Tax Collector

Perry, County of (MO)

Pierce, County of (WI), Land Management Department

Pierce, County of (WI), Treasurer

Pike, County of (IL), Tax Collector

Pontotoc, County of (OK), Treasurer

Puebla, State of (MX), National Water Comission

Puebla, State of (MX), Secretariat of Environment & Natural Resources

Quebec, Province of (Canada)

Reagan, County of (TX), Tax Collector

Richmond, County of (GA), Tax Commissioner

Richmond, County of (NC)

Robinson, Township of (MI)

Roosevelt, County of (NM), Treasurer

Ross, County of (OH), Treasurer

Rusk, County of (TX), Tax Collector

Scott, County of (MN)

Shelby, County of (TN)

Shelby, County of (TN), Tax Collector

Shreveport, City of (LA)

Slagle, Township of (MI)

Smith, County of (TX), Tax Assessor/Collector

Somervell Central Appraisal District

Somervell, County of (TX), Emergency Management

South Carolina, State of, Department of Health & Environmental Control

South Carolina, State of, Department of Revenue

St. Marys, City of (GA), Tax Collector

Staubach Global Services RR Inc.

Ste Genevieve, County of (MO), Tax Collector

Sweetwater, County of (WY), Treasurer

Talbot, County of (MD)

Tamms, Village of (IL)

Tarrant, County of (TX), Tax Assessor/Collector

Tenaha Independent School District (TX)

Tennessee, State of

Tennessee, State of, Department of
    Environment & Conservation

Tennessee, State of, Department of
    Environment & Conservation

Tennessee, State of, Department of Revenue

Texas, State of, Commission on
    Environmental Quality

Texas, State of, Comptroller

Texas, State of, Comptroller of Public
    Accounts

Texas, State of, Department of Agriculture

Texas, State of, Department of State Health
    Services

Texas, State of, Department of
    Transportation

Thunder Bay, City of (ON)

Tlaxcala, State of (MX), National Water
    Comission

Trenton, Town of (WI), Tax Collector

Tuscaloosa, County of (AL), Tax Collector

Twiggs, County of (GA), Tax
    Commissioner

Union, County of (IL), Collector

United States, Government of the,
    Department of Agriculture, Hidden
    Springs Ranger District

United States, Government of the,
    Department of the Army, Army Corps of
    Engineers

United States, Government of the,
    Department of the Army, Army Corps of
    Engineers Little Rock District

United States, Government of the,
    Department of the Army, Army Corps of
    Engineers, Chicago District

United States, Government of the,
    Department of the Army, Army Corps of
    Engineers, Fort Worth District

United States, Government of the,
    Department of the Army, Army Corps of
    Engineers, Rock Island District

United States, Government of the,
    Department of the Army, Army Corps of
    Engineers, St. Paul District

United States, Government of the,
    Department of the Army, Army Corps of
    Engineers, Tulsa District

United States, Government of the,
    Department of the Army, Army Corps of
    Engineers, Wilmington District

United States, Government of the,
    Environmental Protection Agency

United States, Government of the,
    Environmental Protection Agency,
    Region 10

United States, Government of the, Federal
    Communications Commission

Upper Deerfield, Township of (NJ), Tax
    Collector

Utah, State of, Tax Commission

Veracruz, State of (MX), National Water
    Comission

Veracruz, State of (MX), Secretariat of
    Environment & Natural Resources

Victoria, County of (TX), Tax Collector

Virginia Department of Environmental
    Quality, State Water Control Board

Virginia, Commonwealth of, Department of
    Environmental Quality

Virginia, Commonwealth of, Department of
    Health

Virginia, Commonwealth of, Department of
    Mines, Minerals & Energy

Virginia, Commonwealth of, Department of
    Taxation

Virginia, Commonwealth of, Water Control
    Board

Ward, County of (ND)

Ward, County of (TX), Tax Collector

Warrick, County of (IN), Treasurer

Washington, County of (MD), Treasurer

Webster, Parish of (LA), Sheriff

Weld, County of (CO), Treasurer

Wells, Town of (ME), Tax Collector

West Virginia, State of

West Virginia, State of, Auditor

West Virginia, State of, Department of
    Environmental Protection

West Virginia, State of, Department of
    Health & Human Services

Wexford, County of (MI), Treasurer
Wexford, County of (MI), Zoning
    Commission
Wheeler, Village of (WI)
Wilkinson, County of (GA), Tax
    Commissioner
Williamson, County of (TN), Trustee
Williamsport, City of (PA), Treasurer
Winchester, City of (VA)
Winkler, County of (TX), Tax Collector
Wisconsin, State of, Department of Health
    Services
Wisconsin, State of, Department of Natural
    Resources
Wisconsin, State of, Department of Revenue
Wisconsin, State of, Department of Safety &
    Professional Services
Woodlands Metro Center MUD
Wyoming, State of, Department of Revenue

## SCHEDULE 1(g)

### Insurance, LC, & Surety Parties

ACE American Insurance Co.
Affiliated FM Insurance Co.
AIG WorldSource
Alabama, State of
Allied World Assurance Co.
Ameren Illinois Co.
American Guarantee & Liability Insurance
    Co.
American International Group Inc.
Anthem Blue Cross & Blue Shield
Arkansas, State of
Aspen Insurance U.S. Services Inc.
Aspen US Insurance Group
AXIS Insurance Co.
Beazley USA
Caddo-Bossier Parishes Port Commission
    (LA)
Canada, Government of, Her Majesty the
    Queen in Right of Ontario
Citizens Electric Corp.
Columbia, County of (WI), Planning &
    Zoning Department
Commerce & Industry Insurance Co.
Commercial, Township of (NJ)
Dubois, County of (IN)
Egyptian Electric Cooperative Association
Factory Mutual Insurance Co.
Federal Insurance Co.
Georgia, State of, Department of Natural
    Resources
Georgia, State of, Office of the Governor
Great American Insurance Co.
HDI Global Insurance Co.
Idaho, State of
Illinois, State of
Illinois, State of, Department of Natural
    Resources
Indian Harbor Insurance Co.
Indiana, State of
Insurance Co. of the State of Pennsylvania,
    The
J & M Harris Partners Ltd.

Le Sueur, County of (MN)
Lexon Insurance Co.
Liberty Mutual Insurance Co.
Liberty Mutual Insurance Cos.
Massachusetts Bay Insurance Co.
Michigan, State of, Department of Licensing
    & Regulatory Affairs, Workers'
    Compensation Agency
Michigan, State of, Office of Oil, Gas &
    Minerals
Midwest Railcar Corp.
Missouri, State of
Monroe, County of (WI)
National Union Fire Insurance Co.
New Orleans, City of (LA), Sewerage &
    Water Board
North Carolina, State of
Ohio, State of, Bureau of Workers'
    Compensation
Ohio, State of, Department of Natural
    Resources
Oklahoma, State of
Pierce, County of (WI), Land Management
    Department
Robinson, Township of (MI)
RSA Luxembourg SA
South Carolina, State of, Department of
    Health & Environmental Control
Starr Indemnity & Liability Co. Inc.
Texas, State of, Department of
    Transporation
Travelers Property Casualty Group
United States, Government of the,
    Department of Homeland Security,
    Customs & Border Protection
United States, Government of the,
    Department of the Army, Army Corps of
    Engineers, Chicago District
Virginia, Commonwealth of, Water Control
    Board
W. R. Berkley Corp.

West Virginia, State of, Division of
   Highways
WR Berkley Group
Wright National Flood Insurance Co.
Zurich Insurance Co.

## SCHEDULE 1(h)

### Landlords

Adams, JD
Adams, Pearlie B.
Allegheny Valley Railroad Co.
American National Insurance Co.
Archie, J. E.
Archie, Rhoda
Arcilla Mining and Land Co. LLC
Arwood, Barbara
Attenberger, Nathan
Baker Hughes Oilfield Operations Inc.
Behling, DeWayne
Behling, Joan
Bennett, Frances
Bennett, Frederick S.
Best, Cynthia L.
Best, Frank
Birk Trust dated March 14, 2007, The
Birk, Alana R.
Birk, David R.
Blackbeard Resources Royalty LLC
Blondell Pierce Cole Revocable Living
    Trust
BNSF Railway Co.
Board of Regents of the University of Texas
    System
Bobbit, Lola Ann
Bobbit, Luther, Jr.
Bowater Timber 3 LLC
Boyle, Lewis
Brown & Watson Inc.
Burrows, Jay
Caddo-Bossier Parishes Port Commission
    (LA)
Canada, Government of, Minister of Natural
    Resources
Canadian Pacific Railway Co.
Cannon, Ann Sims
Cherney, Michael
Christenson, David L.
Christenson, Deborah
Christenson, Delores
Christenson, Pamela

Christenson, Roy D.
Christenson, Timothy A.
Clark, Allen R.
Clark, Joyce A.
Cohiba LLC
Cole, Freeman O.
Cole, Glenda F.
Cole, Jestene
Coleman, Rebecca
Covia Canada Ltd.
Covia Holdings Co.
Covia Holdings Corp.
Covia Specialty Minerals Inc.
Cross, Joe B.
Cross, Robert E., Jr.
CSX Transportation Inc.
Dakota Plains Holdings Inc.
Dancing Hills LP
Deans, Randy R.
Dedmond, Frances Sims
Denton, Jennifer
Denton, Terri
EFN Benton Harbor Property LLC
Eggleston, Curtis L., Sr.
Eggleston, Gerald L.
Eggleston, Myrtle
Eggleston, Ralph
El Paso Natural Gas Co. LLC
Ellen B. Lorenberg Revocable Trust
Ellen B. Lorenberg Revocable Trust dated
    December 13, 1989, The
Ellis, Elizabeth L.
Energy II Royalty LLC
Ernst, Sunny W.
Estate of Judith A. Frey, The
Estate of Larry Leonard Fernandes
Fana Burhamthorpe Corp.
Fernandes Nesom, Hallie Ann
Fernandes, Edward Street
Fernandes, William Douglas, Jr.
FG Minerals LLC
FML Sand LLC

FML Terminal Logistics LLC
Fouke, Connie L.
Fowler, Byrd
Fowler, Patricia
Fowler, Ronnie
Frazier, Audrey
Frazier, Wiley
Freeman, Ester Sims
Freeman, Esther Sims
Frey, Dale Howard
FTS International Services LLC
G & RG Inc.
Gardendale Railroad Inc.
George C. Hupp Trust Dated September 1,
    1995, The
Gerald L. Eggleston Revocable Living Trust
    Dated May 19, 2000, The
Great Bay Development Corp.
Great Plains Sand LLC
Gunderson, Timothy
H4 Holdings LLC
Halterman-Reynolds LLC
Hamilton Port Authority
Hankins, A.H.
Hankins, Maxine
Harbison Walker International Inc.
Harris, Mary Sims
Hicks, Jesse Thomas
Hicks, Jessie
Hicks, Mollie
Higdon, Betty
Higdon, John Stanley
Higdon, Stanley
Hughes, Bonnie Jean
Hughes, Roy J.
Hupp, George C.
Hupp, George C., III
Hupp, Nada G.
Illinois Railway LLC
Imerys Kaolin Inc.
J & M Harris Partners Ltd.
Jack Meeks Farm and Ranch
James, Janet Marie
James, Lillian Duer
James, Virginia Ann

Jan C. Sotiore Trust Dated February 14,
    2000, The
Kaasa, David
Kaasa, Rayna
Kee, Dwayne
Kee, Gary D.
Kee, Gladys
Kee, Jordan Dwayne
Kee, Judy
Kee, William Dennis
Keys, June Sims
Knight, Lois Sims
Knox Group/North 77 LLC
Lake Elmo Bank
Lamb, Henry
Lamb, Irene
Lansdowne Industrial Inc.
Larry W. Birk & Gretchen A. Birk Trust
"Larry W. Birk & Gretchen A. Birk Trust
    dated July
17, 1995, The"
Laster, Sara L.
Laukien, Dirk D.
Lundin Family LLC
Martin Marietta Corp.
Martin Marietta Equipment Co. Inc.
Martinez, David
Matthews, Angela
McAnarney, Linda Marie
McCusker, William
McElroy, W.D.
McFarland, Carolyn
McFarland, Varde
Mealman, James
Midwest Wireless Communications LLC
Mitsui Rail Capital LLC
MOAP LLC
Montgomery, Betty J.
Nada G. Hupp Trust Dated September 1,
    1995, The
Nemeth, Gregory L.
Nemeth, Michelle L.
Nesom, Hallie Ann Fernandes
Newby, Steve
Omaha Track Inc.
Oncor Electric Delivery Co. LLC

Park Huntersville Partners LLC
Phillips, Gladys Joyner
Plains Marketing LP
Progressive Rail Inc.
Property Plus One LLC
Q Prime Inc.
Quebec, Province of (Canada), Minister of
    Energy & Resources Naturelles
Quilling, Josephine
Quilling, Marshall
Red Hogg LLC
Reid, C. B.
Reid, Iva Mae
Rycroft Reload Ltd.
Schmid, Carl
Schmidt, Carl
Schmidt, Verna
Scioto Land Co. LLC
Scott Land Co. LLC
Scott, County of (MN)
SEDA-COG Joint Rail Authority
Shafer, Isabelle R.
Shafer, Louise N.
Shafer, Ralph A., Jr.
Shafer, William H.
Shakopee Sand LLC
Shirley J. Birk Voluntary Trust of January
    29, 2002
Sims Taylor, Jana Diane
Sims, Annette B.
Sims, Betty S.
Sims, Cheryl Ann
Sims, Daniel Wade
Sims, Earl L.
Sims, Earnest A.
Sims, Ernest A.
Sims, Gary Roger
Sims, Gary Rogers
Sims, Jeffrey Ray
Sims, Louis Wayne
Sims, Margie H.
Sims, Marjorie H.
Sims, Mildred
SMC Covia Holdings Corp.
Smith, Bell
Smith, Mary Sims

Smith, Mildred Sims Bell
Snider, Ruby L.
South Texas Proppants & Supply LLC
Southton Rail Yard LLC
Spencer-Lotusdale Farm LLC
Spiller, Percy L., Jr.
Spiller, Rita H.
Stanley, John
Stone, Geraldine Sims
Stone, Karen Lee Fernandes
Summit Cleveland Realty LP
Taylor, Jana Diane Sims
Texas Mexican Railway Co., The
Texas Pacifico Transportation Inc.
Texas Specialty Sands LLC
Texas, State of, Department of Treasury
Thayer, Gordon
Thayer, John J.
Thayer, Kathleen
Thayer, Lisa M.
Thompson, Bobbie Sims
Transload Solutions LLC
Troll King LLC
Truck Salvage & Parts Co. Inc.
Union Pacific Railroad Co.
United Grain Corp. of Oregon
University of Texas System Board of
    Regents, The
Vetter Stone Co.
Vulcan Construction Materials LP
Wedron Silica Co.
Wheeler, Village of (WI)
Whibco Inc.
Wilkens, Richard B., III
Williams, C.B.
Williams, Ina Bell
Wisconsin Industrial Sand Co. LLC
Witt, Stephen P.
Wren, Fred P.
Wren, Monta M.
Wright, Helen C.
Wright, L. K.

## SCHEDULE 1(i)

### Lenders

ABN AMRO Capital USA LLC
ABRY Partners LLC
Aegon NV
Alcentra Capital Corp.
Allianz Global Investors US LLC
American Money Management Corp.
Ameriprise Financial Inc.
Amundi Pioneer Asset Management Inc.
Anchorage Capital Group LLC
Angelo Gordon & Co. LP
Aozora Bank Ltd.
Apex Credit Partners LLC
AXA Investment Management
Bank of America Corp.
Bank of Nova Scotia, The
Barclays Bank plc
Barings LLC
Bayside Capital Inc.
Beach Point Capital Management LP
Benefit Street Partners LLC
BlueCrest Capital Management
BNP Paribas SA
BNP Paribas Securities Corp.
Canaras Capital Management LLC
Canyon Capital Advisors LLC
Carlyle Investment Management
CarVal Investors
CBAM Partners
Cerberus Capital Management LP
CIFC Asset Management
Citizens Bank NA
Citizens Banking
CKC Capital LLC
Columbia Threadneedle Investments
Column Park Asset Management LP
Commerzbank AG
Credit Value Partners
Crestline Denali Capital LP
Cutwater Holdings LLC
DA Capital LLC
DCM Senior Credit LLC

Deutsche Investment Management Americas
   Inc.
DFG Investment Advisers
Dislocation Capital Management Inc.
Doubleline Capital LP
DSC Meridian Capital LP
DWS Investment Management Americas
Eagle Point Credit Management LLC
Fidelity Investments
Galaxy XXIV CLO Ltd.
Garrison Investment Group
Goldentree Asset Management LP
Goldman Sachs Asset Management LP
Golub Capital LLC
Guggenheim Partners
H.I.G. WhiteHorse Capital LLC
Halcyon Asset Management LLC
Harch Capital Management LLC
Hayfin Capital Management LLP
Highbridge Capital Management
Highland Capital Management LP
HPS Investment Partners LLC
HSBC Bank USA NA
Icici Bank Ltd.
Insight North America LLC
Invesco Ltd.
Investcorp
Jefferies LLC
JH Lane Partners Master Fund LP
JMP Credit Corp.
Kayne Anderson Capital Advisors LP
KBC Bank NV
Keybank NA
Kilimanjaro Advisors LLC
Kramer Van Kirk Credit Strategies LP
Leith Wheeler Investment Counsel Ltd.
Liberty Bank
Loomis Sayles & Co.
Lord, Abbett & Co. LLC"
Mackenzie Financial Corp.
Magnetar Capital LLC
Manulife Securities Inc.

Marathon Asset Management LP
Marble Point Credit Management LLC
MetLife Inc.
MidOcean Partners LLP
Mizuho Bank Ltd.
MJX Asset Management LLC
Morgan Stanley Investment Management
    Inc.
MP CLO Management LLC
Napier Park Global Capital (US) LP
Nassau Asset Management
Natixis Loomis Sayles Senior Loan Fund
Neuberger Berman Group LLC
New England Asset Management Inc.
New York Life Insurance Co.
Newfleet Asset Management LLC
Newport Global Advisors LP
Nomura Securities International Inc.
Nuveen Fund Advisors LLC
NYL Investors LLC
Oaktree Capital Management
Octagon Credit Investors LLC
Onex Credit Partners
Oppenheimer & Co. Inc.
Orchard First Source Asset Management
    LLC
Pacific Investment Management Co. LLC
Pacific Life Insurance Co.
Palmer Square Capital Management
Par IV Offshore Fund Ltd.
Par-Four Investment Management LLC
PGIM Inc.
Pinebridge Investments LLC
PNC Bank NA
Prudential Financial Inc.
RBC Global Asset Management Inc.
Saratoga Partners
Seix Investment Advisors LLC
Shenkman Capital Management Inc.
Silvermine Capital Management LLC
SKY Harbor Capital Management LLC
Sound Point Capital Management LP
State Street Corp.
Steele Creek Investment Management LLC
Stone Harbor Investments Inc.
Symphony Asset Management LLC

Tall Tree Investment Management LLC
TELOS Asset Management LLC
THL Credit Inc.
Valcour Capital Management
Voya Investment Management
Wasserstein Debt Opportunities
    Management LP
Wells Fargo Bank NA
Whitestar Asset Management LLC
Zais Group

## SCHEDULE 1(j)

### Litigation Parties

Adams, Willie J.
Affiliated Freight Support LLC
Allen, James E.
Allen, Philip, Jr.
Allen, Quentin Jerone
Amison, James
Andrew, Wilbert
Archie, Henry L.
Armstrong, Darry Leon
Armstrong, Joseph
Bagley, Danny
Barnett, Herman
Bass, James E.
Baxter Bailey & Associates Inc.
Beard, Larry J.
Beard, Mikeral
Beaver, Dwight I.
Belac, Loretta
Blackerby, Slyvia
Blutcher, Lonzie
Bonner, Dranne
Bonner, Joseph, Sr.
Bowers, Dennis
Boyd, Alvertis
Bray, Lynn Alan, Sr.
Brooks, Brandon
Brooks, Patrick Jerome
Brooks, Phyllis
Brooks, Rory
Broom, Corey
Brown, John Anthony
Brown, John H.
Brown, Matthew Christian
Brown, Michael James
Brown, Reginald D.
Burch Corp.
Butler, John
Byrd, Melvin, Jr.
Canada, Anthony L.
Carr, Edward Terrell
Carson, Harry
Carter, Reginald Lemond

Chaney, Frank
Cherveny, Bentley
Cherveny, Ethan
Christian, Theodis
Cobb, Willie, Jr.
Cole, Ursula V.
Cook, Efrem
Cook, Michael E.
Cope, Faith Belac
Cowan, Shedrick, Jr.
Craig, Adrian
Craig, Eric
Crosby, Marcia
Crosser, Tracie
Crowley, Michael
Culwell, Fred J.
Cunningham, Robert, III
Daniels, Larry T.
Daniels, Larry Y.
Darden, Joseph C.
Davidson, John
Davidson, Roger
Davis, Byron
Davis, John Lewis, Sr.
Dawson, Derek
Dennis, Ronnye
Dinkins, Damian
Dismukes, Daniel
Driver, Robert
Ducksworth, Althea
Ducksworth, Robert C., Sr.
Duckworth, Patricia
Dummit, Peyton
Eades, Laroderick Anquone
Edwards, Christopher
Eirhart, Cindy
Eirhart, Richard, Sr.
Faith Technologies Inc.
Fevid Transport LLC
Fish, Steven
Flores, Sergio
Floyd, Kenneth E.

Ford, K. Arthur
Fowler, Tony Andra
Fuller, Izas
Gamble, Gregory
Gaston, Jerry
Gaston, Jerry, Jr.
Gaston, Ladarrius
Gerchow, Rob
Gibson, Dwight
Gilbert, Dewayne
Gilchrist, James Harold
Gipson, Anthony
Gipson, Charles
Glover, Desmond
Goines, Joseph L.
Goines, William C.
Goodrich Mud Co. Inc.
Goodwin, Michael D.
Gordon, Maurice
Grant, Timothy Lewis, Jr.
Gray, Kenneth
Green, Willie B.
Guaranteed Supply Co.
Gunn, James L.
Hamilton, Lewis M.
HarderBuilt LLC
Hardin, Oscar, Jr.
Hardin, Tommie
Hardrick, Clarence
Harkins, Christopher
Harried, Raymond
Harris, Debra
Harvey, Allen G.
Hatcher, Sedric
Hatcher, Vanshon
Hawkins, Robert Hollis
Hawkins, Zoe
Henderson, Harold
Henderson, Johnny
Hendon, Anthony D.
Henry, Kelly
Higgins, Barbi
Hill, Michael D.
Hill, Rose
Hill, Theodore
Hines, Charles H.

Hines, Inez W.
Horn, Caster
Horn, David
Howard, Lucious
Hubbard, Kenneth Duane
Hudson, George A.
Hudson, Stassonia L.
Hunter, Larry
Ickes, Locky
Ickes, Sandra
Ishmon, Luster
Isiah, Reed, Jr.
Jackson, Anderson
Jackson, Derrick
Jackson, Donald T.
Jackson, Dwight
Jackson, Eric
Jackson, Jimmy E.
Jackson, Joel
Jackson, Leroy
Jackson, Michael
James, David E.
Jarkins, Phillip
Jefferson, Michael
Jennings, John
Johnson, Anthony
Johnson, Darlene
Johnson, Dustin
Johnson, Errol C.
Johnson, Hilda Marie
Johnson, Jerry Wayne
Johnson, Mary Ann
Johnson, Sam
Johnson, Stephen
Jolley, Charles, Jr.
Jolley, Dewarren
Jones, Adrain
Jones, Alfonzo
Jones, Anthony
Jones, Curley L.
Jones, James T.
Jones, Jerome
Jones, Joseph
Jones, Karl
Jones, Sheila
Jones, Terry H.

Keener Sand & Clay Co.
Kelley, Tyre Curtis
Kelow, Thomas
Kennedy, King, II
King, Johnny
Knight, Luther
Kreuger, Geoffrey
Lamie, Margaret
Langston, Steve W.
Latham, George
Latham, Ruth
Lawson, Gregory
Lee, Brainard R.
Lee, Derrick
Lee, Keleaf
Lewis, Johnny B., Jr.
Lewis, Reginald
Long, Herman
Loris, John B.
Lucas, Jack
Malone, Jackie
Marks, Timothy Alexander
Marshall, Morris D.
Martin, Diane (Skomski)
Martin, Earl
Martin, Marvin
Martin, Thomas H.
MassMutual Asset Finance LLC
Mauldin, Johnny Lee, Jr.
Mayes, Sammie
McCarley, Milton
McClain, Kenneth
McKinnon, James E.
McKnight, Carl
McKnight, Janette J.
Merritt, Julius
Miles, Waylon C.
Miller, Margo
Minter, Felix
Moats, Deborah
Moats, Timothy
Moore, Alex
Moore, Anthony S.
Moore, Bobby
Moore, Curtis, Jr.
Moore, Elmer Jerome

Moore, Joe J.
Moore, Marvin
Moore, Shellie
Morris, JC
Moss, Broderick Demont
Murry, Troy
Nelson, Albert J.
Nelson, Lee Curtis
Nelson, Leonard
Niblet, Willie
Odom, Frankie
Oliver, Dantineo
Omaha Track Inc.
O'Quinn Williams, Karen
Paige, Eddie James
Paige, Shon Elliot
Paige, William F., Jr.
Parsons, Roger D.
Paschall, Susan
Patterson, Melvin Allen
Patterson, Tracy Leann
Patton, Earl M.
Penn, Codi D.
Perkins, Charles
Perkins, James
Perry, Aaron
Person, Cedric D.
Peterson, Craig
Peterson, Dedrick Lee
Peterson, Jodene
Peterson, Scott
Phillips, Darruis
Phillips, James
Pickens, Jerome
Pond, Samuel
Pope, Terry Lester
Powell, Sheila
Pruitt, David
Pruitt, Gary Wayne
Queen, Emma M.
Randall, Daniel, III
Randall, Daniel, Jr.
Range, Damon Marquite
Rayburn, James Anthony
Rayburn, James Larry
Reed, William

Reynolds, Eddie N.
Rhodes, Roger Dale
Richardson, Gerald Bernard
Richardson, Lamardric
Rickicki, David
Roakes, Scott
Roberson, Clinton Craig
Roberson, James E.
Roberts, Charles D.
Robinson, Benita
Roller, Earnest Deron
Ross Aluminum Castings LLC
Ruffin, Cristopher O.
Ryans, Martha L.
Sand Revolution LLC
Sanders, Bobby
Sanders, Carl
Scott, Bobby Lee
Segarra, Glidden Jr.
SERVPRO of Birmingham
Simon, Billy D.
Simon, Garvell
Skomski, Thomas
Smiley, Rodney
Smith, Antoney
Smith, Antwan
Smith, Arthur L., Jr.
Smith, Harvey
Smith, Justin Bernard
Socha, Tammy
Speight, Anthony
Spencer, Kelvin
Spikes, Fredrick
Stamps, Charles Frederick
Stanford, Nathaniel
Stapleton, Alice
Starks, Tommy
Stephenson, Tyrone Aundre
Stiles, Tommie John
Stoudemire, Larry
Strickland, Kathryn J.
Structures Unlimited LLC
Summerville, David
Summerville, Jermaine
Swoops, Danny
Tate, Ralpheal

Taylor, Johnnie
Taylor, Mary Frances
Tenner, Will T.
Thomas, Andrew
Thomas, Antonio
Thomas, Curtis W.
Thomas, Donald E.
Thomas, Edward J.
Thomas, Marques
Thomas, Robert A.
Thompson, Antonion
Thompson, Benjamin
Thompson, Raymond
Thompson, Robert
Thompson, Roger
Thompson, Sophie
Thompson, Stephanie
Thompson, Zachary
Thornton, James Stevie
Tolbert, Terizian
Tubbs, Leotha Christopher
Turner, Charles Glenn, Jr.
Ulmer, Christopher Sentel
United States, Government of the, Securities
    Exchange Commission
Vulcan Heating & Air Conditioning
    Services Inc.
Walker, Anthony
Walker, Larocca
Wallace, Nathaniel
Walton, Johnny
Ward, Darryl Sean, Jr.
Ware, Charles Edward
Warren, Aaron
Washington, James
Washington, Leon
Watertight Systems Inc.
Watts, Adalyn
Watts, Alexander
Watts, Austin
Watts, Jaclyn
Watts, Jeffrey
Weatherspoon, Eddie B.
Webb, Rollin
Webb, Willie James
Weiderspahn, Robert

Wells, Alphonse
Whatley, Jerry
Whitt, Alvin L.
Whitt, Robert Lee
Wilkerson, Prentice
Williams, Anderrious
Williams, Antonio
Williams, Jimmy D.
Williams, Richard
Williams, Tony A.
Williams, Willie Ben, Jr.
Willingham, Clifton
Wilson, Norterrance
Wilson, Robert
Wingard Water Corp.
Wingard, Oral
Witherspoon, Richard
Witherspoon, Tony
Witherspoon, Willie Harry
Woods, Larry
Woods, Michael
Wray, Cornelius Edward
Wyse, Catherine
Wyse, Kenneth
Wyse, Norman
Zachry Industrial Inc.

## SCHEDULE 1(k)

### Other Contract Counterparties

3E Co. Environmental Ecological & Engineering
ACF Industries Inc.
Addedo Solutions Ltd.
AdvanSix Inc.
Ahead ERP Consulting Inc.
Air Technologies Inc.
Airgas USA LLC
Algoma Central Corp. (Assigne of Seaway Marine Transport)
Alice Training Institute LLC
Allegheny Ludlum Corp.
Alliance Advisors LLC
American Commercial Barge Line LLC
American Express Travel Related Services Co. Inc.
Anchor Glass Container Corp.
Aramark Uniform Services Inc.
ARDEX LP
Arkansas-Oklahoma Railroad Co. Inc.
Ascend Performance Materials Inc.
Asher Logistics LLC
Atmos Energy Marketing LLC
Automotive Rentals Inc.
Aztek Consulting Corp.
Bates Garage Co.
Beard, Chuck
Bighorn Divide & Wyoming Railroad Inc.
Binary Defense Systems Inc.
Black Letter Discovery Inc.
Bloomberg Finance LP
BMO Capital Markets Corp.
Bolton & Menk Inc.
Broadridge Investor Communication Solutions Inc.
BrownFlynn Ltd.
Buckeye Transfer Realty LLC
Buffalo & Pittsburgh Railroad Inc.
C & C Transload LLC
C&H Electric & Construction Inc.
CA Lawton Co., The
Canadian Tire Corp. Ltd.

Carlsbad Logistics LLC
Carri Scharf Materials Co.
Caterpillar Financial Services Corp.
Caterpillar Financial Services Ltd.
CB Logix LLC
Central Illinois Contractor & Equipment Rental Inc.
Cetane Energy LLC
CH Robinson Worldwide Inc.
Chemours Co. FC LLC, The
Chrome River Technologies Inc.
CIG Logistics Services LLC
CIG Tenaha LLC
Cintas Corp.
Citibank NA
Consolidated Grain & Barge Co.
Continental Intermodal Group - Loving LLC
Continental Intermodal Group-Trucking LLC
Convenient Cleaning LLC
Covestrol LLC
Custom Building Products Inc.
Dakota Petroleum Transport Solutions LLC
De Lage Landen Financial Services Inc.
Deere & Co.
Diligent Corp.
Donlen Fleet Leasing Ltd.
Donnelley Financial LLC
DTE Gas Co.
Ducker Worldwide LLC
Dyno Nobel Inc.
Egencia Canada Corp.
Employment Learning Innovations Inc.
Enable Oklahoma Intrastate Transmission LLC
Enogex LLC
Enterprise Fleet Management Inc.
Envirotech Services Inc.
Fairmont Supply Co.
Fastenal Co.
Fedex Corp.
Fedex Ground Package System Inc.

FEVID Transport LLC
Financial Fenesse Inc.
Fine Tune Management LLC
First American Commercial Bancorp Inc.
First Union Rail Corp.
FMT Aggregate LLC
Fort Worth & Western Railroad
Foster Townsend Rail Logistics Inc.
Francis Drilling Fluids Ltd.
FTS International Services LLC
G & RG Inc.
Gary Allen Enterprises Inc.
Georgeson LLC
Georgia Southwestern Railroad Inc.
GP Red River Sand LLC
Grace Matthews Inc.
Granite Peak Transloading LLC
GZA Geoenvironmental Inc.
HarbisonWalker International
Hiser Logistics LLC
HOV Services Inc.
Hyatt Place Cleveland
IFS North America Inc.
Indurante & Associates Inc.
Industrial Market Insight LLC
Inman Electric Co. Inc.
Innovative Shapecasting Group Corp., The
IntraLinks Inc.
Iowa Northern Railway Co.
Iowa Southern Railway Co.
Iowa Traction Railway Co.
Ipreo Holdings LLC
Jag, Gary
Joele Frank Wilkinson Brimmer Katcher
Kannel Enterprises LLC
Kellogg Terminal LLC
Kohler Co.
Komatsu Financial Ltd.
Lasalle County Transfer LLC
Laticrete International Inc.
LeClaire Manufacturing Co.
LexisNexis Group Inc.
Lisk Trucking Inc.
Llamasoft Inc.
Logicalis Inc.
Longview Asphalt Inc.

Loup Logistics Co.
Lucas Oil Rail Lines
Lycoming Valley Railroad Co.
Maalt LP
Madison Railroad, The
Magid Glove & Safety Manufacturing Co.
    LLC
Mansfield Oil Co. Inc.
Marathon Oil Co.
McKees Rocks Industrial Enterprises Inc.
McKinsey Recovery & Transformation
    Services US LLC
Menards Inc.
Metro East Industries Inc.
MID-SHIP Logistics Inc.
Midwest Maintenance & Industrial Inc.
Midwest Trans-Load LLC
Mine2Well Energy Services LLC
Missouri & Northern Arkansas Railroad Co.
    Inc.
Mo Lynn Consulting LLC
Modern Material Services LLC
MOR PPM Inc.
Motion Industries Inc.
NASDAQ OMX Corporate Solutions
    International Ltd.
National Polymer Laboratories
NB Ventures Inc.
Nebraska, Kansas & Colorado Railway LLC
Neo Solutions Inc.
New York, Susquehanna & Western
    Railway Corp., The
North Vernon Industry Corp.
Nudge Rewards Inc.
Nugent Sand Co. Inc.
Oakley Louisiana Inc.
Ohio Crushing & Screening Inc.
Ohio River Partners Shareholder LLC
O-I Canada Corp.
Owens-Brockway Glass Container Inc.
Oxy USA Inc.
Patten Industries Inc.
Pavestone Co. LLC
Permian Lodging Monahans LLC
Piereth Sales Associates
Pine Bluff Materials LLC

Piper Jaffray & Co.
Plastics Engineering Co. Inc.
Playmer Processing Tech LLC
Prairie Transportation Inc.
Price River Terminal LLC
PricewaterhouseCoopers Advisory Services
    LLC
PricewaterhouseCoopers LLP
Printelogy Inc.
Produits Minera Inc.
Professional Travel Inc.
ProPetro Services Inc.
R.J. Corman Railroad Co./Tennessee
    Terminal
RAS Data Services Inc.
RB Scott Co. Inc.
Red River Valley & Western Railroad Co.
Re-Quest Inc.
Rocky Mountain Transload Inc.
Roland Machinery Co. Inc.
Rotex Global LLC
RS Energy Group Inc.
Ry2 Solutions Inc.
Ryan LLC
Sacramento Energy Resources
Sai Global Compliance Ltd.
Salesforce.com Inc.
Sand Products Corp.
Sand Revolution LLC
SCP Distributors LLC
Seaway Marine Transport Inc.
ServiceMaster Residential/Commercial
    Services LP
Sibelco Nederland NV
Sibelco North America Inc.
Sigfried Group LLP, The
SNF Inc.
Soane Energy LLC
Soane Labs LLC
Southern Coal & Land Co. Inc.
Southern Illinois Transfer Inc.
Sparco SpA
Spotted Lakes LLC
Summit Energy Services Inc.
Sweetwater Switching Co. LLC
Target Logistics Management LLC

TCC Materials
Tennessee Southern Railroad Co.
Tessco Energy Services Inc.
Test Monki LLC
Tethis Inc.
TheIRapp LLC
Thomson Reuters (Tax & Accounting) Inc.
ThorWorks Industries Inc.
Tierra Firme Midstream LLC
Tournesol Siteworks LLC
Toys R Us (Canada) Ltd.
Tranz LLC
Trend Brand Solutions
Trifecta Worldwide Sourcing LLC
Trimac Transportation Central Inc.
Twin Eagle Sand Logistics LLC
Tyco Fire Products LP
UniFirst Corp.
United Rentals (North America) Inc.
Varilease Finance Inc. - Wire
Vermillion Valley Railroad
Vertex Inc.
VFS Leasing Co.
Vision Solutions LLC
Walden Industries Inc.
Walker Enterprize
Wal-Mart Stores Inc.
Watco Transloading LLC
Weir Slurry Group Inc.
Wells Fargo Equipment Finance Inc.
West Monroe Partners
Westwood Global Energy Group
Wheels Inc.
Wiese USA Inc.
Winn Marine LLC
Wisconsin and Southern Railroad LLC
Wolters Kluwer TAA NA
Zachry Engineering Corp.

## <u>SCHEDULE 1(l)</u>

### <u>Professionals</u>

AlixPartners LLP
Baker & Hostetler LLP
Boyar & Miller PC
Butler Snow LLP
Calfee Halter & Griswold LLP
Chatham Hedging Advisors LLC
Day Pitney LLP
Ernst & Young LLP
Fragomen Del Rey Bernsen & Loewy LLP
Fredrikson & Byron PA
Gable & Gotwals PC
Giordano Halleran & Ciesla PC
Gordon Rees Scully Mansukhani LLP
Hinckley Allen & Snyder LLP
Hughes Hubbard & Reed LLP
Jackson Kelly PLLC
Jackson Walker LLP
Keller & Heckman LLP
Klein Thorpe & Jenkins Ltd.
KPMG International Cooperative
KPMG LLP
Miller Christie & Kinney PC
Passarelli Law LLC
Paul Weiss Rifkind Wharton & Garrison LLP
PJT Partners Inc.
PricewaterhouseCoopers LLP
Quarles & Brady LLP
Rankin Hill & Clark LLP
RS McGladrey
RSM US LLP
Shook Hardy & Bacon LLP
Stoel Rives LLP
Susman Godfrey LLP
Swartz Campbell LLC
Vorys Sater Seymour & Pease LLP
Wiggin & Dana LLP

## SCHEDULE 1(m)

### Railcar Lessors

American Railcar Industries Inc.
American Railcar Leasing LLC
Bank of America Leasing & Capital
Bridge Capital Leasing Inc.
Bridge Funding Group Inc.
Chicago Freight Car Leasing Co.
CIT Bank NA
CIT Group/Equipment Financing Inc.
Citizens Asset Finance Inc.
Flex Leasing LLC
GATX Corp.
GE Capital Rail Services
Green Union II Trust
Greenbrier Leasing Co. LLC
Greenbrier-Concarril LLC
Greenbrier-Gimsa LLC
Helm-Pacific Leasing
Huntington National Bank, The
Infinity Transportation 2018-1 LLC
MassMutual Asset Finance LLC
Midwest Railcar Corp.
Mitsui Rail Capital LLC
Pacific Western Bank
Progress Rail Leasing Corp.
Siemens Financial Services Inc.
SMBC Rail Investment LLC
SMBC Rail Services LLC
Trinity Industries Leasing Co. Inc.
VTG Rail Inc.
Wells Fargo Rail Corp.

## SCHEDULE 1(n)

### Royalties Interest Lease Counterparties

AP Green Industries Inc.
Ashby & Geddes
Ashby Family Trust
Barron, Vernon Wes
Baughman, W. Bruce
Birk, David R.
Birk, Judith Ann
Birk, Larry
Birk, Roy
Birk, Shirley
Blackbeard Resources Royalty LLC
Boaz Energy II Royalty LLC
Bobbit, Lola Ann
Bobbit, Luther, Jr.
Boyle, Lewis H.
Brown & Watson Inc.
Burton Maberry, Diana
Burton, Oscar M.
Cole Sparks, Glenda
Cole, James
Cole, Justine
Coleman, Rebecca
Cross, Corey
Cross, Donald
Dancing Hills LP
Estate of Larry Leonard Fernandes
Evans, Jeffrey Burton
Fernandes, Edward S.
Fernandes, Will D.
FG Minerals LLC
Fowler, Abbott
Fowler, Charles D.
Fowler, Clint
Fowler, Mattie
Fowler, Ronnie
Freeman Cole
Goforth Williamson Inc.
Gray Hoyt, Chloie
Gray, Donald R.
Gray, Douglas Harold
H4 Holdings LLC
Hamilton, Estelle

Hamilton, John
Hamilton, Kevin F.
Hanson, Cynthia J.
Hicks, Jeff
Hicks, Jesse
Higdon, Alice
Higdon, Betty
Holden, Dean A.
Holden, Mary L.
Hollingsworth, Martha
Huffins, Alice
Ian Bell Williams Testamentary Trust
J&M Harris Partners Ltd.
James Kenneth Stone
James LLC
Joyner, Charles W.
Kaasa, David J.
Kaasa, Rayna
Kee, Dwayne
Kee, Gary
Kee, Judy
Kee, Tracy
Lindsey, Billy
Lindsey, David Harper
Lindsey, Mark McDonald, Jr
Lindsey, William J.
Lockey Coney, Mary Ann
Lockey, Eddie Lowery, II
Lockey, Leslie Kay
Lockey-Gates, Lisa Ann
Martin Dairy Farms Inc.
McElroy Bone, Elwyne
McElroy, Eugene
McElroy, Ronald Clyde
Pierce Cole, Blondell
Pond, Chester R.
Quincunx Mining LLC
Red Hogg LLC
Red River Nacogdoches TRS LP
Seemore Ranch LLC
Shafer, Shannon C.
Sharp, Jared

Smith, Slaton Sharp
Soane Energy LLC
Spiller, PL, Jr.
Stone Bybee, Manota
Stone Sheppard, Ruth
Stone, Karen Lee Fernandes
Stone, Robert, Jr.
Thompson Soules, Nettie O.
Thompson, Adam
Thompson, Bill
Thompson, Brandon L.
Thompson, James Overton
Thompson, Tommy G.
Vonholtum, Jeff
Watson, David
Watson, Edna
Watson, Sara
Whibco Inc.
Whibco of New Jersey Inc.
Whitesides, David
Whitesides, Douglas V.
Whitesides, Marshall M.
Whitesides, Walter Don
Wilkens Ernst, Sunny
Wilkens, Richard B., III
Willaim H. Shafer Sr. Trust
Williamson, John W.

# SCHEDULE 1(o)

## Significant Competitors

3M Co.
A.F. Gelhar Co. Inc.
Active Minerals International LLC
Atlas Resin Proppants LLC
Atlas Sand Co. LLC
Badger Mining Corp.
Black Mountain Silica
Capital Sand Co. Inc.
CARBO Ceramics Inc.
Cimbar Performance Minerals Inc.
Emerge Energy Services LP
Florida Rock Industries Inc.
G3 Enterprises Inc.
Hi-Crush Inc.
Imerys SA
JM Huber Corp.
JR Simplot
Lane Mountain Co.
Lhoist North America Inc.
Manley Bros. of Indiana Inc.
Minerali Industriali SRL
Momentive Performance Materials Inc.
Nugent Sand Co. Inc.
Old Hickory Clay Co. Inc.
Omya
Short Mountain Silica LLC
Sierra Silica Resources LLC
Signal Peak Silica LLC
Smart Sand Inc.
Superior Silica LLC
US Silica Holdings Inc.
Vista Proppants & Logistics LLC

## SCHEDULE 1(p)

### Significant Customers

3M Co.
A. Schulman Inc.
Admiral Permian Resources
AGC Flat Glass North America Inc.
American Marazzi Tile Inc.
American Wonder Porcelain
Anadarko Petroleum Corp.
Anchor Glass Container Corp.
Anchor Hocking Inc.
Ardagh Glass Inc.
Ardex Engineered Cement
Arkansas Glass Container Corp.
AS America Inc.
Atlas Sand Co. LLC
Automatize Logistics LLC
BASF Construction Chemicals LLC
Basic Energy Services Inc.
Behr Process Corp.
Bell & Mackenzie Co. Ltd.
Benjamin Moore & Co.
Bibby-Ste-Croix
BJ Services Co. LLC
Brumini SA
BTA Oil Producers LLC
C&J Energy Services Inc.
Calfrac Well Services Corp.
Camino Natural Resources LLC
Cardinal FG
Carlex Glass America LLC
Catalyst Energy Services Inc.
CertainTeed Corp.
Colortech Inc.
Corning Inc.
Corning Pharmaceutical Glass
CrownQuest Operating LLC
Cudd Energy Services Inc.
Custom Building Products Inc.
Dal-Tile Corp.
Dal-Tile Mexico S. de RL de CV
Del Conca USA Inc.
Devon Energy Corp.
Dunn Edwards Corp.

Durand Glass Manufacturing Co. Inc.
Durcon Inc.
Eclipse Resources I LP
Electric Glass Fiber America LLC
Element Technical Services Inc.
Encana Oil & Gas
Enerplus Resources (USA) Corp.
EOG Resources Inc.
Equinor USA Onshore Properties Inc.
ESCO Corp.
Evonik Corp.
Firestone Building Products Co. LLC
Florim USA Inc.
FTS International Services LLC
Fuyao Glass Illinois Inc.
GAF Corp.
General Motors de Mexico SA
Gerresheimer Glass Inc.
GM Powertrain Group
Golf Agronomics Supply & Handling Co.
   Inc.
Gore Nitrogen Pumping Service LLC
Grede Foundries Inc.
Guardian Industries LLC
HA International LLC
Halliburton Energy Services Inc.
Hensley Industries
Heritage Plastics Inc.
Hess Bakken Investments II LLC
Hollingsworth & Vose Fiber Co.
Imerys Fused Minerals Greeneville Inc.
Iron Horse Energy Services Inc.
John Deere Foundry
Johns Manville Corp.
Keane Frac LP
Keener Sand & Clay Co.
Kelly Moore Paint
Kinder Morgan Bulk Terminal
Knauf Insulation Inc.
Kohler Co.
Kohler Sanimex S de RL de CV
Laticrete International Inc.

Lhoist North America Inc.
Libbey Glass Inc.
Liberty Oilfield Services LLC
Manville Canada Inc.
Mapei Corp.
Mapei Inc.
Marathon Oil Co.
Materias Primas Monterrey S. de RL de CV
Muskie Proppant LLC
National Silicates Ltd.
Nipro Glass Americas Corp.
Oasis Petroleum Inc.
Oasis Well Services
Occidental Chemical Corp.
OCV Mexico S. de RL de CV
O-I Canada Corp.
Owens Corning Sales LLC
Oxy USA Inc.
PGW LLC
Pilkington North America Inc.
Pioneer Natural Resources USA Inc.
PPG Architectural Finishes Inc.
PQ Corp.
Premier Pressure Pumping LLC
Producers Service Corp.
ProPetro Services Inc.
Python Pressure Pumping
Rocky Mountain Bottle Co.
Rosewood Resources Inc.
Sabino Energy Services LLC
Schlumberger Technology Corp.
Scott Sales Co.
SCR Sibelco NV
Sherwin-Williams Co., The
Sibelco Changshu Minerals Co. Ltd.
Sibelco Japan Ltd.
Signify North America Corp.
Southwestern Energy Co.
STEP Energy Services Ltd.
Sterling Sand LLC
Stonepeak Ceramic Inc.
Tamko Building Products Inc.
Texas Specialty Sands LLC
Trican Well Service Ltd.
Tyler Union
United Western Denver LLC

Universal Pressure Pumping Inc.
US Pipe & Foundry & Co. LLC
US Well Services LLC
UST Inc.
Vitro Flat Glass LLC
Vitro SAB de CV
Waupaca Foundry Inc.

## SCHEDULE 1(q)

### Top 50 Creditors

Arr-Maz Custom Chemical
Bank of America Corp.
Barclays Bank Plc
Biourja New Town Terminal LLC
BNSF Railway Co.
Bourque Logistics LLC
Bulk Transport Co. East Inc.
Canadian Pacific Railway Co.
Cerco Inc.
CSX Transportation Inc.
Doyle Sims & Sons Trucking Inc.
Flint EMC
Hoffman Construction Co.
Holtzman Corp.
J & M Tank Lines Inc.
J.R. Hayes Construction Co. Inc.
JFTCO Inc.
Kansas City Southern Railway Co.
KPMG International Cooperative
Lisk Trucking Inc.
Marquette Transportation Finance LLC
MJ Pazdera Hauling LLC
Modern Transportation Service Inc.
MOR PPM Inc.
Motion Industries Inc.
NB Ventures Inc.
Norfolk Southern Railway
Omaha Track Inc.
Orica Inc.
Paul J. Schmit Trucking Inc.
Permian Lodging Monahans LLC
Petroleum Traders Corp.
Phoenix Process Equipment Co.
Pine Knoll Construction Co.
PricewaterhouseCoopers LLP
Rango Inc.
Riverview Commerce Park LLC
Rotex Global LLC
Shenandoah Valley Electric Cooperative
    Inc.
Symmetry Energy Solutions LLC

Townley Engineering and Manufacturing
    Co. Inc.
Transload Solutions LLC
Twin Eagle Sand Logistics LLC
Union Pacific Railroad Co.
Univar USA Inc.
Wacker Chemical Corp.
Weir Minerals North America
Wheels Inc.
Woods Dirt Contractors Inc.

# SCHEDULE 1(r)

## Unions

Camden USW Local 9-00007-01
Cleburne USW Local 00780
Emmett Carpenters Industrial Council Local 1017
Hephzibah Laborers Local 515
Kasota USW Local 460-G-01
Lesueur USW Local 460-G
McIntyre USW Local 9-531
Oregon International Association of Machinists & Aerospace Workers
Portage International Association of Machinist & Aerospace Workers
Tamms Laborers International Union of North America Local 773
Troy Grove USW Local 31G-02
United Steel, Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service
Workers, Local 31G-04
Utica USW Local 31G-06
Wedron USW Local 31-G

# SCHEDULE 1(s)

## Utilities

1st Business Solutions Inc.
3RT Networks LLC
3SC Center LLC
Advanced Cellular Communications Inc.
Advanced Cleaning Service LLC
Advanced Disposal (Eau Claire-M4)
Advanced Disposal Services Inc.
AEP Energy Inc.
AG Partners Cooperative Inc.
Airgas Inc.
Airgas North Central
Alabama Power Co.
Alectra Utilities Corp.
AllComm Wireless Inc.
Alliant Energy Corp.
Allstream Inc.
Alpha Wireless Communications Co.
Ameren Union Electric Co.
AmerenIP
American Electric Power Co. Inc.
Amerigas Inc.
Amerigas Propane LP
Amplisys Inc.
AP Gas & Electric LLC
APPrise Mobile
Aquarion Water Co. of Connecticut Inc.
AT&T Corp.
Atlantic City Electric Corp.
Atmos Pipeline Co. (Texas)
Augusta, City of (GA)
Avatel Technologies Inc.
Avaya Inc.
B & S Sanitation LLC
Bain Oil Co.
Bank of America Corp.
Barbeck Communications Group Inc.
Beauregard, Amelie
Bell Canada Inc.
Bell Canada-Telephones
Bell Mobility Cellular
Benton County Electric System (TN)
Bevcomm Inc.

Biourja New Town Terminal LLC
Bisceglia, Stan
Bluebonnet Electric Cooperative Inc.
Boone, Donnie
Brady, City of (TX)
Buckeye Rural Electric Cooperative Inc.
Burrows, Jay
Byng Public Works Authority (OK)
C & C Transload LLC
Cablevision Lightpath Inc.
Caineta, Ana
Camden, City of (TN), Water Department
Canada, Government of, Province of
    Quebec, Ministere du Revenu
Canada, Government of, Receiver General
Carrier SI Inc.
Cedar Country Cooperative
CenterPoint Energy Inc.
CenterPoint Supply
CenterPoint Utility
Central Texas Telephone Cooperative Inc.
CenturyLink Inc.
CenturyTel Inc.
Champion Energy Services LLC
Charter Communications LLC
Cherokee County Electric Cooperatve
    Association (TX)
Cimarron Electric Cooperative
Circle A Propane LLC
Citizens Electric Corp.
Clay's Septic Service LLC
Clear Voice Telecom Inc.
Clearwave Communications Inc.
Coffee Computers LLC
Cogeco Inc.
Cokinos Energy Corp.
Comcast Cable Communications LLC
Comcast Corp.
Commonwealth Edison Co.
Constellation NewEnergy Inc.
Consumers Energy Co.
Continental Broadband LLC

Continuant Inc.
Country Plumber Inc., The
Covanta Environmental Solutions LLC
Covanta Indianapolis Inc.
Covanta Tulsa Renewable Energy LLC
D&G Trash Hauling LLC
Detroit, City of (MI), Board of Water
    Commissioners
DFW Communications Inc.
Direct Energy Marketing Inc.
DisposAll Waste Services LLC
Dominion Energy Inc.
Dominion Energy Ohio
DTE Energy Co.
Dubois County LP Gas Inc.
Duke Energy Progress LLC
Dynegy Energy Services LLC
EarthLink Business LLC
Eaton, Joel
EDF Energy Services LLC
EDF Inc.
Egyptian Electric Cooperative Association
Eich, Andrew
Elk City, City of (OK)
Enbridge Inc.
ENGIE Resources LLC
Entergy Corp.
Evans, Lauren
Eversource Energy
Exelon Corp.
Ferrellgas LP
Flint EMC
Francis Drilling Fluids Ltd.
French Broad Electric Membership Corp.
Frew Energy Ltd.
Frontier Communications Corp.
FullNet Communications Inc.
G. & R. G. Trucking Co.
Gaz Metropolitain CP
Geauga County Health District
Genesys Telecommunications Laboratories
    Inc.
Geopointe LLC
Georgia Power Co.
Globalcom Inc.
Grainco FS Inc.

Grand Haven, Charter Township of (MI)
Granite Telecommunications LLC
Gray Powder Technologies Inc.
Great Lakes Publishing Co.
Griffin, Nicolas T.
Helm, Jerome L.
Herc-U-Lift Inc.
Heritage-Crystal Clean LLC
Holloways Portable Restrooms LLC
Holtzman Corp.
Homefield Energy
Horizon Utilities Corp.
Huntingburg, City of (IN), Utilities
Hydro One Networks Inc.
Hydro-Quebec
Hypercore Networks Inc.
Idaho Power Co.
Illinois Power Marketing Co.
Illinois, State of, Department of Revenue
Illuminating Co., The
Indiana Michigan Power Co.
Insight FS
Intermedia.net Inc.
Intermountain Gas Co.
Jackey Lackey Septic & Plumbing
Jacobus, Chris
Johnson, John D.
Kaiser, Kurt
Kaman Industrial Technologies
Karnes Electric Cooperative Inc.
Kidd, William
Konica Minolta Premier Finance
Kurtz Bros. Inc.
Lake, Charter Township of (MI), Sewer &
    Water
Lakeside Septic Service
Lasalle, City of (IL)
Lawrence, Jason
Lea Land LLC
Leco Corp.
Lee Lewis Disposal Service Inc.
Level 3 Financing Inc.
LJP Enterprises Waste & Recycling
Loud & Clear Telecommunications LLC
LR Communications
Lumos Networks

Macon Communications Inc.
Mankato, City of (MN)
Manlius Oil Co. Inc.
Mansfield Oil Co. Inc.
Marko Septic Service LLC
Marks Clearing & Hauling
Marshall, City of (TX)
McIntyre, City of (GA)
Mediacom Communications Corp.
Medina Electric Cooperative Inc.
Melbourne Sanitation
Mettler-Toledo Inc.
Michigan Gas Utilities Corp.
Mike Best Kept Portables LLC
Minden, City of (LA)
Minden, City of (NE)
Minnesota Valley Electric Cooperative Inc.
Modern Disposal Systems
Monahans, City of (TX)
Montana Dakota Utilities Co.
Moring Disposal Inc.
Mountrail-Williams Electric Cooperative
N1 Pipeline LLC
Navarre, Richard
Neubauer, David M.
New Horizon Communications Corp.
New York, Susquehanna & Western
    Railway Corp., The
Nicor Gas
Nordic Solar Holdco LLC
North Utica, Village of (IL)
North Weld County Water Distict (CO)
Northern Illinois Disposal Service
Northern Illinois Gas Co.
Northwest Communications Cooperative
NRG Energy Inc.
Oakdale Electric Cooperative
OG&E
OSC Energy LLC
OSI Environment Inc.
Ottawa, City of (Canada)
Ottawa, City of (IL)
Ozark Gas Transmission
Pee Dee Electric Membership
Penelec Co.
People's Electric Cooperative

Peterborough Utilities Group
Peterson, Dave
Petronzio Management Co. LLC
Pickelner Fuel Co.
Pierce Pepin Cooperative Services
Pioneer Telephone Cooperative Inc.
Pleasant Grove Water Association (AR)
Pond Creek, City of (OK)
Port-A-Jon Inc.
Porter, Eric
Potomac Edison Co., The
Pounds Septic Tank Service
PPL Electric Utilities Corp.
Public Service Co. of Oklahoma
Public Service Telephone Co. (GA)
Public Service Telephone Co. Inc.
Quarles Energy Services Inc.
Rappahannock Electric Cooperative
Reliant Energy Retail Services LLC
Republic Services Inc.
Reservation Telephone Cooperative Inc.
Rightaway Rolloff LLC
Rock Springs Municipal Utility (WY)
Rocky Mountain Power Inc.
Roff Public Works Authority (OK)
Roff, City of (OK)
Ryan LLC
SEGRA
Service Sanitation Inc.
Shenandoah Valley Electric Cooperative
    Inc.
Shenandoah Valley Water Co.
Sibley, Town of (LA)
South Jersey Gas Co.
South Texas Proppants & Supply LLC
Southern Illinois Electric Cooperative
Southstar Energy Services LLC
Southwater Inc.
Southwestern Electric Power Co.
Sovereign Properties Holdco LLC
Sparklight
Specialized Professional Services Inc.
Spire Alabama Inc.
STEP Energy Services Ltd.
Styers, Mark
Summit Cleveland Realty LP

Symmetry Energy Solutions LLC
Synergy Community Cooperative
Tamms, Village of (IL)
Teenie's Inc.
Telecommunication Technologies Group
Texas Broadband
Texas Disposal Systems Inc.
Thrush Sanitation Service Inc.
Tiltonsville, Village of (OH)
Time Warner Cable
Titonsville, City of (IL)
Town & Country Gas Inc.
Transload Solutions LLC
Traun, Kevin
Troup, City of (TX), Water Department
Tunnel Radio of America Inc.
Twin Eagle Resource Management
Two Way Radio Service Inc.
TXU Energy Retail Co. LLC
Unified Communications Corp.
Union Gas Ltd.
United Cooperative Services Inc.
Universal Sanitary Equipment
    Manufacturing Co. Inc.
Upchurch, Kody
US Network Solutions Inc.
US Transportation Services Inc.
Utility Partners Inc.
Verendrye Electric Cooperative Inc.
Verizon Wireless
Vertical Communications Inc.
Wan Dynamics
Waste Connection of Missouri
Waste Connection of Oklahoma Inc.
Waste Connections of Alabama Inc.
Waste Industries
Waste Management Inc.
Waste Management of Ohio Inc.
Waste Management of St. Louis
Waste Management of WI-MN
Waters, Mark
Watson & Son Inc.
WCA of Oklahoma LLC
WE Energies
Wells Fargo Bank NA
West Tennessee Public Utility District (TN)

Wheeler, City of (WI)
Wheeler, Village of (CT)
Wiese USA Inc.
Williamsport Municipal Water Authority
    (PA)
Winchester Wireless
Windstream Corp.
Wireless USA Inc.
Wright City Water Supply Corp.
WTG Gas Marketing Inc.
Xcel Energy Inc.

# SCHEDULE 1(t)

## Vendors

3SC Center LLC
A.J. Mcdirtt Inc.
Airgas Inc.
Alban Tractor Co. Inc.
Albrightson Excavating Inc.
A-L-L Equipment Co. Inc.
Alpha & Omega CS&C Inc.
Alta Construction Equipment LLC
American-Newlong Inc.
Apple Valley Scale Co.
Applied Industrial Technologies Inc.
Bag Supply Co. Inc.
Bain Oil Co.
Barnhart Crane & Rigging Co.
Bay & Bay Transfer Co. Inc.
Bayne Mineral Systems Inc.
Bibby Financial Services Ltd.
Bo's Wood Products Inc.
Cain Electrical Supply Co.
Central Maintenance & Welding Inc.
Commercial Packaging
Consolidated Terminals & Logistics Co.
    Enid Terminal
Conviber Inc.
Crisp Industries Inc.
CSI Sands (NE) Ltd.
Cumberland Mine Service Inc.
Derrick Corp.
Douglas Explosives Inc.
Drives Plus LLC
Edwards Wood Products Inc.
ELL Advertising LLC
Empire Refractory Sales Inc.
Enterprise FM Trust
First American Equipment Finance
Four Pillars Talent LLC
Gerard Daniel Worldwide Inc.
H&E Equipment Services Inc.
Halm Electrical Contracting Inc.
Hapag Lloyd (America) LLC
Hi-Crush Inc.
Hood Packaging Corp.

Industrial Products Conveyors & Drives Inc.
Insight Direct USA Inc.
It Works Recruitment Inc.
Jet Pulverizer Co. Inc., The
JF Brennan Co. Inc.
John's Service & Sales Inc.
Kaman Industrial Technologies
Kansas City Southern Railway Co.
KDB Transport LLC
L & L of Sterling Inc.
Lafarge Aggregates Illinois Inc.
Lambert & Co. Drilling
Lesman Instrument Co.
Lotz Trucking Inc.
Mab Equipment Co. Inc.
Machinery Maintenance Inc.
Magid Glove & Safety Manufacturing Co.
    LLC
Marquette Transportation Finance LLC
Material Motion Inc.
MID-SHIP Group LLC
Millwood Inc.
Oakmoor Pallet LLC
OmniTrax Inc.
On Site Repair Services Inc.
Owens-Illinois General Inc.
Paul J. Schmit Trucking Inc.
Pay Governance LLC
Peed Brothers Inc.
Preferred Pallets & Packaging Inc.
Process Engineers & Equipment Corp.
Process Machinery Inc.
Revere Electric Supply Co.
Rolta Advizex Technologies LLC
Sentinel Electric LLC
Silica Transport Inc.
SolarWinds Inc.
Solomon Transformers LLC
Southern Illinois Motor Xpress
Stone Products Inc.
Sunbelt Rentals Inc.
Sunflour Railroad Inc.

Texas Fueling Services Inc.
Thermal Kinetics Corp.
Thumme Environmental Solutions
TNT Drilling & Blasting Inc.
Transpac USA Inc.
Trinity Consultants Inc.
Union Industrial Contractors Inc.
United Bags Inc.
Vizion Solutions LLC
Wacker Chemical Corp.
Wild Bore Mechanical Machine
Woodstock Trucking
Xylem Dewatering Solutions Inc.

## SCHEDULE 1(u)

### U.S. Trustee Personnel, Judges, and Court Contacts for the Southern District of Texas

Alonzo, Albert
Andresen, Jeannie
Boykin, Jacqueline
Brumfield-Brown, Nathalie
Castro, Ana
Chavez, Jeannie
Conrad, Tracey
Do, LinhThu
Duran, Hector
Griffin, Barbara
Hobbs, Jr., Henry G.
Isgur, Marvin
Johnson-Davis, Luci
Jones, David R.
Laws, Tyler
Livingstone, Diane
Lopez, Christopher M.
McCullar, Alicia
Motton, Linda
Norman, Jeffrey P.
Otto, Glenn
Picota, Kimberly
Portillo, Vriana
Rios, Mario
Rodriguez, Eduardo V.
Saldana, Rosario
Schmidt, Patricia
Simmons, Christy
Smith, Gwen
Statham, Stephen
Waxton, Clarissa

**SCHEDULE 2**

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| 3M Co. | 3M Company | Current |
| 909273 Ontario Inc. | Covia Holdings Corporation | Current |
| Alpha Resins LLC | Covia Lime LLC | Closed |
| Aquila Mineral Co. | | |
| Best Sand Corp. | | |
| Best Sand of Pennsylvania Inc. | | |
| Bison Merger Sub I LLC | | |
| Black Lab LLC | | |
| Blue Earth Properties LLC | | |
| Cheyenne Sand Corp. | | |
| Construction Aggregates Corp. of Michigan Inc. | | |
| Covia Canada Ltd. | | |
| Covia Europe ApS | | |
| Covia Finance Company LLC | | |
| Covia Financing LLC | | |
| Covia Holdings Co. | | |
| Covia Holdings Corp. | | |
| Covia Lime LLC | | |
| Covia Specialty Minerals Inc. | | |
| Dewey Resources LLC | | |
| Fairmount Logistics LLC | | |
| Fairmount Minerals LLC | | |
| Fairmount Minerals Sales de Mexico S. de RL de CV | | |
| Fairmount Santrol Inc. | | |
| Fairmount Water Solutions LLC | | |
| FML Alabama Resin Inc. | | |
| FML Resin LLC | | |
| FML Sand LLC | | |
| FMSA Inc. | | |
| Great Plains Sand LLC | | |
| Grupo Materias Primas de Mexico S. de R. L. de C. V. | | |
| Grupo Materias Primas de Mexico S. de RL de CV | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Grupo Materias Primas S. de R. L. de C. V. | | |
| Grupo Materias Primas S. de RL de CV | | |
| Lake Shore Sand Co. (Ontario) Ltd. | | |
| Materias Primas Minerales de Ahuazotepec S. de RL de CV | | |
| Materias Primas Monterrey S. de RL de CV | | |
| Mineral Visions Inc. | | |
| Patriot Proppants Arkansas LLC | | |
| Polymorphous Mineral Investment Corp. | | |
| Santrol (Yixing) Proppant Co. Ltd. | | |
| Santrol de Mexico S. de RL de CV | | |
| Self-Suspending Proppant LLC | | |
| Servicios Integrales Lampazos S. de RL de CV | | |
| Shakopee Sand LLC | | |
| Sibelco | | |
| Sibelco Changshu Minerals Co. Ltd. | | |
| Sibelco Japan Ltd. | | |
| Sibelco Nederland NV | | |
| Sibelco North America Inc. | | |
| Specialty Sands Inc. | | |
| Standard Sand Corp. | | |
| Technimat LLC | | |
| Technisand Canada Sales Ltd. | | |
| Technisand Inc. | | |
| Tinaco Feldspar Co. LLC | | |
| Unimin Patriot Holdings LLC | | |
| Unimin Wisconsin Equipment Corp. | | |
| Unisil Corp. | | |
| Wedron Silica Co. | | |
| West Texas Housing LLC | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Wexford Sand Co.<br>Winchester & Western Railroad Co.<br>Wisconsin Industrial Sand Co. LLC<br>Wisconsin Specialty Sands Inc. | | |
| A. Schulman Inc. | LyondellBasell Industries N.V. | Current |
| ABRY Partners LLC<br><br>Professional Travel Inc. | ABRY Heritage Partners Co-Investment Fund | Current |
| | ABRY Heritage Partners, L.P. | Current |
| | ABRY Investment Partnership L.P. | Current |
| | ABRY Mezzanine Partners | Current |
| | ABRY Partners II LLC | Current |
| | ABRY Partners II, LLC | Current |
| | ABRY Partners IV, L.P. | Current |
| | ABRY Partners V, L.P. | Current |
| | ABRY Partners VI, L.P. | Current |
| | ABRY Partners VII Co-Investment Fund, LP | Current |
| | ABRY Partners VII, LP | Current |
| | ABRY Partners VIII Co-Investment Fund, L.P. | Current |
| | ABRY Partners VIII, LP | Current |
| | ABRY V Affiliated Partners | Current |
| | Direct Travel, Inc. | Current |
| | Peggy Koenig | Closed |
| | Royce Yudkoff | Current |
| Active Minerals International LLC | Active Minerals International, LLC | Current |
| | Angel Island Capital Management, LLC | Current |
| | David C. Dominik | Former |
| | David Thomas | Former |
| | Golden Gate Capital | Current |
| | Golden Gate Capital Opportunity Fund LP | Closed |
| | Kenneth James Diekroeger | Current |
| | Robert O'Connor Little | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Admiral Permian Resources | American Capital Equity Management II, LLC | Current |
| Crestline Denali Capital LP | American Capital, Ltd. | Closed |
| | Antony Ressler | Current |
| | APR Holdings, LLC | Current |
| | Ares Capital Corporation | Current |
| | Ares Commercial Real Estate Corporation | Current |
| | Ares Energy Investors Fund V, L.P. | Current |
| | Ares European Real Estate Advisors IV, L.P. | Closed |
| | Ares European Real Estate Fund III, L.P. | Current |
| | Ares Management Corporation and certain of its funds | Current |
| | Ares Management Limited | Current |
| | Ares US Real Estate Opportunity Fund II, L.P. | Current |
| | Ares US Real Estate Opportunity Fund III, L.P. | Closed |
| | Ares US Real Estate Opportunity Parallel Fund III-A, L.P. | Closed |
| | David B. Kaplan | Former |
| | James H. Simmons, III | Current |
| | Matthew Cwiertnia | Closed |
| AGC Flat Glass North America Inc. | AGC Inc. | Current |
| Albaugh, Stan | Albaugh, Stan | Current |
| AlixPartners LLP | Caisse de dépôt et placement du Québec | Current |
| AlixPartners LLP | Public Sector Pension Investment Board | Current |
| | Sky Aviation Leasing International, L.P. | Closed |
| AllComm Wireless Inc. | C. Scott Perry | Former |
| DFW Communications Inc. | David S. Lobel | Current |
| | Eric D. Bommer | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | James D. Coady | Current |
| | John C. Van Sickle | Former |
| | John F. McCormack | Current |
| | Michael J. Fabian | Former |
| | Paul F. Murphy | Current |
| | Sentinel Capital Investors IV, L.P. | Current |
| | Sentinel Capital Investors V LP | Current |
| | Sentinel Capital Investors V, L.P. | Current |
| | Sentinel Capital Investors VI | Current |
| | Sentinel Capital Partners IV LP | Current |
| | Sentinel Capital Partners IV, L.P. | Current |
| | Sentinel Capital Partners IV-A, L.P. | Current |
| | Sentinel Capital Partners V, L.P. | Current |
| | Sentinel Capital Partners V, LP | Current |
| | Sentinel Capital Partners V-A, L.P. | Current |
| | Sentinel Capital Partners VI, L.P. | Current |
| | Sentinel Capital Partners VI-A, L.P. | Current |
| | Sentinel Capital Partners, L.P. | Current |
| | Sentinel Capital Partners VI, L.P. | Current |
| | Sentinel Junior Capital, L.P. | Current |
| Allianz Global Investors US LLC | Allianz Capital Partners GmbH | Closed |
| Emerge Energy Services LP | Pacific Investment Management Company, LLC | Current |
| Pacific Investment Management Co. LLC | PIMCO Bravo Fund I, L.P. | Closed |
| | PIMCO BRAVO Fund II LP | Closed |
| | PIMCO Dynamic Income Fund | Closed |
| Allied World Assurance Co. | Toys "R" Us, Inc. | Current |
| Toys R Us (Canada) Ltd. | Toys R Us-Delaware, Inc. | Closed |
| American Commercial Barge Line LLC | Centerline Capital Management, LLC | Current |
| | Installation Services Holdings, LLC | Closed |
| | Platinum Equity, LLC | Current |
| American Marazzi Tile Inc. | Flooring Industries Limited, SARL | Current |
| Dal-Tile Corp. | Mohawk Industries, Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Dal-Tile Mexico S. de RL de CV | | |
| American Railcar Industries Inc. | ITE Management, LP | Current |
| Amundi Pioneer Asset Management Inc. | Crédit Agricole Corporate and Investment Bank | Current |
| | FCPI Crédit Agricole PME Innovation 2009 | Current |
| Anadarko Petroleum Corp. Occidental Chemical Corp. Oxy USA Inc. | Occidental Petroleum Corporation | Closed |
| Anchor Hocking Inc. | The Oneida Group, Inc. | Closed |
| Anchorage Capital Group LLC | Anchorage Capital Group | Closed |
| Angelo Gordon & Co. LP | Angelo Gordon Real Estate, Inc. | Closed |
| | Angelo, Gordon & Co., L.P. | Current |
| Aon Consulting Inc. Aon Hewitt Inc. | Aon Affinity Administradora de Beneficios Ltda. | Current |
| | Aon Corporation | Current |
| | Aon Financial Services Group, Inc. | Current |
| | Aon Holdings Corretores de Seguros Ltda. | Current |
| | Aon Risk Services Central Inc. | Current |
| | Aon Risk Services Companies, Inc. | Current |
| | Aon Risk Services Northeast Inc. | Current |
| | Aon Risk Services Southwest, Inc. | Current |
| | Keith R. Moore | Former |
| | Stroz Friedberg | Closed |
| Apex Credit Partners LLC Jefferies LLC | Jefferies Finance LLC | Current |
| Arizona, State of, Department of Environmental Quality | Arizona Department of Child Safety | Current |
| Ascend Performance Materials Inc. | Aaron Davenport | Current |
| | APM (Canada) LLC | Current |
| | APM (Hong Kong) Private Limited | Current |
| | Apm (Pr) Llc | Current |
| | APM (Taiwan) Co., Ltd. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | APM Disc Holdings LLC | Current |
| | APM Disc Inc. | Current |
| | APM Foreign Holdings LLC | Current |
| | Ascend Performance Materials - Tilburg B.V. | Current |
| | Ascend Performance Materials (Korea) LLC | Current |
| | Ascend Performance Materials (Shanghai) Co., Ltd. | Current |
| | Ascend Performance Materials (Singapore) Pte. Ltd. | Current |
| | Ascend Performance Materials European Limited | Current |
| | Ascend Performance Materials Holdings Inc. | Current |
| | Ascend Performance Materials Inc. | Current |
| | Ascend Performance Materials Japan KK | Current |
| | Ascend Performance Materials Netherlands Holding B.V. | Current |
| | Ascend Performance Materials Operations LLC | Current |
| | Ascend Performance Materials SPRL | Current |
| | Ascend Performance Materials Texas Inc. | Current |
| | Barry B. Siadat | Current |
| | Jamshid Keynejad | Current |
| | John A. Norris, Jr. | Current |
| | Mario Toukan | Current |
| | SK Capital | Current |
| | SK Capital Partners II LP | Current |
| | SK Capital Partners III, L.P. | Current |
| | SK Capital Partners IV-A LP | Current |
| | SK Capital Partners IV-B, L.P. | Current |
| | SK Capital Partners V-A, L.P. | Current |
| | SK Capital Partners V-B, L.P. | Current |
| | SK Partners LLC | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Aspen Insurance U.S. Services Inc. | AEPF III 34 S.à r.l. | Current |
| Aspen US Insurance Group | Apollo Capital Management, L.P. | Current |
| CareerBuilder Employment Screening LLC | Apollo Global Management Inc. | Current |
| | Apollo Management International LLP | Current |
| | Marc Rowan | Current |
| | Martin Kelly | Former |
| | MidCap Financial Services, LLC | Closed |
| AT&T Corp. | AT&T Corp. | Closed |
| | AT&T Inc. | Closed |
| | AT&T Intellectual Property II L.P. | Closed |
| | AT&T Intellectual Property II, L.P. | Closed |
| | AT&T Intellectual Property LLC | Closed |
| | AT&T Services, Inc. | Current |
| | DIRECTV Enterprises, LLC | Current |
| | DIRECTV Group Holdings, LLC | Current |
| | DIRECTV Holdings LLC | Current |
| | DIRECTV Merchandising, Inc. | Current |
| | DIRECTV Operations LLC | Current |
| | DIRECTV Sports Network LLC | Current |
| | DIRECTV Sports Networks, LLC | Current |
| | Directv, LLC | Current |
| | Hello Sunshine | Current |
| | The DIRECTV Group, Inc. | Current |
| Atmos Energy Marketing LLC | Continental Intermodal Group LP | Current |
| CIG Logistics Services LLC | ECP Mezzanine Fund | Current |
| Symmetry Energy Solutions LLC | Energy Capital Partners | Current |
| Tessco Energy Services Inc. | Energy Capital Partners - Credit Solutions II | Current |
| | Energy Capital Partners Fund II | Current |
| | Energy Capital Partners Fund III | Current |
| | Energy Capital Partners I LP | Current |
| | Energy Capital Partners I-A LP | Current |
| | Energy Capital Partners II LP | Current |
| | Energy Capital Partners II-A LP | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Energy Capital Partners II-C LP | Current |
| | Energy Capital Partners III LP | Closed |
| | Energy Capital Partners III-B, LP | Current |
| | Energy Capital Partners IV LP | Current |
| | Energy Capital Partners Mezzanine (Alaska Midstream Co-Invest) II, LP | Current |
| | Energy Capital Partners Mezzanine (Alaska Midstream Co-Invest), LP | Current |
| | Energy Capital Partners Mezzanine Opportunities Fund A, LP | Current |
| | Energy Capital Partners Mezzanine Opportunities Fund B, LP | Current |
| | Energy Capital Partners Mezzanine Opportunities Fund LP | Current |
| | Energy Capital Partners Mezzanine Opportunities Fund Offshore Feeder, LP | Current |
| Avaya Inc. | Avaya Inc. | Current |
| AXA Investment Management | AB Commercial Real Estate Debt Series 1-A | Current |
| Indian Harbor Insurance Co. | AB Commercial Real Estate Debt Series 1-B | Current |
| | AB Commercial Real Estate Debt Series 1-C | Current |
| | AB Institutional Series B | Current |
| | AB Institutional Series C | Current |
| | AXA REIM SGP | Current |
| Bank of America Corp. | Banc of America Capital Investors SBIC, L.P. | Former |
| Bank of America Leasing & Capital | Bank of America Capital Investors LP | Former |
| Bank of America NA | Bank of America Corporation | Current |
| BofA Securities Inc. | Bank of America Merrill Lynch | Current |
| Merrill Lynch Pierce Fenner & Smith Inc. | Bank of America Securities Limited | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Bank of America Ventures | Former |
| | Bank of America, N.A. | Current |
| | Benjamin Klein | Current |
| | Merrill Lynch Capital Services, Inc. | Closed |
| | Merrill Lynch, Pierce, Fenner & Smith, Inc. | Closed |
| Bank of New York Mellon Corp., The | Alcentra Ltd. | Closed |
| Bank of New York Mellon, The | BNY Mellon Capital Markets, LLC | Closed |
| BNY Mellon Wealth Management | | |
| Cutwater Holdings LLC | | |
| Insight North America LLC | | |
| Pershing LLC | | |
| Barclays Bank plc | Barclays | Current |
| | Barclays Capital Inc. | Closed |
| Barings LLC | Barings Global Advisers Limited | Closed |
| Massachusetts Mutual Life Insurance Co. | | |
| MassMutual Asset Finance LLC | | |
| BASF Construction Chemicals LLC | BASF Americas Corporation | Current |
| | BASF Catalysts LLC | Current |
| | BASF Corp. | Current |
| | BASF Metals Ltd. | Current |
| | BASFin | Current |
| Bayside Capital Inc. | Bayside Capital | Current |
| H.I.G. WhiteHorse Capital LLC | H.I.G. Bayside Loan Opportunity (Cayman) Fund II, L.P. | Current |
| | H.I.G. Bayside Loan Opportunity Fund II, L.P. | Current |
| | H.I.G. Capital International Advisors, LLP | Current |
| | H.I.G. Capital LLC | Current |
| | H.I.G. Capital Management, Inc. | Current |
| | H.I.G. Capital Partners II, L.P. | Current |
| | H.I.G. Capital Partners III, L.P. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | H.I.G. Europe Capital Partners, L.P. | Current |
| | H.I.G. European Capital Partners LLP | Current |
| | H.I.G. Middle Market LLC | Current |
| | H.I.G. Realty Partners | Current |
| | H.I.G. Venture Partners, L.P. | Current |
| BB&T Securities | BB&T Corp. and SunTrust Banks, Inc. | Current |
| Truist Bank | BB&T Insurance Holdings, Inc. | Current |
| | SunTrust Bank | Closed |
| | SunTrust Banks, Inc. | Closed |
| | SunTrust Capital Markets Inc. | Closed |
| | Truist Bank | Current |
| | Truist Financial Corp. | Current |
| Beach Point Capital Management LP | Beach Point Capital Management LP | Current |
| Benefit Street Partners LLC | Benefit Street Partners | Closed |
| Benjamin Moore & Co. | Berkshire Hathaway Energy Co. | Current |
| BNSF Railway Co. | BNSF Railway | Current |
| Johns Manville Corp. | Precision Castparts Corp. | Closed |
| New England Asset Management Inc. | | |
| Rocky Mountain Power Inc. | | |
| ████████████ ███████ | ██████████ | ████ |
| BlueCrest Capital Management | Bluecrest Capital Management (New York) LP | Current |
| BMO Capital Markets Corp. | BMO Capital Markets | Current |
| BMO Harris Bank NA Trust | BMO Capital Markets Corp. | Current |
| BMO Nesbitt Burns Inc. | BMO Harris Bank NA | Current |
| | BMO Nesbitt Burns Inc. | Current |
| BNP Paribas Securities Corp. | Bank of the West | Closed |
| | BNP Paribas | Closed |
| | BNP Paribas FS, LLC | Closed |
| | BNP Paribas SA | Closed |
| | BNP Paribas Securities (Asia) Ltd. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Boaz Energy II Royalty LLC<br><br>Camino Natural Resources LLC | NGP Energy Capital Management, LLC | Current |
| Brown Brothers Harriman & Co | BBH Capital, LLC | Current |
| BrownFlynn Ltd. | OCP All Canadian Funds Inc. | Closed |
| | OCP Asian Funds Inc. | Closed |
| | OCP Canadian Funds II Inc. | Closed |
| | OCP Canadian Funds Inc. | Closed |
| | OCP European Funds II Inc. | Closed |
| | OCP European Funds Inc. | Closed |
| | OCP JLA IV Funds Inc. | Closed |
| | OCP Non Canadian Mezzanine Funds Inc. | Closed |
| | OCP Royalty Funds Inc. | Closed |
| | OCP US Buyout Funds III Inc. | Closed |
| | OCP US Buyout Funds Inc. | Closed |
| | OCP US Venture Funds Inc. | Closed |
| | OMERS Administration Corp. | Closed |
| | OMERS Capital Asian Oppurtunities Corporation | Closed |
| | OMERS Capital European Oppurtunities Corporation | Closed |
| | OMERS Capital US Buyout Funds I Inc. | Closed |
| | OMERS Capital US Buyout Funds II Inc. | Closed |
| | OMERS Infrastructure Management, Inc. | Current |
| | OMERS Private Equality Venture Funds II Inc. | Closed |
| | OMERS Private Equity Inc. | Closed |
| Buffalo & Pittsburgh Railroad Inc. | Brookfield Asset Management Inc. | Current |
| | Brookfield Asset Management, LLC | Current |
| | Brookfield Business Partners LP | Current |
| | Brookfield Infrastructure Credit Fund | Current |
| | Brookfield Infrastructure Fund | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Brookfield Infrastructure Group LLC | Closed |
| | Brookfield Special Opportunities LLC | Current |
| | Brookfield Strategic Real Estate Partners III | Former |
| | BSREP II Bermuda GP L.P. | Closed |
| | GFI Energy Group of Oaktree Capital Management | Current |
| | Jordon Kruse | Former |
| | Matthew Wilson | Former |
| | Oaktree Acquisition Corp. | Current |
| | Oaktree Capital Management, L.P. | Current |
| | Oaktree Maritime Finance II, LLC | Current |
| | Oaktree Middle-Market Direct Lending Unlevered JPN-A 2017 Fund, L.P | Current |
| | Oaktree Power Opportunities Fund V, L.P. | Closed |
| | Oaktree Special Situations Group | Closed |
| | Oaktree Strategic Credit | Current |
| | Ronald N. Beck | Former |
| | Stephen Kaplan | Current |
| Buffalo & Pittsburgh Railroad Inc. | GIC 11 E. Walton Holdings LLC | Closed |
| | GIC Infra Holdings Pte Ltd. | Current |
| | GIC Private Markets Private Limited | Current |
| | GIC Pte. Ltd. | Closed |
| | GIC Real Estate Inc. | Current |
| C&J Energy Services Inc. Keane Frac LP | C&J Energy Services, Inc. | Current |
| Cablevision Lightpath Inc. | Altice USA Inc. | Current |
| | Cablevision Systems Corporation | Current |
| | CSC Holdings Company | Current |
| | CSC Holdings, LLC | Current |
| Canaccord Genuity Corp. | Canaccord Genuity Wealth Management | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | David Esfandi | Closed |
| Canada, Government of the, Ministere de L'Environnement | CPP Investment Board | Current |
| Canada, Government of, Department of Fisheries & Oceans | CPPIB Asia Inc. | Current |
| Canada, Government of, Her Majesty the Queen in Right of Ontario | CPPIB Canada Inc. | Current |
| Canada, Government of, Minister of Natural Resources | Public Sector Pension Investment Board | Current |
| Canada, Government of, Nuclear Safety Commission | | |
| Canada, Government of, Province of Quebec, Ministere du Revenu | | |
| Canada, Government of, Revenue Agency | | |
| Canyon Capital Advisors LLC | AECOM-Canyon Real Estate Fund Advisors LLC | Former |
| | Canyon Capital Advisors LLC | Current |
| | ICE Canyon LLC | Current |
| CareerBuilder Employment Screening LLC | Ontario Teachers Pension Plan (Asia) Limited | Current |
| | Ontario Teachers' Pension Plan Board | Current |
| Carlyle Investment Management | Carlyle Asia Growth Partners IV LP | Current |
| | Carlyle Asia Investment Advisors Limited | Current |
| | Carlyle Aviation Fund Management LLC | Current |
| | Carlyle Energy Mezzanine Opportunities Fund II, L.P. | Current |
| | Carlyle Global Credit Investment Management LLC | Current |
| | Carlyle Group, The | Current |
| | Carlyle Infrastructure Fund, L.P. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Carlyle Investment Management LLC | Closed |
| | Carlyle Realty Partners III, L.P. | Closed |
| | Carlyle Realty Partners IV, L.P. | Closed |
| | Carlyle Realty Partners V, L.P. | Closed |
| | Carlyle Realty Partners, L.P. | Closed |
| | Rodney S. Cohen | Current |
| | The Carlyle Group | Current |
| | The Carlyle Group Europe - CEP IV Advisor S.a r.l. | Closed |
| CarVal Investors | CarVal Investors GB LLP | Closed |
| | CarVal Investors LP | Current |
| | Cvi Erep Oc I Llc | Current |
| | Cvi Erep Oc Iii Llc | Current |
| | CVI Europe Real Estate Partners | Current |
| | CVI Luxembourg Fifteen Sarl | Closed |
| | CVI Outer London LP (Cayman) | Current |
| | CVI Outer London, L.P. | Current |
| Catalyst Energy Services Inc. | AMLI/BPMT Towne Square Partnership | Current |
| Morgan Stanley & Co. LLC | Morgan Stanley & Co. LLC | Closed |
| Morgan Stanley Investment Management Inc. | Morgan Stanley AIP GP LP | Current |
| Morgan Stanley Smith Barney LLC | Morgan Stanley Asia Limited | Current |
| | Morgan Stanley Asia Ltd. | Current |
| | Morgan Stanley Infrastructure Inc. | Current |
| | Morgan Stanley Investment Management Limited | Current |
| | Morgan Stanley Mezzanine Partners | Current |
| | Morgan Stanley Real Estate Investing | Former |
| | Morgan, Stanley & Co. | Current |
| | MS MCC Highland LLC | Closed |
| Caterpillar Financial Services Corp. | Caterpillar Financial Services Corporation | Current |
| Caterpillar Financial Services Ltd. | Caterpillar, Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Progress Rail Leasing Corp. | | |
| Central States Southeast and Southwest Areas Pension Fund | Central States, Southeast and Southwest Area Pension Fund | Current |
| Cerberus Capital Management LP | Cerberus Capital Management, L.P. | Current |
| | Cerberus Real Estate Capital Management, LLC | Closed |
| | Steven Mayer and Laura Mayer | Current |
| CertainTeed Corp. | CertainTeed | Current |
| | Saint-Gobain Abrasives, Inc. | Current |
| | Saint-Gobain Corp. | Current |
| | Saint-Gobain Performance Plastics, Inc. | Current |
| Cetera Investment Services LLC RS Energy Group Inc. | Genstar Capital Partners LLC | Current |
| Champion Energy Services LLC | Access Industries, Inc. | Current |
| | Blackstone Alliance LLC | Current |
| | Calpine Corporation | Current |
| | CPN Insurance Corporation | Closed |
| | CPP Investment Board | Current |
| | CPPIB Asia Inc. | Current |
| | CPPIB Canada Inc. | Current |
| | Liam Ratcliffe | Current |
| | LongPoint Holdings LLC | Closed |
| Charles Schwab & Co. Inc. | Charles Schwab & Co., Inc. | Closed |
| Charter Communications LLC | Charter Communications Holding Co. LLC | Current |
| Time Warner Cable | Charter Communications Holdings LLC | Current |
| | Charter Communications LLC | Current |
| | Charter Communications Operating LLC | Current |
| | Charter Communications, Inc. | Current |
| | Charter Fiberlink - Missouri, LLC | Current |
| | Charter/Comcast JV | Current |
| | Time Warner Cable Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Time Warner Cable Information Services (Kansas), LLC | Current |
| | Time Warner Cable LLC | Current |
| Chrome River Technologies Inc. | Certify, Inc. | Current |
| | Charger TopCo Inc. | Current |
| | K1 Investment Management, LLC | Current |
| | K1 Investment Management, LLC - Fund I | Closed |
| | K1 Private Investors L.P. | Current |
| | K1 Special Opportunities Fund, L.P. | Current |
| | K4 Private Investors, L.P. | Current |
| CIBC World Markets Inc. | CIBC World Markets Corp. | Closed |
| CIFC Asset Management | CIFC Asset Management Europe Limited | Current |
| | CIFC Asset Management LLC | Current |
| Cigna Corp. | Cigna Behavioral Health, Inc. | Current |
| | Cigna Corporation | Current |
| | Cigna Health and Life Insurance Company | Current |
| | Cigna Health Corporation | Current |
| | Cigna Healthcare - Mid-Atlantic, Inc. | Closed |
| | Cigna Healthcare of California Inc. | Current |
| | Cigna Healthcare of Colorado, Inc. | Closed |
| | CIGNA Healthcare of Florida, Inc. | Current |
| | CIGNA Healthcare of Georgia, Inc. | Current |
| | CIGNA HealthCare of North Carolina, Inc. | Current |
| | CIGNA HealthCare of Pennsylvania, Inc. | Current |
| | CIGNA HealthCare of South Carolina, Inc. | Current |
| | CIGNA HealthCare of St. Louis, Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Cigna Healthcare of Tennessee, Inc. | Current |
| | CIGNA Healthcare of Texas, Inc. | Current |
| | CIGNA Healthcare, Inc. | Closed |
| | CIGNA Insurance Co. | Current |
| | Connecticut General Life Insurance Company | Current |
| Cintas Corp. | Cintas Corporation | Current |
| Citadel Securities LLC | Citadel LLC | Current |
| | Citadel Securities, LLC | Current |
| Citibank NA<br>Citigroup Global Markets Inc. | Citibank | Closed |
| | Citibank NA | Closed |
| | Citicorp | Closed |
| | Citicorp Mezzanine III, L.P. | Closed |
| | Citigroup Global Markets Asia Limited | Current |
| | Citigroup Global Markets Inc. | Current |
| | Citigroup Global Markets Ltd. | Closed |
| | Citigroup Inc. | Closed |
| Clancey, Gerald L. | Clancey, Jerry | Current |
| COGECO Inc. | Acquisitions Cogeco Cable II LP | Current |
| | Atlantic Broadband Finance, LLC | Current |
| | Cogeco Cable, Inc. | Current |
| Column Park Asset Management LP | Column Park Asset Management, LP | Closed |
| Comcast Cable<br>Comcast Cable Communications LLC | Charter/Comcast JV | Current |
| Commonwealth Edison Co.<br>Constellation NewEnergy Inc.<br>Exelon Corp. | Exelon Corporation | Current |
| | William A. Von Hoene, Jr. | Current |
| Corning Inc.<br><br>Corning Pharmaceutical Glass | Corning Cable Technology Systems, Inc. | Current |
| | Corning Inc. | Current |
| | Corning Optical Communications LLC | Current |
| | iBwave Holdings, Inc. | Closed |
| Covanta Environmental Solutions LLC | Covanta Holding Corporation | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Covanta Indianapolis Inc.<br><br>Covanta Tulsa Renewable Energy LLC | Covanta Tulsa Renewable Energy, LLC | Current |
| Credit Suisse Securities (USA) LLC | Credit Suisse (Hong Kong) Limited | Current |
| | Credit Suisse AG | Current |
| | Credit Suisse AG, Executive Board | Current |
| | Credit Suisse Group AG | Current |
| | Credit Suisse Group AG, Executive Board | Current |
| | Credit Suisse International | Current |
| | Credit Suisse Securities (USA) LLC | Current |
| | Credit Suisse Securities Europe Ltd. | Current |
| De Lage Landen Financial Services Inc. | Stretto | Current |
| Deere & Co.<br>John Deere Foundry | Deere & Company | Current |
| | Deere Receivables LLC | Current |
| | John Deere Bank S.A. | Current |
| | John Deere Canada Funding Inc. | Current |
| | John Deere Canada ULC | Current |
| | John Deere Capital Corp. | Current |
| | John Deere Cash Management S.A. | Current |
| | John Deere Financial Inc. | Current |
| | John Deere Financial Limited | Current |
| | John Deere Owner Trust | Current |
| | John Deere Receivables Inc. | Current |
| Deloitte Tax LLP | Adrian Peter Berry | Current |
| | Clare Boardman | Current |
| | Deloitte Consulting LLP | Current |
| | Deloitte LLP | Current |
| | Deloitte Statsautoriseret Revisionspartnerselskab | Current |
| | Deloitte Tax LLP | Current |
| | Deloitte USA LLP | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Deutsch Bank AG, Frankfurt Branch | DB U.S. Financial Markets | Current |
| Deutsche Bank Securities Inc. | Deutsche Bank AG | Current |
| Deutsche Investment Management Americas Inc. | Deutsche Bank AG, London Branch | Current |
| DWS Investment Management Americas | Deutsche Bank AG, New York Branch | Current |
| | Deutsche Bank Americas Holding Corp. | Current |
| | Deutsche Bank Securities Inc. | Current |
| | Deutsche Bank Trust Co. Americas | Current |
| | Deutsche Bank Trust Corp. | Current |
| Devon Energy Corp. | Devon Energy Production Company L.P. | Current |
| Discovery Benefits Inc. | WEX, Inc. | Closed |
| Dominion Energy Inc. | Dominion Energy Questar Corporation | Closed |
| Dominion Energy Ohio | Dominion Energy Services, Inc. | Current |
| Donnelley Financial LLC | Mark D. Thoma | Former |
| DTE Energy Co. | DTE Energy Company | Closed |
| Duke Energy Progress LLC | Duke Energy Corporation | Closed |
| | Piedmont Natural Gas | Closed |
| Durand Glass Manufacturing Co. Inc. | Arc Management & Services | Current |
| Durcon Inc. | Clayton, Dubilier & Rice, LLC | Current |
| Dynegy Energy Services LLC | OpTerra Energy Group | Closed |
| Illinois Power Marketing Co. | Vistra Energy Corp. | Current |
| TXU Energy Retail Co. LLC | | |
| Eagle Point Credit Management LLC | Stone Point Capital LLC | Current |
| Marble Point Credit Management LLC | | |
| MP CLO Management LLC | | |
| Newport Group Inc., The | | |
| SKY Harbor Capital Management LLC | | |
| EarthLink Business LLC | Windstream Communications, LLC | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Windstream Corp. | Windstream Eagle Holdings LLC | Current |
| | Windstream Finance Corp. | Current |
| | Windstream Holdings, Inc. | Current |
| | Windstream Holdings, Inc. and its filing affiliates | Current |
| | Windstream Lakedale, Inc. | Current |
| | Windstream Services LLC | Current |
| EarthLink Business LLC | Trive Capital Fund III LP | Current |
| | Trive Capital Fund III-A LP | Current |
| | Trive Capital Management LLC | Current |
| El Paso Natural Gas Co. LLC | Kinder Morgan Energy Partners LP | Current |
| Kinder Morgan Bulk Terminal | Kinder Morgan, Inc. | Current |
| ENGIE Resources LLC | ENGIE Energy Services Holdings Northeast LLC | Current |
| | ENGIE North America Inc. | Closed |
| | OpTerra Energy Group | Closed |
| Equinor USA Onshore Properties Inc. | Equinor ASA | Closed |
| Ernst & Young LLP | Ernst & Young Canada | Current |
| | Ernst & Young LLP | Closed |
| | Ernst & Young U.S. LLP | Closed |
| ESCO Corp. | ESCO Group LLC | Current |
| Weir Slurry Group Inc. | | |
| Fedex Corp. | FedEx Trade Networks, Inc. | Closed |
| Fedex Ground Package System Inc. | | |
| First American Commercial Bancorp Inc. | BlueBay Asset Management Services Ltd. | Current |
| First American Equipment Finance | RBC Select Hedge Fund Portfolio Ltd. | Closed |
| RBC Capital Markets LLC | RBC Wealth Management | Current |
| RBC Dominion Securities Inc. | | |
| RBC Global Asset Management Inc. | | |
| First Union Rail Corp. | Jon Kossow | Current |
| GE Capital Rail Services | Norwest Equity Capital, LLC | Closed |
| Helm-Pacific Leasing | Norwest Equity Partners VIII, LP | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Wells Fargo & Co. | Norwest Venture Partners VI-A, LP | Closed |
| Wells Fargo Bank NA | Norwest Venture Partners VII-A, LP | Closed |
| Wells Fargo Equipment Finance Inc. | Norwest Venture Partners VIII, LP | Closed |
| Wells Fargo Rail Corp. | Wachovia Capital Partners Secondary Fund I, LP | Closed |
| | Wachovia Holdings Corporation | Closed |
| | Wachovia Investors, Inc. | Closed |
| | Wachovia Securities, LLC | Closed |
| | Wells Fargo Central Pacific Holdings, Inc. | Closed |
| | Wells Fargo Securities LLC | Current |
| | WFC Holdings Corporation | Closed |
| Frontier Communications Corp. | Frontier ABC LLC | Current |
| | Frontier California Inc. | Current |
| | Frontier Communications - Midland Inc. | Current |
| | Frontier Communications - Prairie Inc. | Current |
| | Frontier Communications - Schuyler Inc. | Current |
| | Frontier Communications Corporate Services Inc. | Current |
| | Frontier Communications Corporation | Current |
| | Frontier Communications ILEC Holdings LLC | Current |
| | Frontier Communications Northwest Inc. | Current |
| | Frontier Communications of America Inc. | Current |
| | Frontier Communications of AuSable Valley, Inc. | Current |
| | Frontier Communications of Breezewood LLC | Current |
| | Frontier Communications of Canton LLC | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Frontier Communications of Delaware Inc. | Current |
| | Frontier Communications of DePue, Inc. | Current |
| | Frontier Communications of Georgia LLC | Current |
| | Frontier Communications of Illinois, Inc. | Current |
| | Frontier Communications of Indiana LLC | Current |
| | Frontier Communications of Iowa LLC | Current |
| | Frontier Communications of Lakeside Inc. | Current |
| | Frontier Communications of Lakewood LLC | Current |
| | Frontier Communications of Michigan Inc. | Current |
| | Frontier Communications of Minnesota Inc. | Current |
| | Frontier Communications of Mississippi LLC | Current |
| | Frontier Communications of Mt. Pulaski, Inc. | Current |
| | Frontier Communications of New York Inc. | Current |
| | Frontier Communications of Orion Inc. | Current |
| | Frontier Communications of Oswayo River LLC | Current |
| | Frontier Communications of Pennsylvania, LLC | Current |
| | Frontier Communications of Rochester, Inc. | Current |
| | Frontier Communications of Seneca-Gorham, Inc. | Current |
| | Frontier Communications of Sylvan Lake Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Frontier Communications of the Carolinas LLC | Current |
| | Frontier Communications of the South, LLC | Current |
| | Frontier Communications of the Southwest Inc. | Current |
| | Frontier Communications of Thorntown LLC | Current |
| | Frontier Communications of Virginia Inc. | Current |
| | Frontier Communications of Wisconsin LLC | Current |
| | Frontier Communications Online and Long Distance Inc. | Current |
| | Frontier Communications Services Inc. | Current |
| | Frontier Directory Services Co. LLC | Current |
| | Frontier Florida LLC | Current |
| | Frontier Infoservices Inc. | Current |
| | Frontier Midstates Inc. | Current |
| | Frontier Mobile LLC | Current |
| | Frontier North Inc. | Current |
| | Frontier Security Co. | Current |
| | Frontier Services Corp. | Current |
| | Frontier Southwest Inc. | Current |
| | Frontier Subsidiary Telco LLC | Current |
| | Frontier Techserv Inc. | Current |
| | Frontier Telephone of Rochester Inc. | Current |
| | Frontier Video Services Inc. | Current |
| | Frontier West Virginia Inc. | Current |
| ███████████ | █████████████ | ████ |
| | ██████████████ | ████ |
| | ███ | |
| | ████████████████ | ████ |
| | ███ | |
| | ██████████████ | ████ |
| | ███ | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | ██████████████ ████ | ████ |
| | ██████████████ ██████████████████ ██████████████ ████ | ████ ████ ████ |
| | ████████████ | ████ |
| Galaxy XXIV CLO Ltd. | FWD Group Management Holdings Limited | Current |
| | FWD Life Insurance Company (Bermuda) Limited | Current |
| | Pacific Century Group Holdings HK Limited | Closed |
| | Richard Li | Current |
| Garrison Investment Group | Garrison Investment Group LP | Former |
| | GIG Atlanta Galleria PropCo LLC | Closed |
| GATX Corp. | GATX Corporation | Closed |
| | GATX Rail Austria GmbH | Closed |
| | GATX Rail Germany GmbH | Closed |
| | GATX Rail Poland | Closed |
| General Motors de Mexico SA GM Powertrain Group | Cruise LLC | Current |
| | General Motors ARS Fund | Former |
| | General Motors Asset Management Absolute Return Strategies | Former |
| | General Motors Co. | Current |
| | General Motors Company, Inc. | Former |
| | General Motors Corp. | Current |
| | General Motors Holdings LLC | Former |
| | General Motors Investment Management Corporation | Current |
| | General Motors LLC | Current |
| | General Motors of Canada Limited | Former |
| | General Motors, Chevrolet Division | Former |
| | GM - VIS Litigation | Current |
| | GM Absolute Return Strategies Fund, LLC | Former |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | GM Financial/AmeriCredit | Closed |
| | GMAM Absolute Return Strategies Fund, LLC | Former |
| | Motors Liquidation Company | Current |
| Genesys Telecommunications Laboratories Inc. | Technology Crossover Ventures | Current |
| Georgia, State of, Department of Human Services | State of Georgia | Current |
| Georgia, State of, Department of Natural Resources | | |
| Georgia, State of, Department of Revenue | | |
| Georgia, State of, Environmental Protection Division | | |
| Georgia, State of, Office of Insurance & Fire Safety | | |
| Georgia, State of, Office of the Governor | | |
| Goldentree Asset Management LP | GoldenTree Asset Management, L.P. | Current |
| Goldman Sachs & Co. LLC | Goldman Sachs | Current |
| Goldman Sachs Asset Management LP | Goldman Sachs (Asia) LLC | Current |
| | Goldman Sachs Asset Management International Ltd. | Current |
| | Goldman Sachs Group Inc., The | Current |
| | Goldman Sachs Group, Merchant Banking Division | Current |
| | Goldman Sachs International Bank | Current |
| | Goldman Sachs International Ltd. | Current |
| | Goldman Sachs MB Services Limited | Closed |
| | Goldman Sachs PIA | Current |
| | Goldman Sachs Trust Company of Delaware | Current |
| | West Street Infrastructure Partners | Closed |
| Golub Capital LLC | Golub Capital BDC, Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Guggenheim Partners | Guggenheim Corporate Funding LLC | Current |
| | Guggenheim Credit Services, LLC | Current |
| | Guggenheim Partners Investment Management, LLC | Current |
| Heritage-Crystal Clean LLC | The Heritage Group | Current |
| | Waelz Sustainable Products, LLC | Current |
| Hess Bakken Investments II LLC | Hess Bakken Investments II, LLC | Current |
| | Hess Corporation | Current |
| | Hess Oil Virgin Islands Corp. | Closed |
| Highbridge Capital Management | Chase Bank USA, NA | Closed |
| JP Morgan Chase Bank | Chase Paymentech Solutions, LLC | Closed |
| JP Morgan Proprietary Asset Account | Highbridge Asia Fund | Closed |
| JP Morgan Securities LLC | Highbridge Capital Management, LLC | Current |
| JPMorgan Chase Bank Correspondance Clearing Services 2 | Highbridge Co-Investment Vehicle | Closed |
| JPMorgan Chase Bank NA | Highbridge Multi-Strategy Fund | Closed |
| | Highbridge Tactical Credit Fund | Closed |
| | J.P. Morgan Securities (Far East) Limited | Closed |
| | J.P. Morgan Securities Asia Pacific Limited | Current |
| | J.P. Morgan Securities LLC | Current |
| | JPMorgan Asset Management - Global Real Assets | Closed |
| | JPMorgan Chase & Co. | Closed |
| | JPMorgan Chase & Co. and JPMorgan Chase Bank National Association | Current |
| | JPMorgan Chase Bank NA | Current |
| | JPMorgan Funds Limited | Current |
| | JPMorgan Investment Management Inc. - Global Special Situations | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | JPMorgan Investment Management Inc. - Infrastructure Investment Group | Current |
| | JPMorgan Ventures Energy Corporation | Current |
| Highland Capital Management LP | Highland Europe (UK) LLP | Current |
| Hodges-Mace LLC | BCP (Singapore) VI Cayman Acquisition Co. Ltd. | Current |
| SERVPRO of Birmingham | BCP VIII, L.P. | Current |
| Twin Eagle Resource Management | Bilal Khan | Current |
| | Blackstone Alternative Asset Management LP | Current |
| | Blackstone Alternative Solutions LLC | Current |
| | Blackstone Asia | Current |
| | Blackstone CQP Holdco LP | Current |
| | Blackstone Family Real Estate Partnership (Offshore) VIISMD L.P. | Current |
| | Blackstone Family Real Estate Partnership Europe IV-SMD L.P. | Current |
| | Blackstone Group, The | Current |
| | Blackstone Infrastructure Partners | Current |
| | Blackstone ISG-I Advisors LLC | Current |
| | Blackstone ISG-II Advisors LLC | Current |
| | Blackstone Life Sciences Advisors LLC | Current |
| | Blackstone Management Partners LLC | Current |
| | Blackstone Mortgage Trust Inc. | Current |
| | Blackstone Real Estate | Current |
| | Blackstone Real Estate Advisors | Current |
| | Blackstone Real Estate Advisors, LP | Current |
| | Blackstone Real Estate Holdings (Offshore) VII-NQ L.P. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Blackstone Real Estate Holdings (Offshore) Vll-NQ - ESC L.P. | Current |
| | Blackstone Real Estate Holdings Europe IV-NQ ESC L.P. | Current |
| | Blackstone Real Estate Partners | Current |
| | Blackstone Real Estate Partners (Offshore) Vll.F-NQ L.P. | Current |
| | Blackstone Real Estate Partners (Offshore) Vll.TE.1-8-NQ L.P. | Current |
| | Blackstone Real Estate Partners (Offshore) Vll-NQ L.P. | Current |
| | Blackstone Real Estate Partners Europe | Current |
| | Blackstone Real Estate Partners Europe IV-NQ L.P. | Current |
| | Blackstone Real Estate Partners Limited | Current |
| | Blackstone Real Estate Special Situations Advisors LLC | Current |
| | Blackstone Singapore Pte Ltd. | Current |
| | Blackstone Strategic Capital Holdings L.P. | Current |
| | Blackstone Strategic Opportunity Fund | Current |
| | Blackstone Strategic Partners | Current |
| | Blackstone Tactical Opportunities | Current |
| | Blackstone Tactical Opportunities Advisors LLC | Current |
| | Blackstone Tactical Opportunities Fund LP | Closed |
| | David I. Foley | Current |
| | GSO Capital Opportunities Fund III LP | Closed |
| | GSO Capital Partners | Current |
| | GSO Capital Partners International LLP | Current |
| | GSO Capital Partners LP | Current |
| | John-Paul Munfa | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Jonathan Korngold | Closed |
| | Strategic Partners Fund Solutions | Current |
| | The Blackstone Group | Current |
| | The Blackstone Group International Partners LLP | Current |
| | Vikram Suresh | Current |
| HOV Services Inc. | Exela Enterprise Solutions Inc. | Current |
| | Exela Finance Inc. | Current |
| | Exela Intermediate Holdings LLC | Current |
| | Exela Intermediate LLC | Current |
| | Exela RE LLC | Current |
| | Exela Receivables 1 LLC | Current |
| | Exela Receivables Holdco LLC | Current |
| | Exela Technologies AB | Current |
| | Exela Technologies AS | Current |
| | Exela Technologies BV | Current |
| | Exela Technologies GmbH | Current |
| | Exela Technologies Holding GmbH | Current |
| | Exela Technologies Ibercia SA | Current |
| | Exela Technologies Inc. | Current |
| | Exela Technologies Inc., Audit Committee | Current |
| | Exela Technologies Limited | Current |
| | Exela Technologies s.p. zoo | Current |
| | Exela Technologies, Inc. | Current |
| | HOV Enterprise Services Inc. | Current |
| | HOV Global Services Ltd. | Current |
| | HOV Services (Beijing) Ltd. | Current |
| | HOV Services (Nanchang) Ltd. | Current |
| | HOV Services Inc. | Current |
| | HOV Services, LLC | Current |
| HPS Investment Partners LLC | Highbridge Principal Strategies, LLC | Current |
| | HPS Investment Partners (UK) LLP | Current |
| | HPS Investment Partners LLC | Current |
| HSBC Bank USA NA | Hongkong & Shanghai Banking Corp. Ltd., The | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | HSBC Bank USA NA | Closed |
| | HSBC Holdings plc | Current |
| | HSBC Securities (USA) Inc. | Closed |
| Huntington National Bank, The | Huntington Bancshares Incorporated | Closed |
| | The Huntington National Bank | Closed |
| IFS North America Inc. | EQT AB | Current |
| | EQT Corporation | Current |
| | EQT Credit | Closed |
| | EQT Energy II, LLC | Closed |
| | EQT Energy, LLC | Current |
| | EQT Gathering LLC | Closed |
| | EQT Investments Holdings, LLC | Closed |
| | EQT Mid Market Fund | Closed |
| | EQT Midstream Partners, LP | Closed |
| | EQT Midstream Services LLC | Closed |
| | EQT Partners UK Advisors LLP | Current |
| | EQT Production Co. | Closed |
| | EQT Public Value Fund | Current |
| | EQT VII Ltd. | Current |
| | WorkWave, LLC | Closed |
| Illinois Railway LLC | Broe CR Investor, LLC | Current |
| Illinois, State of | Illinois Executive Ethics Commission | Current |
| Illinois, State of, Department of Natural Resources | Illinois Torture Inquiry and Relief Commission | Current |
| Illinois, State of, Department of Public Health | Office of the Governor, State of Illinois | Current |
| Illinois, State of, Department of Revenue | | |
| Illinois, State of, Emergency Management Agency | | |
| Illinois, State of, Environmental Protection Agency | | |
| Illinois, State of, Secretary of State | | |
| Illuminating Co., The | FirstEnergy Corporation | Closed |
| Penelec Co. | | |
| Potomac Edison Co., The | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Imerys Kaolin Inc. | Sagard Capital Partners, L.P. | Current |
| Infinity Transportation 2018-1 LLC<br>Whitestar Asset Management LLC | Pine Brook Road Partners, LLC | Current |
| Intermedia.net Inc. | James N. Perry | Current |
| | Madison Dearborn Capital Partners VII Executive-A LP | Current |
| | Madison Dearborn Capital Partners VII-A LP | Current |
| | Madison Dearborn Capital Partners VII-C LP | Current |
| | Madison Dearborn Partners | Current |
| | Madison Dearborn Partners LLC | Current |
| Invesco Ltd. | Invesco Private Capital, Inc. | Current |
| | Invesco Senior Secured Management, Inc. | Current |
| | WL Ross & Co. LLC | Closed |
| Ipreo Holdings LLC | Carfax, Inc. | Current |
| | IHS Markit | Current |
| | Ipreo Ltd. | Closed |
| | Ipreo Parent Holdco LLC | Closed |
| JMP Credit Corp. | JMP Securities LLC | Closed |
| Joele Frank Wilkinson Brimmer Katcher | Meaghan A. Repko | Current |
| Kaman Industrial Technologies | Brian Ramsay | Current |
| | Edmund J. Feeley | Former |
| | Littlejohn & Co., LLC | Current |
| | Littlejohn Associates IV, LLC | Current |
| | Littlejohn Associates V, LLC | Current |
| | Littlejohn Holdings Manager, LLC | Current |
| | Littlejohn Holdings, LLC | Current |
| | Littlejohn Opportunities GP LLC | Current |
| | Michael Kaplan | Current |
| | Michael Klein | Current |
| | Pinnacle Midstream II LLC | Current |
| | Richard Maybaum | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Robert Davis | Current |
| | Steven G. Raich | Current |
| | Tony Miranda | Current |
| Kayne Anderson Capital Advisors LP | Kayne Anderson Capital Advisors, L.P. | Current |
| Keybank NA | KeyBanc Capital Markets Inc. | Closed |
| Konica Minolta Premier Finance | All Covered, Inc. | Closed |
| KPMG International Cooperative | KPMG (HK) | Current |
| | KPMG (Ireland) | Closed |
| | KPMG Auditores, S.L. | Current |
| | KPMG International Cooperative | Closed |
| | KPMG Law Firm | Current |
| | KPMG LLP | Current |
| | KPMG LLP (Canada) | Current |
| | KPMG LLP (Singapore) | Current |
| Llamasoft Inc. | LLamasoft, Inc. | Current |
| | Strategic Office Partners | Current |
| | TPG Asia VI SF Pte Ltd. | Current |
| | TPG Capital | Current |
| | TPG China Limited | Current |
| | TPG Europe LLP | Current |
| | TPG Global, Inc. | Current |
| | TPG Global, LLC | Current |
| | TPG Group Holdings (SBS), L.P. | Current |
| | TPG Growth, LLC | Current |
| | TPG RE Finance 21 Ltd. | Current |
| | TPG RE Finance 6 LLC | Current |
| | TPG RE Finance 7 LLC | Current |
| | TPG RE Finance Trust CLO Sub-REIT Corp. | Current |
| | TPG RE Finance Trust CLO Sub-REIT Parent LLC | Current |
| | TPG RE Finance Trust HoldCo LLC | Current |
| | TPG RE Finance Trust, Inc. | Current |
| | TPG RE II Arlington SPV I, Limited Partnership (PEI) | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | TPG RE II Arlington SPV II, Limited Partnership (PEI) | Current |
| | TPG RE II Arlington SPV III, Limited Partnership (PEI) (2) | Current |
| | TPG Real Estate | Current |
| | TPG Real Estate Partners II, L.P. | Current |
| | TPG Star VPSI, L.P. | Closed |
| Magaud, George | Magaud, George | Current |
| Magnetar Capital LLC | Magnetar Capital LLC | Current |
| | Steven Shapiro | Closed |
| ManpowerGroup US Inc. Right Management | Manpower, Inc. | Current |
| Manufacturers & Traders Trust Co. | Wilmington Trust-London Limited | Current |
| Marathon Asset Management LP | Marathon Asset Management, LP | Closed |
| Martin Marietta Corp. | Neustar, Inc. | Current |
| Martin Marietta Equipment Co. Inc. | Martin Marietta Materials, Inc. | Closed |
| McKinsey Recovery & Transformation Services US LLC | McKinsey Recovery & Transformation Services Australia Co. | Closed |
| | McKinsey Recovery & Transformation Services Canada Co. | Closed |
| | McKinsey Recovery & Transformation Services France Co. | Closed |
| | McKinsey Recovery & Transformation Services U.S., LLC | Current |
| | McKinsey Recovery & Transformation Services UK Limited | Closed |
| Mehta, Vinay | Mehta, Vinay | Current |
| MetLife Inc. | MetLife Private Equity Holdings LLC | Current |
| MidOcean Partners LLP | Graham Clempson | Current |
| | MidOcean Absolute Return Credit Fund, LP | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | MidOcean Absolute Return Credit Master Fund, Ltd. | Current |
| | MidOcean Absolute Return Credit Offshore Fund, Ltd. | Current |
| | MidOcean Absolute Return Credit Offshore Intermediate Fund, L.P. | Current |
| | MidOcean Credit Focus Fund I, LP | Current |
| | MidOcean Credit Opportunity Fund, L.P. | Current |
| | MidOcean Credit Opportunity Master Fund L.P. | Current |
| | MidOcean Credit Opportunity Offshore Fund, Ltd. | Current |
| | MidOcean Credit Opportunity Offshore Intermediate Fund, L.P. | Current |
| | MidOcean Partners, LP | Current |
| | Ted Virtue | Current |
| Midwest Railcar Corp. | Creekstone Farms Premium Beef LLC | Closed |
| Napier Park Global Capital (US) LP | Daniel Kittredge | Closed |
| | Edwin H. May | Current |
| National Bank Financial Inc. | National Bank of Canada | Current |
| Natixis Loomis Sayles Senior Loan Fund | MV Credit Partners LLP | Current |
| | Natixis Global Asset Management LP | Closed |
| Neuberger Berman Group LLC | NB Alternatives Advisers LLC | Current |
| | Neuberger Berman Investment Advisers LLC | Current |
| New York, State of, Department of Environmental Conservation | Empire State Development | Current |
| | State of New York | Closed |
| Nomura Securities International Inc. | Nomura Asset Acceptance Corporation | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Nomura Corporate Funding Americas LLC | Current |
| | Nomura Credit & Capital Inc. | Closed |
| | Nomura Holding America, Inc. | Closed |
| | Nomura Holdings Inc. | Current |
| | Nomura Home Equity Loan, Inc. | Closed |
| | Nomura International (Hong Kong) Limited | Current |
| | Nomura Securities International, Inc. | Current |
| North Carolina, State of | David Lewis | Closed |
| North Carolina, State of, Department of Environmental Quality | Philip E. Berger | Closed |
| North Carolina, State of, Department of Health And Human Services | State of North Carolina | Closed |
| North Carolina, State of, Department of Revenue | Timothy K. Moore | Closed |
| North Carolina, State of, Department of Transportation | | |
| Northern Trust Co., The | 50 South Capital Advisors, LLC | Current |
| | Northern Trust Fiduciary Services (Guernsey) Limited | Current |
| NRG Energy Inc. | NRG Americas, Inc. | Closed |
| Reliant Energy Retail Services LLC | NRG Bowline LLC | Closed |
| | NRG California North LLC | Closed |
| | NRG California South GP LLC | Closed |
| | NRG California South LP | Closed |
| | NRG Canal LLC | Closed |
| | NRG Chalk Point LLC | Closed |
| | NRG Clearfield Pipeline Company LLC | Closed |
| | NRG Delta LLC | Closed |
| | NRG ECA Pipeline LLC | Closed |
| | NRG Energy, Inc. | Closed |
| | NRG Florida GP, LLC | Closed |
| | NRG Florida LP | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | NRG Gibbons Road LLC | Closed |
| | NRG Lovett Development I LLC | Closed |
| | NRG Lovett LLC | Closed |
| | NRG MD Ash Management LLC | Closed |
| | NRG New York LLC | Closed |
| | NRG North America LLC | Closed |
| | NRG Northeast Generation, Inc. | Closed |
| | NRG Northeast Holdings, Inc. | Closed |
| | NRG Piney Point LLC | Closed |
| | NRG Potomac River LLC | Closed |
| | NRG Potrero LLC | Current |
| | NRG Power Generation Assets LLC | Closed |
| | NRG Power Generation LLC | Closed |
| | NRG Power Midwest GP LLC | Closed |
| | NRG Power Midwest LP | Closed |
| | NRG REMA, LLC | Current |
| | NRG Sabine (Delaware), Inc. | Closed |
| | NRG Sabine (Texas), Inc. | Closed |
| | NRG San Gabriel Power Generation LLC | Closed |
| | NRG Tank Farm LLC | Closed |
| | NRG Wholesale Generation GP LLC | Closed |
| | NRG Wholesale Generation LP | Closed |
| | NRG Willow Pass LLC | Closed |
| Nuveen Fund Advisors LLC | Nuveen Alternatives Advisors, LLC | Current |
| Symphony Asset Management LLC | Teachers Insurance and Annuity Association of America | Closed |
| Oasis Petroleum Inc. | Oasis Petroleum Inc. | Current |
| Oasis Well Services | Oasis Petroleum LLC | Current |
| | Oasis Petroleum Marketing LLC | Current |
| | Oasis Petroleum North America LLC | Current |
| | Oasis Petroleum Permian LLC | Current |
| | Oasis Well Services LLC | Current |
| Onex Credit Partners | ONCAP Management | Current |
| | Onex Corp. | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Onex Partners Manager, L.P. | Closed |
| Ozark Gas Transmission | Basalt Infrastructure Partners LLP | Current |
| Palmer Square Capital Management | Platform Ventures X LLC | Closed |
| Paul Weiss Rifkind Wharton & Garrison LLP | John C. Godfrey | Current |
| Pennsylvania, Commonwealth of, Department of Environmental Protection | Office of the General Counsel of Pennsylvania | Current |
| Pennsylvania, Commonwealth of, Department of Revenue | Office of the Governor of Pennsylvania | Current |
| | Office of the Secretary of State of Pennsylvania | Current |
| | Pennsylvania Higher Education Assistance Agency | Current |
| PGIM Inc. | Prudential Insurance Company of America | Closed |
| Prudential Financial Inc. | | |
| PJT Partners Inc. | PJT Partners (UK) Limited | Current |
| | PJT Partners Holdings LP | Current |
| PNC Bank NA | PNC Bank NA | Closed |
| | PNC Financial Services Group Inc., The | Closed |
| | PNC Merchant Services Company, L.P. | Closed |
| PPL Electric Utilities Corp. | LG&E and KU Energy LLC | Closed |
| Price River Terminal LLC | Energy Transfer Fuel, L.P. | Closed |
| | Energy Transfer Partners, L.P. | Closed |
| PricewaterhouseCoopers Advisory Services LLC | Price Waterhouse & Co. S.R.L. | Closed |
| PricewaterhouseCoopers LLP | PricewaterhouseCoopers Business Consulting (Shanghai) Co. Ltd. | Closed |
| | PricewaterhouseCoopers Consultores, Auditores y Compania Limitada | Closed |
| | PricewaterhouseCoopers Hong Kong Limited | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | PricewaterhouseCoopers Limited | Closed |
| | PricewaterhouseCoopers LLP | Current |
| | PricewaterhouseCoopers LLP Ontario | Current |
| | PricewaterhouseCoopers Zhong Tian LLP | Closed |
| Raymond James & Associates Inc. Raymond James Ltd. | Raymond James & Associates, Inc. | Closed |
| Robert W. Baird & Co., Inc. | Baird Capital Partners Europe Limited | Current |
| | Baird Venture Partners III Limited Partnership | Current |
| | Robert W. Baird & Co. Incorporated | Current |
| Rocky Mountain Bottle Co. | MillerCoors LLC | Closed |
| | Molson Coors Brewing Company | Current |
| Rosewood Resources Inc. Schlumberger Technology Corp. | Schlumberger Limited | Current |
| | Schlumberger Technology | Current |
| | The Rosewood Corporation | Current |
| | WesternGeco LLC | Current |
| RS McGladrey RSM US LLP | Bruce A. Mackay | Current |
| | Matthew R. Haw | Current |
| SAI Global Compliance Ltd. | SAI Global Management Team | Current |
| | Silverfern Capital Management, LLC | Current |
| | SREP Capital Management, LLC | Current |
| SAI Global Compliance Ltd. | Baring Private Equity Asia | Current |
| | Baring Private Equity Asia Limited | Closed |
| | SAI Global Management Team | Current |
| Scott, County of (MN) | Scott County, Minnesota | Current |
| Sherwin-Williams Co., The | The Sherwin-Williams Company | Current |
| Siemens Financial Services Inc. | Infineon Technologies AG | Current |
| | Siemens AG | Closed |
| | Siemens Capital Company LLC | Current |
| | Siemens Convergence Creators Corporation | Current |
| | Siemens Corporation | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Siemens Credit Warehouse, Inc. | Current |
| | Siemens Demag Delaval Turbomachinery, Inc. | Current |
| | Siemens Electrical, LLC | Current |
| | Siemens Energy, Inc. | Current |
| | Siemens Financial Services, Inc. | Current |
| | Siemens Financial, Inc. | Current |
| | Siemens First Capital Commercial Finance, LLC | Current |
| | Siemens Fossil Services, Inc. | Current |
| | Siemens Generation Services Company | Current |
| | Siemens Government Technologies, Inc. | Current |
| | Siemens Healthcare Diagnostics, Inc. | Current |
| | Siemens Industry, Inc. | Current |
| | Siemens Medical Solutions USA, Inc. | Current |
| | Siemens Molecular Imaging, Inc. | Current |
| | Siemens Postal, Parcel & Airport Logistics LLC | Current |
| | Siemens Power Generation Service Company, Ltd. | Current |
| | Siemens Product Lifecycle Management Software Inc. | Current |
| | Siemens Public, Inc. | Current |
| | Siemens USA Holdings, Inc. | Current |
| | Siemens Wind Power, Inc. | Current |
| SMBC Rail Investment LLC SMBC Rail Services LLC | Sumitomo Mitsui Banking Corp. | Current |
| Soane Energy LLC Soane Labs LLC | Intervale Capital Fund II, L.P. | Current |
| | Intervale Capital Fund II-A, L.P. | Current |
| | Intervale Capital Fund III, L.P. | Current |
| | Intervale Capital Fund, L.P. | Current |
| | Intervale Capital LLC | Current |
| | Intervale TRF Investor LLC | Current |
| | Jason Turowsky | Current |
| | William P. Connelly | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| SolarWinds Inc. | Project Aurora Parent, Inc. | Current |
| | SolarWinds Intermediate Holdings I, Inc. | Current |
| | SolarWinds Intermediate Holdings II, Inc. | Current |
| | SolarWinds, Inc. | Current |
| Solomon Transformers LLC | Solomon Transformers, LLC | Current |
| SSB Blackrock Institutional Trust | BlackRock, Inc. | Current |
| | Mark B. Florian | Current |
| | Patrick C. Eilers | Current |
| Starr Indemnity & Liability Co. Inc. | Starr International Company, Inc. | Closed |
| | Starr Principal Holdings, LLC | Current |
| Staubach Global Services RR Inc. | Jones Lang LaSalle Group | Current |
| | Jones Lang LaSalle Income Property Trust, Inc. | Current |
| | LaSalle Investment Management | Current |
| Stifel, Nicolaus & Co., Inc. | Stifel, Nicolaus & Company, Inc. | Closed |
| Stone Harbor Investments Inc. | Stone Harbor Investment Partners LP | Current |
| Tamko Building Products Inc. | Tamko Building Products LLC | Current |
| Texas, State of, Commission on Environmental Quality | Greg Abbott, as Governor of Texas | Closed |
| Texas, State of, Comptroller | State of Texas | Closed |
| Texas, State of, Comptroller of Public Accounts | | |
| Texas, State of, Department of Agriculture | | |
| Texas, State of, Department of State Health Services | | |
| Texas, State of, Department of Transportation | | |
| Texas, State of, Department of Treasury | | |
| Thomson Reuters (Tax & Accounting) Inc. | Thomson Reuters Corporation | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Travelers Property Casualty Group | The Travelers Companies, Inc. | Current |
| Trinity Consultants Inc. | Levine Leichtman Capital Partners LLC | Current |
| | TAC Holdings, Inc. | Current |
| | TACH Holdings, Inc. OldCo | Closed |
| Tyco Fire Products LP | ShopperTrak RCT Corporation | Closed |
| U.S. Bancorp Investments Inc. | U.S. Bank National Association | Former |
| U.S. Bank NA | US Bancorp | Closed |
| UBS AG Stamford Branch | Somesh Khanna | Former |
| UBS Financial Services Inc. | UBS Asset Management Funds Limited | Current |
| UBS Securities LLC | UBS Financial Inc. | Closed |
| | UBS Financial Services, Inc. | Closed |
| | UBS Global Asset Management Inc. | Closed |
| | UBS Hedge Fund Solutions LLC | Current |
| | UBS Investment Bank | Former |
| | UBS O'Connor LLC | Current |
| | UBS Securities Hong Kong Limited | Current |
| | UBS Securities LLC | Current |
| | UBS Warburg | Current |
| Ultimate Software Group Inc., The | Hellman & Friedman LLC | Current |
| | Ultimate Software Group, Inc. | Closed |
| United Grain Corp. of Oregon | Mitsui E&P USA LLC | Closed |
| United States, Government of the, Department of Agriculture, Hidden Springs Ranger District | Konstantina Diamantopoulos | Current |
| United States, Government of the, Department of Homeland Security, Customs and Border Protection | Orly Godfrey | Current |
| United States, Government of the, Department of the Army, Army Corps of Engineers | Rep. William Ballard Hurd, as a member of the United States Representative (23rd Congressional District - Texas) | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| United States, Government of the, Department of the Army, Army Corps of Engineers Little Rock District | Robert J. Quigley | Current |
| United States, Government of the, Department of the Army, Army Corps of Engineers, Chicago District | United States Department of Homeland Security | Closed |
| United States, Government of the, Department of the Army, Army Corps of Engineers, Fort Worth District | | |
| United States, Government of the, Department of the Army, Army Corps of Engineers, Rock Island District | | |
| United States, Government of the, Department of the Army, Army Corps of Engineers, St. Paul District | | |
| United States, Government of the, Department of the Army, Army Corps of Engineers, Tulsa District | | |
| United States, Government of the, Department of the Army, Army Corps of Engineers, Wilmington District | | |
| United States, Government of the, Environmental Protection Agency | | |
| United States, Government of the, Environmental Protection Agency, Region 10 | | |
| United States, Government of the, Federal Communications Commission | | |
| United States, Government of the, Securities Exchange Commission | | |
| Univar USA Inc. | Univar, Inc. | Current |
| University of Texas System Board of Regents, The | Texas Business Law Society | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Unum Life Insurance Co. of America | Unum Tax | Current |
| US Pipe & Foundry & Co. LLC | Forterra, Inc. | Former |
| US Silica Holdings Inc. | SandBox Logistics, LLC | Current |
| | U.S. Silica Company | Current |
| | U.S. Silica Holdings, Inc. | Current |
| UST Inc. | Altria Client Services, Inc. | Closed |
| Utility Partners Inc. | Fortive Corporation | Current |
| Valcour Capital Management | Pretium Partners LLC | Current |
| Verizon Wireless | Verizon Communications Inc. | Current |
| | Verizon New York, Inc. | Closed |
| Virginia Department of Environmental Quality, State Water Control Board | Virginia House of Delegates | Closed |
| Virginia, Commonwealth of, Department of Environmental Quality | M. Kirkland Cox | Closed |
| Virginia, Commonwealth of, Department of Health | | |
| Virginia, Commonwealth of, Department of Mines, Minerals and Energy | | |
| Virginia, Commonwealth of, Department of Taxation | | |
| Virginia, Commonwealth of, Water Control Board | | |
| Virtu Americas LLC | Virtu Financial, Inc. | Current |
| Vista Proppants & Logistics LLC | Vista Proppants and Logistics, LLC | Closed |
| W. R. Berkley Corp. | W. R. Berkley Corp. | Current |
| Wal-Mart Stores Inc. | Jet.com | Closed |
| | Walmart Inc. | Current |
| | Wal-Mart Stores Texas, LLC | Current |
| Waste Connection of Missouri | USA Waste of California, Inc. | Closed |
| Waste Connection of Oklahoma Inc. | | |
| Waste Connections of Alabama Inc. | | |
| Waste Management Inc. | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Waste Management of Ohio Inc.<br>Waste Management of St. Louis<br>Waste Management of WI-MN | | |
| Waste Industries | Macquarie Agricultural Funds Management Limited | Current |
| | Macquarie Capital Group Ltd., U.K. Branch | Current |
| | Macquarie Capital Investment Management LLC | Current |
| | Macquarie Capital Ltd. | Current |
| | Macquarie Capital USA Inc. | Current |
| | Macquarie Corporate Holdings Pty Ltd | Current |
| | Macquarie Crop Partners Feeder, L.P. | Current |
| | Macquarie Crop Partners, L.P. | Current |
| | Macquarie Group Investments (UK) No. 2 Limited | Closed |
| | Macquarie Holdings (U.S.A.) Inc. | Closed |
| | Macquarie Infrastructure & Real Assets (Europe) Limited | Current |
| | Macquarie Infrastructure and Real Assets Mexico, SA de CV | Closed |
| | Macquarie Infrastructure and Real Assets, Inc. | Current |
| | Macquarie Infrastructure Management (Asia) Pty Limited, Singapore Branch | Current |
| | Macquarie Infrastructure Partners III, L.P. | Current |
| | Macquarie Infrastructure Partners Inc. | Current |
| | Macquarie Investments US Inc. | Current |
| | Macquarie PF Inc. | Current |
| | Macquarie Private Debt Asset Management LLC | Current |
| | Macquarie Real Estate Investments Holdings (North America), Inc. | Current |
| | MIP IV ECI (AIV), L.P. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | MIP IV Fawkes, L.P. | Closed |
| | MIP IV Holdings, L.P. | Current |
| | MIRA Americas Inc. | Current |
| Waupaca Foundry Inc. | H-E Parts International LLC | Current |
| | Hitachi America Ltd. | Current |
| | Hitachi Asia Ltd. | Current |
| | Hitachi Automotive Systems, Ltd. | Current |
| | Hitachi Displays, Ltd | Current |
| | Hitachi Electronic Devices USA Inc. | Current |
| | Hitachi Ltd. | Current |
| | Hitachi Vantara Corp. | Current |
| | Hitachi, Ltd. | Current |
| | Japan Display Inc. | Current |
| | Mitsubishi Hitachi Power Systems, Ltd. | Current |
| | Shenzhen SEG Hitachi Color Display Devices Ltd. | Current |
| West Monroe Partners | Brian L. Jacobsen | Closed |
| Wisconsin, State of, Department of Health Services<br><br>Wisconsin, State of, Department of Natural Resources<br><br>Wisconsin, State of, Department of Revenue<br><br>Wisconsin, State of, Department of Safety & Professional Services | Wisconsin Legislature | Closed |
| [CONFIDENTIAL]<br>[CONFIDENTIAL] | [CONFIDENTIAL]<br>[CONFIDENTIAL] | [CONFIDENTIAL]<br>[CONFIDENTIAL] |

## **EXHIBIT B**

**Reynolds Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COVIA HOLDINGS CORPORATION, | ) | Case No. 20-33295 (DRJ) |
| *et al.*,[1] | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF CHADWICK P.**
**REYNOLDS IN SUPPORT OF THE DEBTORS'**
**APPLICATION FOR THE ENTRY OF AN ORDER AUTHORIZING**
**THE RETENTION AND EMPLOYMENT OF KIRKLAND & ELLIS LLP**
**AND KIRKLAND & ELLIS INTERNATIONAL LLP AS ATTORNEYS FOR**
**THE DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF JUNE 29, 2020**

I, Chadwick P. Reynolds, Executive Vice President, Chief Legal Officer, and Secretary of

Covia Holdings Corporation, being duly sworn, state the following under penalty of perjury:

1.     I am the Executive Vice President, Chief Legal Officer, and Secretary of Covia

Holdings Corporation located at 3 Summit Park Drive, Suite 700, Independence, Ohio 44131.

2.     I submit this declaration (the "Declaration") in support of the *Debtors' Application*

*for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as*

*Attorneys for the Debtors and Debtors in Possession Effective as of June 29, 2020*

(the "Application").[2]   Except as otherwise noted, I have personal knowledge of the matters set

forth herein.

---

[1]     Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://cases.primeclerk.com/Covia.  The location of Debtor Covia Holdings Corporation's principal place of business and the Debtors' service address is:  3 Summit Park Drive, Suite 700, Independence, Ohio 44131.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

## The Debtors' Selection of Counsel

3.      The Debtors recognize that a comprehensive review process is necessary when selecting and managing chapter 11 counsel to ensure that bankruptcy professionals are subject to the same client-driven market forces, scrutiny, and accountability as professionals in non-bankruptcy engagements.

4.      To that end, the review process utilized by the Debtors here assessed potential counsel based on their expertise in the relevant legal issues and in similar proceedings.  Kirkland advised the Debtors on previous corporate and recapitalization transaction efforts, and the Debtors retained Kirkland because of its extensive experience in corporate reorganizations, both out-of-court and under chapter 11 of the Bankruptcy Code.  Further, Kirkland is familiar with the Debtors' business operations and many of the potential legal issues that may arise in the context of these chapter 11 cases.

5.      Ultimately, the Debtors retained Kirkland because of its extensive experience in corporate reorganizations, both out-of-court and under chapter 11 of the Bankruptcy Code.  More specifically, Kirkland is familiar with the Debtors' business operations and many of the potential legal issues that may arise in the context of these chapter 11 cases.  I believe that Kirkland is both well qualified and uniquely able to represent the Debtor in these chapter 11 cases in an efficient and timely manner.

## Rate Structure

6.      In my capacity as Executive Vice President, Chief Legal Officer, and Secretary, I am responsible for supervising outside counsel retained by the Debtors in the ordinary course of business.  Kirkland has informed the Debtors that its rates for bankruptcy representations are comparable to the rates Kirkland charges for non-bankruptcy representations.  As discussed below,

I am also responsible for reviewing the statements regularly submitted by Kirkland, and can confirm that the rates Kirkland charged the Debtors in the prepetition period are the same as the rates Kirkland will charge the Debtors in the postpetition period.

<u>**Cost Supervision**</u>

7.     The Debtors have approved the prospective budget and staffing plan for the period from June 29, 2020 to September 30, 2020, recognizing that in the course of a large chapter 11 case like these chapter 11 cases, it is possible that there may be a number of unforeseen fees and expenses that will need to be addressed by the Debtors and Kirkland.  The Debtors further recognize that it is their responsibility to monitor closely the billing practices of their counsel to ensure the fees and expenses paid by the estate remain consistent with the Debtors' expectations and the exigencies of the chapter 11 cases.  The Debtors will continue to review the statements that Kirkland regularly submits, and, together with Kirkland, amend the budget and staffing plans periodically, as the case develops.

8.     As they did prepetition, the Debtors will continue to bring discipline, predictability, client involvement, and accountability to the counsel fees and expenses reimbursement process. While every chapter 11 case is unique, these budgets will provide guidance on the periods of time involved the level of the attorneys and professionals that will work on various matters, and projections of average hourly rates for the attorneys and professionals for various matters.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  July 8, 2020                                Respectfully submitted,

*/s/ Chadwick P. Reynolds*
Chadwick P. Reynolds
Covia Holdings Corporation
Executive Vice President, Chief Legal Officer,
Secretary