IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| COVIA HOLDINGS CORPORATION, *et al*.,[1] | ) ) ) ) | Case No. 20-33295 (DRJ) |
| Debtors. | ) ) | Jointly Administered<br>**Re: Docket Nos. 23, 80** |

## NOTICE OF RESET HEARING

**PLEASE TAKE NOTICE** that on June 30, 2020, the above-captioned debtors and debtors in possession (collectively,  the "Debtors") filed the Emergency Motion *for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts and (B) Continue to Perform Intercompany Transactions and (II) Granting Related Relief* [Docket No. 23] (the "Cash Management Motion").

**PLEASE TAKE FURTHER NOTICE** that on June 30, 2020, the court entered the *Interim Order (I) Authorizing the Debtor to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts and (B) Continue to Perform Intercompany Transactions and (II) Granting Related Relief* [Docket No. 80] (the "Interim Cash Management Order").

**PLEASE TAKE FURTHER NOTICE** that the hearing on entry of a final order on the Cash Management Motion previously set for August 13, 2020 at 9:00 a.m. (prevailing Central Time) has been reset for **August 27, 2020 at 10:00 a.m. (prevailing Central Time)** before David R. Jones, Unites States Bankruptcy Judge, in Room 400 of the United States Bankruptcy Court, 515 Rusk Street, Houston, TX 77002.

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://cases.primeclerk.com/Covia.  The location of Debtor Covia Holdings Corporation's principal place of business and the Debtors' service address is:  3 Summit Park Drive, Suite 700, Independence, Ohio 44131.

**Electronic Appearances**

Please note that on March 24, 2020, through the entry of General Order 2020-10, the Court invoked the Protocol for Emergency Public Health or Safety Conditions. The Order may be found at: https://www.txs.uscourts.gov/sites/txs/files/Bankruptcy%20General%20Order%202020-04%20Adoption%20of%20Contingency%20Plan_0.pdf.

Therefore, all persons will appear telephonically and also may appear via video at this hearing using the Court's electronic conference systems.

The Court will simultaneously use two technology methods to conduct electronic hearings. One method will provide audio communication. The other will provide video access to exhibits and materials presented to the Court. If a party wants to both view the documents presented to the Court and hear the proceeding, the party must (1) dial in through the audio system, and (2) log into the Court's video via the GoToMeeting application.

Hearing appearances should be made electronically and in advance of the hearing. You may make your electronic appearance by:

1) Going to the Southern District of Texas website;
2) Selecting "Bankruptcy Court" from the top menu;
3) Selecting "Judges' Procedures and Schedules";
4) Selecting "View Home Page" for Judge David R. Jones;
5) Under "Electronic Appearance" select "Click here to submit electronic appearance;"
6) Select COVIA HOLDINGS CORPORATION, ET AL. from the list of electronic appearance links; and
7) After selecting COVIA HOLDINGS CORPORATION, ET AL. from the list, complete the required fields and hit the "Submit" button at the bottom of the page.

Submitting your appearance electronically in advance of the hearing will negate the need to make an appearance on the record at the hearing.

**Audio Communication**

Audio communication will be by use of the Court's dial-in facility. You may access the facility at **+1 (832) 917-1510**. At the start of the call, the caller will be asked to enter a six-digit conference code. The six-digit conference code for this hearing is Judge Jones's conference room number: **205691**. Each caller shall be responsible for its own long-distance charges.

Parties are encouraged to review the Court's procedures for telephonic appearances located at https://www.txs.uscourts.gov/sites/txs/files/Court%20Procedures%20-%202-1-2020.pdf.

Attorneys, witnesses, and parties-in-interest wishing to participate in the hearing must connect to each hearing by audio communication. Any person who wishes to attend the hearing may also dial in to the audio conference dial-in number.

Each person who speaks at the electronic hearing should be prepared to restate that person's name each time that the person speaks in order to assist any transcriber of the audio recording.

**<u>Video Communication:</u>**

Parties may participate in electronic hearings by use of an internet connection. You may view video via GoToMeeting. To use GoToMeeting, the Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "JudgeJones" in the GoToMeeting app or click the link on Judge Jones's home page on the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

Any exhibit offered by the Debtors will be filed on the Court's docket. Any party may also obtain an electronic copy of the exhibits by request to counsel to the Debtors.

If any party wishes to offer exhibits, it is recommended that these exhibits be filed on CM/ECF. Each exhibit should be filed as a separate attachment to an Exhibit List in compliance with BLR 9013-2.

Witnesses presented by the Debtor will appear via audio and video connection. Any person wishing to examine the witness will be permitted to do so during the hearing.

All documents filed in these chapter 11 cases are available free of charge by visiting http://cases.primeclerk.com/Covia, by calling (877) 606-3610, or by email at Coviainfo@primeclerk.com. Copies of any pleadings may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Houston, Texas
August 12, 2020

/s/ *Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER L.L.P.** | Jonathan S. Henes, P.C. (admitted *pro hac vice*) |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | Joshua A. Sussberg, P.C. |
| Vienna F. Anaya (TX Bar No. 24091225) | **KIRKLAND & ELLIS LLP** |
| Genevieve Graham (TX Bar No. 24085340) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Victoria Argeroplos (TX Bar No. 24105799) | 601 Lexington Avenue |
| 1401 McKinney Street, Suite 1900 | New York, New York 10022 |
| Houston, Texas 77010 | Telephone:   (212) 446-4800 |
| Telephone:   (713) 752-4200 | Facsimile:    (212) 446-4900 |
| Facsimile:    (713) 752-4221 | Email:          jonathan.henes@kirkland.com |
| Email:          mcavenaugh@jw.com |                     joshua.sussberg@kirkland.com |
|                    vanaya@jw.com | |
|                    ggraham@jw.com | -and- |
|                    vargeroplos@jw.com | |

Benjamin M. Rhode (admitted *pro hac vice*)
Scott J. Vail (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:          benjamin.rhode@kirkland.com
                    scott.vail@kirkland.com

*Proposed Co-Counsel to the Debtors*
*and Debtors in Possession*

*Co-Counsel to the Debtors*
*and Debtors in Possession*

**Certificate of Service**

      I certify that on August 12, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                    /s/ *Matthew D. Cavenaugh*
                                                  Matthew D. Cavenaugh