**CONFIDENTIAL**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| COVIA HOLDINGS CORPORATION, *et al.*,[1] | ) Case No. 20-33295 (DRJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |

## COVIA HOLDINGS CORPORATION'S SUPPLEMENTAL FINAL EXHIBIT LIST FOR CONFIRMATION HEARING

The above-captioned debtors and debtors in possession (collectively, the "Debtors") submit the following Final Exhibit List (attached hereto as Exhibit A) for the Confirmation Hearing scheduled to begin on December 7, 2020 in accordance with rule 9013-2(c) of the Bankruptcy Local Rules for the Southern District of Texas.

The Debtors reserve the right to supplement or amend their Final Exhibit List, including to add and/or remove documents or other evidence: (1) in response to other parties' pre-hearing filings, exhibit lists, and/or demonstratives, as well as the evidence and arguments presented at the Confirmation Hearing; (2) produced by any party in the future; (3) in connection with the outcome of rulings by the Court on evidentiary objections and other issues, or filings by the parties on those issues; (4) as a consequence of the unexpected unavailability of a witness, or a witness unexpectedly testifying; (5) in response to questions from the Court; and/or (6) for other good cause.

---

[1] Due to the large number of Debtors in these Chapter 11 cases, a complete list may be obtained on the website of the Debtor's claims, noticing and solicitation agent at http://cases.primeclerk.com/Covia. Debtor Covia Holdings Corporation's principal place of business and the Debtors' service address is: 3 Summit Park Drive, Suite 700, Independence, OH 44131.

1

**CONFIDENTIAL**

The Debtors further reserve the right to add to this list documents or evidence used for impeachment, cross-examination, rebuttal, and/or refreshing recollection.  The Debtors also reserve all rights to object to another party's use of a document on this list at the Confirmation Hearing, as the admission into evidence of a document on this list does not necessarily mean that the document is admissible for all purposes.

In addition, the Debtors separately reserve the right to use summaries under Federal Rule of Evidence 1006, demonstratives, models, aids, charts, and graphs at the hearing in the above-captioned matter.

**CONFIDENTIAL**

Houston, Texas
December 6, 2020

*/s/ Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER L.L.P.** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Vienna F. Anaya (TX Bar No. 24091225) | Gabor Balassa, P.C. (admitted *pro hac vice*) |
| Genevieve M. Graham (TX Bar No. 24085340) | Cassandra E. Fenton (admitted *pro hac vice*) |
| Victoria N. Argeroplos (TX Bar No. 24105799) | 300 North LaSalle Street |
| 1401 McKinney Street, Suite 1900 | Chicago, Illinois 60654 |
| Houston, Texas 77010 | Telephone: (312) 862-2000 |
| Telephone: (713) 752-4200 | Facsimile: (312) 862-2200 |
| Facsimile: (713) 752-4221 | Email: gbalassa@kirkland.com |
| Email: mcavenaugh@jw.com | cassandra.fenton@kirkland.com |
| vanaya@jw.com | |
| ggraham@jw.com | -and- |
| vargeroplos@jw.com | |
| | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| *Co-Counsel to the Debtors* | |
| *and Debtors in Possession* | Daniel T. Donovan, P.C. (admitted *pro hac vice*) |
| | Matt Owen (admitted *pro hac vice*) |
| | 1301 Pennsylvania Avenue, N.W. |
| | Washington, D.C. 20004 |
| | Telephone: (202) 389-5000 |
| | Facsimile: (202) 389-5200 |
| | Email: daniel.donovan@kirkland.com |
| | matt.owen@kirkland.com |
| | |
| | *Co-Counsel to the Debtors* |
| | *and Debtors in Possession* |

# EXHIBIT A

**COVIA'S SUPPLEMENTAL FINAL EXHIBIT LIST**  CONFIDENTIAL
**In re Covia Holdings Corporation**
**Case No. 20-33295 (DRJ) (Bankr. S.D. Tex.)**

| EX# | DATE | DESCRIPTION | BEGIN BATES | END BATES |
|---|---|---|---|---|
| 1 | 12/31/2015 | Fairmount Form 10-K dated December 31, 2015 | | |
| 2* | 9/1/2016 | Presentation by Sibelco entitled Strategy: Defining the Way Forward | COVIA-UCC-00110464 | COVIA-UCC-00110638 |
| 3 | 12/31/2016 | Fairmount Form 10-K dated December 31, 2016 | | |
| 4* | 2/6/2017 | Board Materials - Project Bison | COVIA0004071 | COVIA0004142 |
| 5* | 2/6/2017 | Email C. Jones to R. Aloy & M. DeMasi re Project Bison - Confidential Documents with attachments | COVIA-UCC-00238427 | COVIA-UCC-00238642 |
| 6* | 3/10/2017 | Email O. Lambrechts to J. Deleersnyder et al. re Bison with attachments | COVIA-UCC-00151987 | COVIA-UCC-00152138 |
| 7* | 3/15/2017 | Email M. Reekers to J. Deleersnyder re Project Bison - Valuation Scenarios with attachments | COVIA-UCC-00231029 | COVIA-UCC-00231060 |
| 8* | 3/16/2017 | Email C. Jones to A. Eich et al. re Bison - Negotiation Preparation with attachments | COVIA-UCC-00230914 | COVIA-UCC-00230965 |
| 9* | 3/17/2017 | Sibelco Board of Directors - Project Bison Summary | COVIA-UCC-00097323 | COVIA-UCC-00097336 |
| 10* | 3/22/2017 | Email J. Deckard to Self with attachments | COVIA-UCC-00186815 | COVIA-UCC-00186826 |
| 11* | 3/25/2017 | Email J. Deckard to J. Clancy with attachments | COVIA-UCC-00023346 | COVIA-UCC-00023360 |
| 12* | 3/27/2017 | Email C. Jones to A. Eich re Project Bison with attachment | COVIA-UCC-00152164 | COVIA-UCC-00152190 |
| 13* | 5/4/2017 | Email J. Deleersnyder to C. Jones & K. Decat re Bison - Update/Proposal of Response | COVIA-UCC-00100427 | COVIA-UCC-00100431 |
| 14* | 5/5/2017 | Presentation by Wells Fargo (Discussion Materials for Project Rocky) | COVIA-UCC-00077255 | COVIA-UCC-00077277 |
| 15 | 6/6/2017 | Citi Report - U.S. Oil & Gas Equipment & Services: U.S. Oil Services: Frac Sand S/D Update | COVIA-UCC-00077124 | COVIA-UCC-00077146 |
| 16* | 6/26/2017 | Sibelco presentation - NAM Energy Update | COVIA-UCC-00111350 | COVIA-UCC-00111390 |
| 17* | 6/29/2017 | Email J. Deleersnyder to M. LeBaron re Sibelco Offer Letter with attachments | COVIA-UCC-00181889 | COVIA-UCC-00181895 |
| 18 | 7/24/2017 | Credit Suisse (Fairmount Santrol A Positive Move in Texas) | COVIA-UCC-00077101 | COVIA-UCC-00077107 |
| 19* | 7/25/2017 | Email I. Egleston to M. LeBaron re FMSA Kermit Announcement - Analyst Feedback Summary with attachments | COVIA-UCC-00182185 | COVIA-UCC-00182220 |
| 20* | 9/5/2017 | McKinsey & Company Presentation - Project Bison synergy assessment | COVIA0003629 | COVIA0003744 |
| 21* | 9/21/2017 | Presentation by Sibelco entitled Project Bison | COVIA0003745 | COVIA0003793 |
| 22* | 9/22/2017 | Email M. LeBaron to J. Deckard re Follow-up | COVIA-UCC-00184034 | COVIA-UCC-00184047 |
| 23* | 9/25/2017 | Email J. Deckard to S. Warrender (Wells Fargo) re Foxtrot NBO Letter with attachment | COVIA-UCC-00184065 | COVIA-UCC-00184071 |
| 24* | 9/28/2017 | Email from J. Deckard to Jerry Clancey re Response to Sept. 25 letter with attachment | COVIA-UCC-00248917 | COVIA-UCC-00248923 |
| 25* | 9/29/2017 | Email M. LeBaron to J. Deckard & S. Warrender re Letter from J. Deleersnyder with attachment | COVIA-UCC-00184095 | COVIA-UCC-00184101 |
| 26* | 10/4/2017 | Email M. Schlarb to J. Deckard et al re Key Initiates FMSA at Buy with attachment | COVIA-UCC-00020917 | COVIA-UCC-00020961 |
| 27* | 10/7/2017 | Email B. Shinn to J. Deckard et al attaching ▉▉▉ Letter re Transaction with attachment | COVIA-UCC-00052534 | COVIA-UCC-00052543 |
| 28* | 10/11/2017 | Letter R. Rasmus to M. LeBaron re ▉▉▉ Merger Proposal | COVIA-UCC-00248505 | COVIA-UCC-00248507 |
| 29* | 10/19/2017 | Email B. Shin to M. LeBaron et al re Merger Communications with attachment | COVIA-UCC-00052968 | COVIA-UCC-00052971 |
| 30* | 11/11/2017 | Email T. Plesser to A. Eich et al. re Bison - Announcement Presentation and attachments | COVIA-UCC-00231643 | COVIA-UCC-00231764 |
| 31* | 11/15/2017 | Email B. Shinn to M. LeBaron et al re Merger Communication, Updated Offer Letter with attachment | COVIA-UCC-00184729 | COVIA-UCC-00184731 |
| 32* | 11/21/2017 | Email J. Deckard to J. Dougherty re Revised Final Offer with attachment | COVIA-UCC-00184828 | COVIA-UCC-00184831 |
| 33* | 11/27/2017 | Workbook providing Bison Model - Sibelco Board Version | COVIA-UCC-00247777 | COVIA-UCC-00247777 |
| 34* | 12/1/2017 | Email A. Eich to O. Lambrechts et al. re Bison - Input to Foxtrot Needed | COVIA-UCC-00040461 | COVIA-UCC-00040463 |
| 35* | 12/5/2017 | Sibelco Presentation Project Bison for Board Update | COVIA-UCC-00113361 | COVIA-UCC-00113393 |
| 36* | 12/5/2017 | Email from J. Deckard to B. Conway to re Bison - Revised Offer with attachment | COVIA-UCC-00185109 | COVIA-UCC-00185116 |

*Denotes Exhibits Under Seal                                   1

| EX# | DATE | DESCRIPTION | BEGIN BATES | END BATES |
|---|---|---|---|---|
| 37* | 12/6/2017 | Email from D. Crandall to C. Jander, et al re Board Materials and attachments | COVIA-UCC-00085998 | COVIA-UCC-00086015 |
| 38* | 12/11/2017 | Agreement and Plan of Merger | COVIA-UCC-00247778 | COVIA-UCC-00247909 |
| 39* | 12/11/2017 | Email from B. Defrehn to M. Lebaron, et al re P. Rocky- Fairness Opinion Presentation with attachment | COVIA-UCC-00248954 | COVIA-UCC-00248997 |
| 40 | 12/11/2017 | Fairmount Form 8-K dated December 11, 2017 | | |
| 41 | 12/12/2017 | Credit Suisse (Fairmount Santrol Holdings Tying the Knot) | COVIA-UCC-00076488 | COVIA-UCC-00076496 |
| 42 | 12/12/2017 | Jefferies (Fairmount Santrol "U-n'-Me" And An Industrial S-o-P) | COVIA-UCC-00076497 | COVIA-UCC-00076503 |
| 43 | 12/12/2017 | Simmons (Fairmount Santrol Consequential Consolidation: FMSA and Unimin Announce Merger Agreement) | COVIA-UCC-00076504 | COVIA-UCC-00076506 |
| 44* | 12/14/2017 | Email I. Egleston to M. LeBaron re Analyst summaries of FMSA / Unimin Merger with attachments | COVIA-UCC-00006823 | COVIA-UCC-00006832 |
| 45 | 12/26/2017 | Simmons (Fairmount Santrol Q4 Update - After The Dust Settles…Our Take on FMSA-Unimin) | COVIA-UCC-00076526 | COVIA-UCC-00076530 |
| 46 | 12/31/2017 | Fairmount Form 10-K dated December 31, 2017 | | |
| 47* | 1/5/2018 | RBC Capital Markets Global Oilfield Services, Chart of The Week in the Sand Pit | COVIA-UCC-00003187 | COVIA-UCC-00003201 |
| 48* | 1/17/2018 | Email from I. Egleston to O. Lambrechts et al re IR Presentations & Transcripts with attachments | COVIA-UCC-00106762 | COVIA-UCC-00106857 |
| 49 | 2/20/2018 | Hi-Crush Partners Q4 2017 Earnings Call Transcript | | |
| 50* | 2/21/2018 | Fairmount Santrol Board of Directors Meeting | COVIA0003419 | COVIA0003479 |
| 51* | 2/22/2018 | Email I. Egleston to M. LeBaron re SLCA Research with attachments | COVIA-UCC-00195482 | COVIA-UCC-00195538 |
| 52 | 3/8/2018 | Janney (FMSA NEUTRAL) | COVIA-UCC-00076531 | COVIA-UCC-00076533 |
| 53 | 3/8/2018 | Jefferies (Fairmount Santrol Looking Ahead to a FMSA-Unimin World; 4Q17 Earnings) | COVIA-UCC-00076534 | COVIA-UCC-00076545 |
| 54* | 3/9/2018 | Guggenheim (FMSA - BUY - Seasonal Headwinds Pose No Risk to Merger Benefits) | COVIA-UCC-00029062 | COVIA-UCC-00029068 |
| 55 | 3/12/2018 | Barclays (Facing Transitory Headwinds, Late 2018 Permian In-Basin Oversupply) | COVIA-UCC-00076546 | COVIA-UCC-00076555 |
| 56 | 3/13/2018 | Simmons (Fairmount Santrol: Q4 Earnings Review – Cutting Q1'18 Estimates Sharply, 2018/2019 Mildly) | | |
| 57* | 3/21/2018 | Fairmount Santrol (A Compelling Transaction with Unimin) | COVIA0004320 | COVIA0004413 |
| 58 | 3/31/2018 | Fairmount Form 10-Q dated March 31, 2018 | | |
| 59 | 3/31/2018 | Unimin Form 10-Q dated March 31, 2018 | | |
| 60* | 4/1/2018 | Fairmount Santrol - Unimin Lender Presentation: Private Supplement | COVIA0003560 | COVIA0003567 |
| 61* | 4/11/2018 | Email from M. Schlarb to J. Deckard and M. Biehl re Goldman Sachs SLCA Downgrade with attachment | COVIA-UCC-00200529 | COVIA-UCC-00200539 |
| 62* | 4/11/2018 | Email from B. Leger to C. Berry et al re Pitch pages for Finance Call attaching slides of Monthly Overview | COVIA-UCC-00235975 | COVIA-UCC-00236007 |
| 63 | 4/11/2018 | Unimin Form S-4 dated April 11, 2018 | | |
| 64* | 4/12/2018 | Email A. Cordia to A. Eich re Project Bison Model attaching Spreadsheet re Merger Assumptions | COVIA0004464 | COVIA0004472 |
| 65* | 4/16/2018 | Credit Suisse Oilfield Services & Equipment, Sandman: Reports of My Death Have Been Greatly Exaggerated | COVIA-UCC-00249122 | COVIA-UCC-00249194 |
| 66 | 2014 | Third Amended and Restated Certificate of Incorporation of FMSA Holdings Inc | | |
| 67 | 4/18/2018 | Jefferies entitled Updating Pro-Forma Model for Unimin S-4; Adjust PT to $6.50, Maintain BUY | COVIA-UCC-00076582 | COVIA-UCC-00076591 |
| 68 | 4/18/2018 | Jeffries Oil Services & Equipment, "Frac Sand: Good, Bad and Ugly for Omniscient Investors" | | |
| 69 | 4/24/2018 | U.S. Silica Holdings Q1 2018 Earnings Call Transcript | | |
| 70 | 5/2/2018 | Hi-Crush Partners Q1 2018 Earnings Call Transcript | | |
| 71 | 5/3/2018 | Janney Reports, Fairmount Santrol Holdings Solid Quarter | COVIA-UCC-00076592 | COVIA-UCC-00076594 |
| 72 | 5/6/2018 | Simmons entitled Fairmount Santrol Q1 Earnings Review - Introducing Our 2020 FMSA Estimates & Our Unimin Forecast | COVIA-UCC-00076595 | COVIA-UCC-00076599 |
| 73* | 5/11/2018 | Email from J. Deckard to J. Scofield attaching Covia Lender Presentation | COVIA-UCC-00181223 | COVIA-UCC-00181290 |
| 74* | 5/1/2018 | Unimin and Fairmount Santrol to Create Covia Lender Presentation | COVIA-UCC-00074126 | COVIA-UCC-00074187 |
| 75* | 5/25/2018 | Email P. Pangrcic to M. Barrus et al. re Sources and Uses with attachment | COVIA-UCC-00227429 | COVIA-UCC-00227433 |

*Denotes Exhibits Under Seal         2

| EX# | DATE | DESCRIPTION | BEGIN BATES | END BATES |
|---|---|---|---|---|
| 76* | 5/29/2018 | Email J. Deckard to J. Clancey et al. re Proppant Materials with attachments | COVIA-UCC-00061066 | COVIA-UCC-00061138 |
| 77* | 5/29/2018 | Intercompany Note | COVIA-UCC-00109070 | COVIA-UCC-00109077 |
| 78* | 5/29/2018 | Redemption Agreement between Unimin and Sibelco | COVIA-UCC-00247910 | COVIA-UCC-00247919 |
| 79* | 5/31/2018 | Correspondence from Laurence Boens (Sibelco) to Unimin Corporation re Flow of Funds | COVIA-UCC-00073247 | COVIA-UCC-00073251 |
| 80* | 5/31/2018 | Amended and Restated Certificate of Incorporation of Unimin Corporation | COVIA-UCC-00074485 | COVIA-UCC-00074494 |
| 81* | 5/31/2018 | Unanimous Written Consent of the Board of Directors of Unimin Corporation | COVIA-UCC-00075063 | COVIA-UCC-00075084 |
| 82* | 6/1/2018 | Credit and Guaranty Agreement | COVIA0000318 | COVIA0000785 |
| 83* | 6/1/2018 | Email from C. Ranadvie to J. Deckard, et al. re Project Bison/Rocky - Funds Flow with attachment | COVIA-UCC-00109313 | COVIA-UCC-00109361 |
| 84* | 6/1/2018 | Pledge and Security Agreement Barclays Bank PLC and Grantors | COVIA-UCC-00247406 | COVIA-UCC-00247517 |
| 85 | 6/1/2018 | UCC Financing Statement - Covia Holdings Corporation | COVIA-UCC-00247767 | COVIA-UCC-00247767 |
| 86 | 6/1/2018 | UCC Financing Statement - Fairmount Santrol, Inc. | COVIA-UCC-00247768 | COVIA-UCC-00247768 |
| 87 | 6/1/2018 | UCC Financing Statement - TechniSand, Inc. | COVIA-UCC-00247769 | COVIA-UCC-00247769 |
| 88 | 6/1/2018 | UCC Financing Statement - Covia Finance Company LLC | COVIA-UCC-00259032 | COVIA-UCC-00259033 |
| 89 | 6/4/2018 | UCC Financing Statement - Cheyenne Sand Corp. | COVIA-UCC-00247766 | COVIA-UCC-00247766 |
| 90* | 6/5/2018 | Covia Board of Directors Meeting Agenda & Meeting Packet | COVIA-UCC-00134882 | COVIA-UCC-00135148 |
| 91* | 6/20/2018 | Email J. Migyanko to C. Berry re Pitch pages for 6/22 Finance Call with attachment | COVIA-UCC-00214924 | COVIA-UCC-00214957 |
| 92 | 6/30/2018 | Covia Form 10-Q dated June 30, 2018 | | |
| 93* | 7/24/2018 | Email from J. Deckard to B. Conway, et al. re HCLP Acquires FB Industries with attachments | COVIA-UCC-00249199 | COVIA-UCC-00249209 |
| 94* | 7/25/2018 | Email from J. Deckard to J. Deleersnyder re Covia weekly KPI Energy | COVIA0003411 | COVIA0003413 |
| 95 | 7/31/2018 | U.S. Silica Holdings Q2 2018 Earnings Call Transcript | | |
| 96* | 8/1/2018 | Hi-Crush Q2 2018 Earnings Call | COVIA-UCC-00005385 | COVIA-UCC-00005435 |
| 97 | 8/14/2018 | Covia Holdings Corporation Form 10-Q SEC Filing | COVIA-UCC-00074279 | COVIA-UCC-00074346 |
| 98 | 8/14/2018 | Janney entitled Covia Holdings Corporation 2Q18 Ahead; Frac Sand Pricing Pressure Expected by Management | COVIA-UCC-00076600 | COVIA-UCC-00076602 |
| 99 | 8/14/2018 | Simmons entitled Covia Holdings Corporation Q2 Quick Look - Complicated Quarter; Adjusted EBITDA Looks Better Than Modeled | COVIA-UCC-00076603 | COVIA-UCC-00076605 |
| 100 | 8/14/2018 | RBC Capital Markets Research CVIA - Reports 2Q18 | COVIA-UCC-00076606 | COVIA-UCC-00076606 |
| 101 | 8/14/2018 | S&P Global report: Covia Holdings Corporation NYE: CVIA FQ2 2018 Earnings Call Transcripts | COVIA-UCC-00248345 | COVIA-UCC-00248363 |
| 102* | 8/15/2018 | Email from K. Decat to J. Deckard re Weekly Financial KPI | COVIA-UCC-00015607 | COVIA-UCC-00015610 |
| 103* | 8/23/2018 | Covia Board of Directors Meeting Agenda & Meeting Packet | COVIA-UCC-00135149 | COVIA-UCC-00135314 |
| 104* | 9/10/2018 | Covia Board of Directors Meeting Agenda & Meeting Packet | COVIA-UCC-00135315 | COVIA-UCC-00135444 |
| 105 | 9/26/2018 | Simmons entitled Covia Holdings Corporation Reducing Capacity by 3.3M Tons | COVIA-UCC-00076639 | COVIA-UCC-00076641 |
| 106 | 9/30/2018 | Covia Form 10-Q dated September 30, 2018 | | |
| 107* | 11/28/2018 | Covia Board of Directors Meeting Agenda & Meeting Packet | COVIA-UCC-00135445 | COVIA-UCC-00135688 |
| 108 | 12/31/2018 | Covia Form 10-K dated December 31, 2018 | | |
| 109* | 9/11-12/2019 | Covia Board of Directors Meeting Agenda & Meeting Packet | COVIA-UCC-00136608 | COVIA-UCC-00137033 |
| 110* | 11/20- | Covia Board of Directors Meeting Agenda & Meeting Packet | COVIA-UCC-00137034 | COVIA-UCC-00137296 |
| 111* | 12/9/2019 | Email from J. Deckard to B. Conway re Proposal Summary and Key Thoughts with attachment | COVIA-UCC-00055462 | COVIA-UCC-00055465 |
| 112* | 12/16/2019 | Execution Copy - Unimin Note Purchase Agreement | COVIA0003990 | COVIA0004041 |
| 113* | 12/17/2019 | Email Investor Relations to M. Schlarb re BD Corporate Confirmation with attachments | COVIA-UCC-00140508 | COVIA-UCC-00140523 |
| 114 | 2018 | CVIAQ US Equity Historical Values of Market Information | | |
| 115 | 12/31/2019 | Covia Form 10-K dated December 31, 2019 | COVIA-UCC-00072719 | COVIA-UCC-00072947 |
| 116* | 3/20/2020 | Covia Holdings Board of Directors Meeting Minutes | COVIA-UCC-00098932 | COVIA-UCC-00098935 |
| 117* | 5/13/2020 | Covia Holdings Board of Directors Meeting Minutes | COVIA-UCC-00099030 | COVIA-UCC-00099032 |
| 118* | 5/21/2020 | Covia Holdings Corporation Minutes of the Meeting of the Board of Directors May 20-21, 2020 | COVIA-UCC-00099033 | COVIA-UCC-00099038 |
| 119* | 6/6/2020 | Email from B. Ingerman to J. Scofield & B. Kelly re 6-6-2020 Letter to C. Reynolds re Alix Document Requests with attachment | COVIA-UCC-00249572 | COVIA-UCC-00249574 |

*Denotes Exhibits Under Seal                                    3

| EX# | DATE | DESCRIPTION | BEGIN BATES | END BATES |
|---|---|---|---|---|
| 120* | 6/9/2020 | Letter from B. Ingerman to S. Talmadge re Covia Holdings Corporation - Witness Interviews for Independent Investigation | COVIA-UCC-00249569 | COVIA-UCC-00249569 |
| 121* | 6/22/2020 | DLA Piper Presentation - Presentation to the Committee of Disinterested Independent Directors of the Board of Directors of Covia Holdings Corporation: DLA Piper's Independent Investigation of Potential Estate Claims | COVIA-UCC-00247519 | COVIA-UCC-00247701 |
| 122* | 6/29/2020 | Covia Corporate Structure Chart | COVIA-UCC-00145550 | COVIA-UCC-00145550 |
| 123* | 6/30/2020 | Covia presentation - Non-Sibelco Directors Meeting | COVIA-UCC-00139029 | COVIA-UCC-00139181 |
| 124 | 6/30/2020 | Covia Holdings Corp. SEC Form 10-Q | COVIA-UCC-00073187 | COVIA-UCC-00073242 |
| 125* | 7/1/2020 | Covia Correspondence (Andrew Eich) to PNC Bank re Payoff and Reassignment- Covia Financing LLC's Trade Receivables Securitization Facility (Executed Version) | COVIA-UCC-00247731 | COVIA-UCC-00247743 |
| 126* | 8/10/2020 | EBITDA by Geography | COVIA-UCC-00258988 | COVIA-UCC-00258989 |
| 127* | 9/3/2020 | Project Delphi - Business Plant Projections for August 2020 | COVIA-UCC-00147208 | COVIA-UCC-00147209 |
| 128* | 10/12/2020 | Project Delphi EBITDA Allocation by Geography Comparison | | |
| 129 | 10/13/2020 | Notice of Hearing to Consider Confirmation of the Chapter 11 Plan Filed by the Debtors | | |
| 130 | 10/13/2020 | Joint Chapter 11 Plan of Reorganization of Covia Holdings Corporation and its Debtor Affiliates (Dkt. No. 684) | | |
| 131 | 10/13/2020 | Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation Procedures with Respect to Confirmation of the Debtors' Proposed Joint Plan of Reorganization, (III) Approving the Form of Ballot and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief Dkt. No. 683) | | |
| 132 | 10/14/2020 | Covia Disclosure Statement (Dkt. No. 685) | | |
| 133* | 10/16/2020 | Covia Holdings Consolidated Cash Balance by week Table (August 1, 2019 - Sept. 11, 2019) | COVIA-UCC-00247770 | COVIA-UCC-00247770 |
| 134 | 10/16/2020 | Affidavit of Publication of Confirmation Hearing Notice (Dkt. No. 689) | | |
| 135* | 10/23/2020 | Memorandum from The Committee of Disinterested Independent Directors of the Board of Directors of Covia Holdings Corporation to Non-Sibelco Members of the Covia Holdings Corporation Board of Directors re Unsecured Creditors' Committee Motion for Standing and Proposed Complaint | COVIA-UCC-00247518 | COVIA-UCC-00247518 |
| 136* | 10/23/2020 | Supplemental Presentation to the Committee of Disinterested Independent Directors of the Board of Directors of Covia Holdings Corporation:  DLA Piper's Independent Investigation of Potential Estate Claims | COVIA-UCC-00247744<br>COVIA-UCC-00247702 | COVIA-UCC-00247765<br>COVIA-UCC-00247730 |
| 137 | 10/26/2020 | Affidavit of Service of Solicitation Materials (Dkt. No. 722-5) | | |
| 138* | 11/12/2020 | Expert Report of Kevin Montague | | |
| 139* | 11/20/2020 | EBITDA by geography Refresh including September 2020 | COVIA-UCC-00249738 | COVIA-UCC-00249739 |
| 140 | 12/4/2020 | Proffer of Andrew Eich, Executive Vice President, Chief Financial Officer, and Treasurer of Covia Holdings Corporation in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Covia Holdings Corporation and its Debtor Affiliates | | |
| 141 | 12/4/2020 | Proffer of Brent Herlihy in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Covia Holdings Corporation and its Debtor Affiliates | | |
| 142 | 12/4/2020 | Proffer of James Nelson in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Covia Holdings Corporation and its Debtor Affiliates | | |
| 143 | 12/4/2020 | Declaration of James Daloia of Prime Clerk LLC Regarding Solicitation of Votes and Tabulation of Ballots Cast on the Joint Chapter 11 Plan of Reorganization of Covia Holdings Corporation and its Debtor Affiliates | | |
| 144 | | INTENTIONALLY LEFT BLANK | | |
| 145 | 11/18/2020 | Corrected Supplement for the Joint Chapter 11 Plan of Reorganization of Covia Holdings Corporation and its Debtor Affiliates (Dkt. No. 811) | | |

| EX# | DATE | DESCRIPTION | BEGIN BATES | END BATES |
|---|---|---|---|---|
| 146* | 2018 | 2017-2018 Pricing Trends | COVIA-UCC-00152402 | COVIA-UCC-00152403 |
| 147* | 2020 | Spreadsheet - Project Delphi Business Plan Comparison - Restructuring Case | | |
| 148* | 4/1/2018 | Fairmount Santrol/Unimin Ratings Agency Presentation | COVIA-UCC-00247920 | COVIA-UCC-00247991 |
| 149 | 12/12/2017 | Janney, Fairmount Santrol Holdings, Inc. (FMSA) - NEUTRAL Unimin deal first take:  downside protection for FMSA shareholders; deal positive for industry overall | COVIA0000828 | COVIA0000830 |
| 150 | 12/13/2017 | Morningstar, Increasing Fairmount FVE on Unimin Merger Announcement | COVIA0000832 | COVIA0000857 |
| 151 | 12/13/2017 | Goldman Sachs, Fairmount Santrol Holdings (FMSA):  Announces merger with Unimin | | |
| 152 | 12/13/2017 | Evercore ISI, Fairmount Santrol Hldings Inc.:  Market Share, Synergies and Valuation Uplift in Proposed Merger with Unimin | COVIA-UCC-00076507 | COVIA-UCC-00076512 |
| 153 | 3/8/2018 | Goldman Sachs, Fairmount Santrol Holdings (FMSA):  (-) 4Q17 adj. EPS of $0.11 (GS: $0.13, Cons: $0.14) | | |
| 154 | 3/12/2018 | Goldman Sachs, Fairmount Santrol Holdings (FMSA):  Updating estimates post 4Q17 results; 12-m target price lowered to $4.25 | | |
| 155* | 4/13/2018 | April 13, 2018 Email from A. Cordia Attaching Model | COVIA0004212 | COVIA0004228 |
| 156 | 4/18/2018 | Barclays, Frac Sand Earnings Preview:  Rail Disruptions Lift Spot Pricing but Permian Plant Deluge Just Starting | | |
| 157* | 4/19/2018 | Email from P. Lynch  to K. Nickerson et al. attaching Unimin Quarterly Balance Sheet | COVIA-UCC-00249005 | COVIA-UCC-00249012 |
| 158 | 5/3/2018 | Goldman Sachs , Fairmount Santrol Holdings (FMSA):  Strong quarter; announces new regional mine near the STACK play | | |
| 159 | 5/3/2018 | Simmons & Company, Fairmount Santrol (FMSA):  Q1 Quick Look - EBITDA In Line with SCI; Beat Versus the Street | | |
| 160 | 5/4/2018 | Barclays, Fairmount Santrol Holdings Inc.:  Pricing Gains Offset Cost Headwinds; Announces Local MidCon Plant | | |
| 161 | 5/4/2018 | Moody's Investors Service, Rating Action:  Moody's assigns Ba3 Corporate Family Rating to Unimin Corporation" | | |
| 162 | 5/7/2018 | S&P Global Ratings, Unimin Corp. Assigned 'BB' Corporate Credit Rating, Outlook Stable; $1.65 Billion Senior Secured Term Loan Rated 'BB' | | |
| 163 | 5/14/2018 | Simmons & Company, Fairmount Santrol (FMSA):  Unimin Financial Update and Outlook | | |
| 164 | 5/16/2018 | Guggenheim Partners, FMSA - BUY - The Path to Covia Becomes Clearer | | |
| 165 | 6/1/2018 | Seaport Global, Covia Holdings Corporation (NYSE: CVIA):  FMSA and Unimin become CVIA; Riterate Buy with $40 PT | | |
| 166 | 6/4/2018 | Guggenheim, CVIA - BUY - Fairmount Becomes Covia | | |
| 167 | 6/4/2018 | Goldman Sachs, Covia Holdings (CVIA):  Frac sand industry facing upcoming pricing pressure:  Rate Covia Sell | | |
| 168 | 6/4/2018 | Morningstar, Covia Holdings Corp. CVIA (XYNS):  Covia stands out as the most disadvantaged proppant company because of its resin focus | | |
| 169 | 6/4/2018 | Cowen, Covia Holdings Corporation:  Model & Price Target Update | | |
| 170 | 6/6/2018 | Janney, Covia Holdings Corporation (CVIA) - NEUTRAL Model update | | |
| 171 | 6/6/2018 | Scotia Howard Weil, Covia Holdings Corporation:  Combined Companies Offer Better Balance; Maintaining Our Sector Perform Rating | | |
| 172 | 6/8/2018 | Credit Suisse, Covia Holdings Corp. (CVIA):  A Steadier Ship, but We Do Not See Upside | COVIA0000871 | COVIA0000888 |
| 173 | 6/12/2018 | Morningstar, Covia Holdings Corp. CVIA (XNYS):  Lowering Proppant Companies FVEs on Lowered Frac Sand Midcycle Pricing Forecast | | |
| 174 | 6/12/2018 | Morningstar, Covia Holdings Corp. CVIA (NYSE):  Lowering Proppant Companies FVEs on Lowered Frac Sand Midcycle Pricing Forecast | | |
| 175 | 6/13/2018 | RBC Capital Markets, Covia Holdings Corporation:  Happy Birthday, Covia!  Updating Estimates Post Merger | COVIA0000889 | COVIA0000896 |
| 176 | 8/14/2018 | Goldman Sachs, Covia Holdings (CVIA):  Updating estimates post 2Q18 earnings | | |

*Denotes Exhibits Under Seal                                            5

| EX# | DATE | DESCRIPTION | BEGIN BATES | END BATES |
|---|---|---|---|---|
| 177 | 8/15/2018 | RBC Capital Markets, Covia Holdings Corporation: Reducing Estimates Post Conference Call | COVIA0000897 | COVIA0000904 |
| 178 | 8/17/2018 | Jefferies, Covia (CVIA): Value As The New Giant Emerges; Lowering PT to $15; Maintain Buy | COVIA0000910 | COVIA0000920 |
| 179 | 9/5/2018 | Morningstar, Covia Holdings Corp. CVIA (NYSE): Covia stands out as the most disadvantaged proppant company because of its resin focus | | |
| 180 | 9/14/2018 | Wells Fargo, Cutting Margin/Ton On Supply Deluge; Initiating CVIA At Market Perform | | |
| 181 | 9/20/2018 | RBC Capital Markets, Covia Holdings Corporation: Reducing Rating On Frac Sand Surplus and Pricing Pressure | COVIA0000921 | COVIA0000928 |
| 182* | 2/20/2019 | Covia Board of Directors Meeting Agenda & Meeting Packet | COVIA-UCC-00135689 | COVIA-UCC-00136004 |
| 183* | 5/22/2019 | Covia Board of Directors Meeting Agenda & Meeting Packet | COVIA-UCC-00136047 | COVIA-UCC-00136511 |
| 184* | 6/11/2019 | June 2019 Deleveraging Strategy | COVIA-UCC-00259034 | COVIA-UCC-00259064 |
| 185* | 2/19/2020 | Covia Board of Directors Meeting Agenda & Meeting Packet | COVIA-UCC-00137550 | COVIA-UCC-00137954 |
| 186* | 3/20/2020 | Covia Board of Directors Meeting Presentation | COVIA-UCC-00137955 | COVIA-UCC-00137998 |
| 187 | 5/10/2019 | RBC Capital Markets, Covia Holdings Corporation, No Standing Still | | |
| 188 | 10/17/2018 | Bank of America/Merrill Lynch, Covia Holdings: Bracing for tough times | | |
| 189 | 10/17/2018 | Jeffries, Life's no Beach for Frac Sand; Downgrade HCLP, SND to Unpf; SLCA, CVIA to Hold | | |
| 190 | 3/12/2019 | Barclays, Bad Time to Be the Swing Supplier: Initiate at Underweight | | |
| 191 | 3/30/2019 | Covia Form 10-Q dated March 30, 2019 | | |
| 192 | 6/30/2019 | Covia Form 10-Q dated June 30, 2019 | | |
| 193 | 3/31/2015 | Fairmount Form 10-Q dated March 31, 2015 | | |
| 194 | 6/30/2015 | Fairmount Form 10-Q dated June 30, 2015 | | |
| 195 | 9/30/2015 | Fairmount Form 10-Q dated September 30, 2015 | | |
| 196 | 3/31/2016 | Fairmount Form 10-Q dated March 31, 2016 | | |
| 197 | 6/30/2016 | Fairmount Form 10-Q dated June 30, 2016 | | |
| 198 | 9/30/2016 | Fairmount Form 10-Q dated September 30, 2016 | | |
| 199 | 3/31/2017 | Fairmount Form 10-Q dated March 31, 2017 | | |
| 200 | 6/30/2017 | Fairmount Form 10-Q dated June 30, 2017 | | |
| 201 | 9/30/2017 | Fairmount Form 10-Q dated September 30, 2017 | | |
| 202* | 10/28/2020 | Covia September Total Covia P&L | COVIA-UCC-00247772 | COVIA-UCC-00247776 |
| 203* | 11/19/2020 | Email P. Gennari to A. Eich re ▓▓▓▓ GM | COVIA-UCC-00259858 | COVIA-UCC-00259858 |
| 204* | 11/5/2020 | Email P. Gennari to R. Navarre et al re Sibelco Proposal with attachment | COVIA-UCC-00260040 | COVIA-UCC-00260044 |
| 205* | 11/5/2020 | Email R. Navarre to H. Rode re Sibelco Offer | COVIA-UCC-00260331 | COVIA-UCC-00260331 |
| 206* | 11/15/2020 | Email R. Navarre to C. Reynolds, A. Eich re Sibelco Agreements as of November 13th with attachments | COVIA-UCC-00260424 | COVIA-UCC-00260429 |
| 207* | 10/28/2020 | Email R. Navarre to B. Kelly et al re Covia Update | COVIA-UCC-00260456 | COVIA-UCC-00260456 |
| 208* | 10/7/2020 | Email A. Eich to V. Henderson re Sibelco Agreements with attachment | COVIA-UCC-00260770 | COVIA-UCC-00260772 |
| 209* | 11/17/2020 | Presentation for Covia Board of Directors Meeting | COVIA-UCC-00260674 | COVIA-UCC-00260695 |
| 210* | 10/24/2020 | Draft Slides re Agreement Types | COVIA-UCC-00261184 | COVIA-UCC-00261184 |
| 211* | 11/14/2020 | Slide reflecting Agreement Types and Final Terms | COVIA-UCC-00261229 | COVIA-UCC-00261229 |
| 212* | 2/1/2020 | Second Amendment to Distribution Agreement between Covia Holdings Corporation, as Distributor and SCR-Sibelco NV, as Producer | COVIA-UCC-00261378 | COVIA-UCC-00261383 |
| 213* | 9/11/2020 | Email R. Navarre to M. LeBaron re Strategy Presentation | COVIA-UCC-00261453 | COVIA-UCC-00261453 |
| 214* | 11/20/2020 | Memorandum to Non-Sibelco Members of the Covia Board of Directors re Proposed Settlement with Sibelco | COVIA-UCC-00261454 | COVIA-UCC-00261454 |
| 215* | 10/23/2020 | Email A. Eich to C. Reynolds et al re Sibelco Agreements_CVIA Proposal | COVIA-UCC-00259137 | COVIA-UCC-00259139 |
| 216* | 11/8/2020 | Email R. Navarre to H. Rode re Project Delphi - Commercial Agreements with Sibelco - CVIA Proposal - 2020.11.08 (Final Terms) with attachment | COVIA-UCC-00260397 | COVIA-UCC-00260400 |
| 217* | 11/15/2020 | Email A. Eich to B. Herlihy et al re Sibelco Agreements with attachments | COVIA-UCC-00260616 | COVIA-UCC-00260650 |
| 218* | 10/7/2020 | Presentation for Covia Board of Directors Meeting | COVIA-UCC-00260893 | COVIA-UCC-00261032 |
| 219* | 10/8/2020 | Presentation for Covia Board of Directors Meeting | COVIA-UCC-00261033 | COVIA-UCC-00261160 |
| 220* | 11/3/2020 | Presentation for Covia Board of Directors Meeting | COVIA-UCC-00261161 | COVIA-UCC-00261179 |

| EX# | DATE | DESCRIPTION | BEGIN BATES | END BATES |
|---|---|---|---|---|
| **221*** | | Slide Reflecting Sibelco Commercial Agreements | COVIA-UCC-00261227 | COVIA-UCC-00261227 |
| **222*** | 9/28/2020 | Email P. Gennari to C. Jones re Sibelco Discussion | COVIA-UCC-00261442 | COVIA-UCC-00261443 |
| **223*** | 11/16/2020 | Sibelco Terms as of November 16th | COVIA-UCC-00259682 | COVIA-UCC-00259685 |
| **224** | 8/14/2018 | Covia Form 8-K dated August 14, 2018 | | |