

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

ENTERED

03/08/2021

| | |
|---|---|
| In re: | Chapter 11 |
| COVIA HOLDINGS CORPORATION, *et al.*,[1] | Case No. 20-33295 (DRJ) |
| | Jointly Administered |
| Debtors. | **Related to Dkt. No. 1131** |

**ORDER GRANTING FINAL FEE APPLICATION OF
FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM JULY 21, 2020 THOUGH DECEMBER 14, 2020**

Upon consideration of the *Final Fee Application of FTI Consulting, Inc., for Compensation for Services and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from July 21, 2020 through December 14, 2020* (the "Final Fee Application")[2] filed by FTI Consulting, Inc. ("FTI"), financial advisor to the official committee of unsecured creditors (the "Committee") of the above-captioned debtors (the "Debtors"), the Court finds that: (a) it has jurisdiction over the matters raised in the Final Fee Application pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) the fees and expenses requested are reasonable, necessary, and beneficial to the Debtors' estates and should be allowed; (d) proper and adequate notice of the Final Fee Application

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://cases.primeclerk.com/Covia. The location of Debtor Covia Holdings Corporation's principal place of business and the Debtors' service address is: 3 Summit Park Drive, Suite 700, Independence, Ohio 44131.

[2] Capitalized terms not defined herein shall have the meanings set forth in the Final Fee Application.

DB1/ 119380155.2

and hearing thereon has been given, no objections to the Final Fee Application have been filed, and no other or further notice is required; and (e) good and sufficient cause exists for granting the relief herein. Therefore, it is hereby

**ORDERED** that FTI shall be allowed final compensation in accordance with the Final Fee Application in the amount of $2,127,890.50, which includes (i) $2,127,651.50 for services rendered, and (ii) $239.00 in expenses on behalf of the Committee for the period of July 21, 2020 through December 14, 2020. It is further

**ORDERED** that the Debtors are authorized to pay FTI all fees and expenses allowed pursuant to this Order. It is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Signed:  March 08, 2021.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

DB1/ 119380155.2

2