**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
04/01/2021

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COVIA HOLDINGS CORPORATION, *et al.*,[1] | ) | Case No. 20-33295 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER APPROVING FIRST AND FINAL FEE APPLICATION OF KASOWITZ**
**BENSON TORRES LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED AS**
**CONFLICTS AND SPECIAL LITIGATION COUNSEL TO THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM**
**SEPTEMBER 15, 2020 THROUGH DECEMBER 31, 2020**
(Docket No. 1212)

Upon consideration of the *First and Final Fee Application of Kasowitz Benson Torres LLP*

*for Allowance and Payment of Compensation and Reimbursement of Expenses for Services*

*Rendered as Conflicts and Special Litigation Counsel to the Official Committee of Unsecured*

*Creditors for the Period from September 15, 2020 through December 31, 2020* (the "Final Fee

Application") filed by Kasowitz Benson Torres LLP ("Kasowitz"), conflicts and special litigation

counsel for the official committee of unsecured creditors (the "Committee") appointed in the

above-captioned Chapter 11 cases of Covia Holdings Corporation and its debtor affiliates

(collectively, the "Debtors"), the Court finds that: (a) it has jurisdiction over the matters raised in

the Final Fee Application pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to

28 U.S.C. § 157(b); (c) the fees and expenses requested are reasonable, necessary, and beneficial

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://cases.primeclerk.com/Covia. The location of Debtor Covia Holdings Corporation's principal place of business and the Debtors' service address is: 3 Summit Park Drive, Suite 700, Independence, Ohio 44131.

to the Debtors' estates and should be allowed; (d) proper and adequate notice of the Final Fee Application and hearing thereon has been given, no objections to the Final Fee Application having been filed, and no other or further notice is required; and (e) good and sufficient cause exists for granting the relief herein, after due deliberation upon the Final Fee Application and all relevant proceedings before the Court in connection with the Final Fee Application.

Therefore, IT IS HEREBY ORDERED THAT:

1.   The Final Fee Application is GRANTED as set forth herein.

2.   Kasowitz is hereby awarded, on a final basis, the allowance of $2,781,830.50 for compensation of professional services and $141,305.28 for reimbursement of expenses rendered to the Committee for the period of September 15, 2020 through and including December 31, 2020, for a total final award of $2,923,135.78.

3.   The Reorganized Debtors (as defined in the Plan) are authorized to pay Kasowitz the unpaid portion of all fees and expenses allowed pursuant to this Order.

4.   This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Signed:  April 01, 2021.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**