IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| COVIA HOLDINGS CORPORATION *et al.*,[1] | ) ) ) | Case No. 20-33295 (DRJ) |
| Debtors. | ) ) ) | Jointly Administered |

**ORDER GRANTING JACKSON WALKER LLP'S SECOND INTERIM AND
FINAL FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF
FEES AND EXPENSES AS CO-COUNSEL AND CONFLICTS COUNSEL TO THE
DEBTORS FOR THE PERIOD FROM JUNE 29, 2020 THROUGH DECEMBER 14, 2020**
(Relates to Docket No. 1205)

CAME ON FOR CONSIDERATION, the *Second Interim and Final Fee Application for Allowance and Payment of Fees and Expenses as Co-Counsel and Conflicts Counsel to the Debtors for the Period June 29, 2020 Through December 14, 2020* (the "Application")[2] filed by Jackson Walker LLP ("JW"), and the Court having reviewed the Application, the matters contained therein and exhibits thereto, and being of the opinion that the attorneys' fees and expenses incurred should be allowed and paid by the Debtors, it is therefore

ORDERED, that JW is hereby allowed interim compensation for attorneys' fees in the amount of $190,210.00 and interim reimbursement of $5,107.75 of expenses incurred from October 1, 2020 Through December 14, 2020; it is further

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted [Docket No. 38], a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://cases.primeclerk.com/Covia. The location of Debtor Covia Holdings Corporation's principal place of business and the Debtors' service address is: 3 Summit Park Drive, Suite 700, Independence, Ohio 44131.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

28167970v.1 153997/00002

ORDERED, that JW is hereby allowed final compensation of fees in the amount of $325,181.00, and final allowance and reimbursement of expenses in the amount of $6,200.85 incurred from June 29, 2020 through and including December 14, 2020; it is further

ORDERED, that the Debtors are authorized to pay to JW the following fees and expenses approved herein less any fees and expenses previously paid pursuant to the Interim Compensation Order:

| | |
|---|---:|
| Total Fees Requested: | $325,181.00 |
| Total Expenses Requested: | $6,200.85 |
| **Total Requested in this Application:** | **$331,381.85** |
| Amount Paid for Monthly Fee Statements: | $136,064.10 |
| **Total Fees and Expenses Due:** | **$195,317.75** |

Signed:  April 07, 2021.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE